UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

RALPH M. MOHR,

                Plaintiff,

v.

ERIE COUNTY LEGISLATURE,
Barbara Miller-Williams, Chairperson,        Civil No.: 11-CV-559-S
Robert M. Graber, Clerk of the Legislature,
CHRISTOPHER C. COLLINS, as County Executive
of the County of Erie and
COUNTY OF ERIE,

                Defendants.

---

## NOTICE OF MOTION TO DISMISS

| | |
|---|---|
| **NATURE OF ACTION:** | Equal Protection/Voting Rights. |
| **MOVING PARTY:** | Defendants. |
| **DIRECTED TO:** | Plaintiff. |
| **DATE AND TIME:** | To be determined by the Court. |
| **PLACE:** | United States District Court for the Western District of New York, 68 Court Street, Buffalo, New York 14202. |
| **SUPPORTING PAPERS:** | Memorandum of Law |
| **ANSWERING PAPERS:** | To be filed in accordance with this Court's briefing schedule. |
| **REPLY PAPERS:** | To be filed in accordance with this Court's briefing schedule. |
| **RELIEF REQUESTED:** | An Order granting Defendant's Motion to Dismiss under Rule 12(c), dismissing Plaintiff's claims as against the Defendants Legislature |

and County Executive and awarding them any other relief this Court deems just and proper.

**ORAL ARGUMENT:**     Requested.

Dated: July 13, 2011

**JEREMY A. COLBY, Erie County Attorney and Attorney for Defendants**

/s/ Jeremy A. Colby
Erie County Department of Law
95 Franklin Street, Room 1634
Buffalo, New York 14202
(716) 858-2200

TO: RALPH M. MOHR
5622 Broadway Street
Lancaster, New York   14086

cc: **CANTOR, LUKASIK, DOLCE & PANEPINTO, PC**
(Marc C. Panepinto, Sean Cooney, Jerome D. Schad and
 Jeffrey Marion, of Counsel)
1600 Main Place Tower
350 Main Street
Buffalo, New York   14202
(716) 852-1888

**PERSONIUS MELBER LLC**
(Brian Melber, of Counsel)
2100 Main Place Tower
350 Main Street
Buffalo, New York   14202
(716) 855-1050

cc: **RONALD P. BENNETT, ESQ.**
Erie County Legislature
Old County Hall
92 Franklin Street, 4th Floor
Buffalo, New York   14202

**SHAWN P. MARTIN, ESQ.**
Erie County Legislature
Old County Hall
92 Franklin Street, 4th Floor
Buffalo, New York   14202

**DENNIS E. WARD, ESQ.**
134 West Eagle Street
Buffalo, New York   14202