6 May 2011

Robert M. Graber
Clerk, Erie County Legislature
92 Franklin Street
4th Floor
Buffalo, NY 14202

Dear Mr. Graber,

Attached you will find a proposal for new legislative districts for Erie County, NY. On the process of creating these new districts, I have attempted to maintain the boundaries of current (pre-2011-2012) legislative districts. But with the requirements that there be eleven (11) districts instead of the current fifteen (15), four (4) districts have been dissolved into existing or new districts and renamed as such. Because of the decrease in the number of districts, several of the old districts saw a growth in population and area sizes. The primary method of district delineation was to maintain equal population counts and to follow standard census tract and/or municipality lines. After delineating new boundaries, the average population count for all the districts is 83,549 people. I also looked at ethnic population distribution around the county and focused creating or expanding districts that included similar ethnic backgrounds. These tended to be the ethnic majority of a district, usually either Caucasians or African-Americans.

Attached you will find a 24"x36" map of proposed legislative districts, a spreadsheet containing district totals and ethnic breakdown, and a copy of this email all contained within a zip file.

Sincerely,
Ryan Cassens, Amherst, NY

| Proposed District #1 | Corresponding Population | Total Population |
|---|---|---|
| City of Buffalo* | 54,723 | |
| Town of Tonawanda* | 28,425 | |
| | | 83,148 |

| Proposed District #2 | Corresponding Population | Total Population |
|---|---|---|
| Boston | 8,023 | |
| Brant | 2,065 | |
| Eden | 7,688 | |
| Evans | 16,356 | |
| Hamburg* | 44,545 | |
| North Collins | 3,523 | |
| | | 82,200 |

| Proposed District #3 | Corresponding Population | Total Population |
|---|---|---|
| City of Buffalo* | 79,806 | |
| Cheektowaga* | 5,951 | |
| | | 85,757 |

| Proposed District #4 | Corresponding Population | Total Population |
|---|---|---|
| Alden | 10,865 | |
| Clarence* | 18,147 | |
| Lancaster | 41,604 | |
| Marilla | 5,327 | |
| Newstead | 8,594 | |
| Tonawanda Indian Res. | 34 | |
| | | 84,571 |

| Proposed District #5 | Corresponding Population | Total Population |
|---|---|---|
| Amherst* | 56,087 | |
| Cheektowaga* | 27,282 | |
| | | 83,369 |

| Proposed District #6 | Corresponding Population | Total Population |
|---|---|---|
| City of Buffalo* | 85,489 | |
| | | 85,489 |

| Proposed District #7 | Corresponding Population | Total Population |
|---|---|---|
| Amherst* | 66,279 | |
| Cheektowaga* | 2,883 | |
| Clarence* | 12,526 | |
| | | 81,688 |

| Proposed District #8 | Corresponding Population | Total Population |
|---|---|---|
| City of Buffalo* | 32,774 | |
| Cheektowaga* | 52,110 | |
| | | 84,884 |

| Proposed District #9 | Corresponding Population | Total Population |
|---|---|---|
| City of Buffalo* | 8,518 | |
| Hamburg* | 12,391 | |
| Lakawana | 18,141 | |
| West Seneca | 44,711 | |
| | | 83,761 |

*Denotes municipalities that will be divided into multiple districts.
See tabbed spreedsheet pages for Statistics and Race/Ethnicity distributions.

| Proposed District # 10 | Corresponding Population | Total Population |
|---|---|---|
| Grand Island | 20,374 | |
| City of Tonawanda | 15,130 | |
| Town of Tonawanda* | 45,142 | |
| | | 80,646 |

| *Municipalities to be divided by multiple districts |
|---|
| Amherst |
| City of Buffalo |
| Cheektowaga |
| Clarence |
| Hamburg |
| Town of Tonawanda |

| Proposed District # 11 | Corresponding Population | Total Population |
|---|---|---|
| Aurora | 13,782 | |
| Cattaraugus | 1,833 | |
| Colden | 3,265 | |
| Collins | 6,601 | |
| Concord | 8,494 | |
| Elma | 11,317 | |
| Holland | 3,401 | |
| Sardinia | 2,775 | |
| Orchard Park | 29,054 | |
| Wales | 3,005 | |
| | | 83,527 |

### Proposed District Statistics

| | |
|---|---|
| Total Population of Erie County | 919,034 |
| District with Highest Population: | Dist. #3 with population of 85,757 |
| District with Lowest Population: | Dist. #10 with population of 80,646 |
| Percent of Highest Population (of total pop) | 9.33% |
| Percent of Lowest Population (of total pop) | 8.78% |
| Percent Deviation | 0.56% |

### Race/Ethnic population percentages

#### Proposed District # 1

| Category | % | | # Totals |
|---|---|---|---|
| White | 63% | # Totals: | 52,270 |
| Black or African American | 27% | | 22,487 |
| American Indian and Alaska Native | 1% | | 337 |
| Asian | 3% | | 2,526 |
| Native Hawaiian and other Pacific Islander | 0% | | 24 |
| Hispanic or Latino | 4% | | 3,559 |
| Other | 2% | | 1,945 |
| Total | 100% | | 83,148 |

#### Proposed District # 2

| Category | % | | # Totals |
|---|---|---|---|
| White | 96% | # Totals: | 78,778 |
| Black or African American | 1% | | 422 |
| American Indian and Alaska Native | 1% | | 486 |
| Asian | 0% | | 333 |
| Native Hawaiian and other Pacific Islander | 0% | | 8 |
| Hispanic or Latino | 2% | | 1,488 |
| Other | 1% | | 685 |
| Total | 100% | | 82,200 |

#### Proposed District # 3

| Category | % | | # Totals |
|---|---|---|---|
| White | 23% | # Totals: | 19,972 |
| Black or African American | 69% | | 58,882 |
| American Indian and Alaska Native | 0% | | 277 |
| Asian | 2% | | 1,589 |
| Native Hawaiian and other Pacific Islander | 0% | | 16 |
| Hispanic or Latino | 4% | | 3,228 |
| Other | 2% | | 1,793 |
| Total | 100% | | 85,757 |

### Proposed District # 4

| | % | | # Totals: |
|---|---:|---|---:|
| White | 94% | | 79,804 |
| Black or African American | 2% | | 1,732 |
| American Indian and Alaska Native | 0% | | 243 |
| Asian | 1% | | 803 |
| Native Hawaiian and other Pacific Islander | 0% | | 7 |
| Hispanic or Latino | 1% | | 1,231 |
| Other | 1% | | 751 |
| Total | 100% | | 84,571 |

### Proposed District # 5

| | % | | # Totals: |
|---|---:|---|---:|
| White | 78% | | 65,069 |
| Black or African American | 10% | | 8,373 |
| American Indian and Alaska Native | 0% | | 167 |
| Asian | 7% | | 5,661 |
| Native Hawaiian and other Pacific Islander | 0% | | 12 |
| Hispanic or Latino | 3% | | 2,421 |
| Other | 2% | | 1,666 |
| Total | 100% | | 83,369 |

### Proposed District # 6

| | % | | # Totals: |
|---|---:|---|---:|
| White | 49% | | 41,598 |
| Black or African American | 20% | | 17,440 |
| American Indian and Alaska Native | 1% | | 870 |
| Asian | 5% | | 4,422 |
| Native Hawaiian and other Pacific Islander | 0% | | 36 |
| Hispanic or Latino | 22% | | 18,579 |
| Other | 3% | | 2,544 |
| Total | 100% | | 85,489 |

### Proposed District # 7

| | | | |
|---|---:|---|---:|
| White | 88% | # Totals: | 71,601 |
| Black or African American | 3% | | 2,339 |
| American Indian and Alaska Native | 0% | | 112 |
| Asian | 6% | | 5,074 |
| Native Hawaiian and other Pacific Islander | 0% | | 20 |
| Hispanic or Latino | 2% | | 1,459 |
| Other | 1% | | 1,083 |
| Total | 100% | | 81,688 |

### Proposed District # 8

| | | | |
|---|---:|---|---:|
| White | 89% | # Totals: | 75,875 |
| Black or African American | 3% | | 2,799 |
| American Indian and Alaska Native | 0% | | 320 |
| Asian | 1% | | 934 |
| Native Hawaiian and other Pacific Islander | 0% | | 11 |
| Hispanic or Latino | 4% | | 3,768 |
| Other | 1% | | 1,177 |
| Total | 100% | | 84,884 |

### Proposed District # 9

| | | | |
|---|---:|---|---:|
| White | 92% | # Totals: | 76,845 |
| Black or African American | 3% | | 2,381 |
| American Indian and Alaska Native | 0% | | 207 |
| Asian | 1% | | 524 |
| Native Hawaiian and other Pacific Islander | 0% | | 14 |
| Hispanic or Latino | 3% | | 2,743 |
| Other | 1% | | 1,047 |
| Total | 100% | | 83,761 |

### Proposed District # 10

| | | | |
|---|---:|---|---:|
| White | 93% | # Totals: | 74,825 |
| Black or African American | 2% | | 1,662 |
| American Indian and Alaska Native | 0% | | 303 |
| Asian | 1% | | 1,164 |
| Native Hawaiian and other Pacific Islander | 0% | | 5 |
| Hispanic or Latino | 2% | | 1,798 |
| Other | 1% | | 889 |
| Total | 100% | | 80,646 |

### Proposed District # 11

| | | | |
|---|---:|---|---:|
| White | 93% | # Totals: | 77,519 |
| Black or African American | 2% | | 1,399 |
| American Indian and Alaska Native | 2% | | 1,877 |
| Asian | 1% | | 591 |
| Native Hawaiian and other Pacific Islander | 0% | | 12 |
| Hispanic or Latino | 2% | | 1,457 |
| Other | 1% | | 672 |
| Total | 100% | | 83,527 |