# District 1

### Population Statistics

| | |
|---|---:|
| City of Buffalo | 37,428 |
| City of Lackawanna | 18,141 |
| Town of Hamburg | 27,969 |
| | |
| Total Population | 83,538 |
| Deviation | -11 |
| % Deviation | 0.00013 |
| | |
| Age 18+ | 65,281 |

### Ethnicity

| | |
|---|---:|
| White | 72,412 |
| % White | 86.68% |
| Black | 6,322 |
| % Black | 7.57% |
| American Indian | 457 |
| % American Indian | 0.55% |
| Asian | 725 |
| % Asian | 0.87% |
| | |
| Hispanic Origin | 5,747 |
| % Hispanic Origin | 6.88% |
| | |
| Black 18+ | 4,260 |
| % Black 18+ | 6.53% |
| Hispanic Origin 18+ | 3,559 |
| % Hispanic 18+ | 5.45% |

### Voter Statistics

| | |
|---|---:|
| Registered Voters | 50,425 |
| | |
| Democrats | 31,097 |
| Republicans | 8,504 |
| Conservatives | 1,548 |
| Working Families | 337 |
| Independence | 2,273 |
| Green | 89 |
| Other | 502 |
| Blank | 6,075 |
| | |
| Male | 23,136 |
| Female | 27,289 |
| | |
| Age 18 - 24 | 4,019 |
| Age 25 - 34 | 8,271 |
| Age 35 - 40 | 4,580 |
| Age 41 - 45 | 4,446 |
| Age 46 - 54 | 9,113 |
| Age 55 - 61 | 6,417 |
| Age 62+ | 13,579 |
| | |
| Federal Voters | 64 |
| Military Voters | 90 |
| Disabled | 807 |
| Nursing Home | 134 |
| | |
| Voted 2007 Election | 20,311 |
| Voted 2009 Election | 13,868 |