## District: 2

