# District 2

| Population Statistics | | Ethnicity | | Voter Statistics | |
|---|---|---|---|---|---|
| Town of Boston | 8,023 | White | 78,262 | Registered Voters | 53,821 |
| Town of Brant | 2,065 | % White | 93.67% | | |
| Town of Collins | 6,601 | Black | 1,492 | Democrats | 20,581 |
| Town of Concord | 8,494 | % Black | 1.79% | Republicans | 18,177 |
| Town of Eden | 7,688 | American Indian | 2,310 | Conservatives | 1,995 |
| Town of Evans | 16,356 | % American Indian | 2.76% | Working Families | 307 |
| Town of Hamburg | 28,967 | Asian | 290 | Independence | 2,953 |
| Town of North Collins | 3,523 | % Asian | 0.35% | Green | 101 |
| Cattaraugus Reservation | 1,833 | | | Other | 649 |
| | | Hispanic Origin | 1,788 | Blank | 9,058 |
| Total Population | 83,550 | % Hispanic Origin | 2.14% | | |
| Deviation | 1 | | | Male | 25,619 |
| % Deviation | 0.00001 | Black 18+ | 1,375 | Female | 28,202 |
| | | % Black 18+ | 2.12% | | |
| Age 18+ | 64,739 | Hispanic Origin 18+ | 1,204 | Age 18 - 24 | 3,987 |
| | | % Hispanic 18+ | 1.86% | Age 25 - 34 | 7,079 |
| | | | | Age 35 - 40 | 4,960 |
| | | | | Age 41 - 45 | 5,104 |
| | | | | Age 46 - 54 | 10,840 |
| | | | | Age 55 - 61 | 7,518 |
| | | | | Age 62+ | 14,333 |
| | | | | Federal Voters | 72 |
| | | | | Military Voters | 110 |
| | | | | Disabled | 432 |
| | | | | Nursing Home | 56 |
| | | | | Voted 2007 Election | 25,284 |
| | | | | Voted 2009 Election | 19,769 |