# District: 10

