# District: 11

