# District 11

### Population Statistics

| | |
|---|---:|
| City of Buffalo | 43,580 |
| Town of Amherst | 14,441 |
| Town of Tonawanda | 25,523 |
| | |
| Total Population | 83,544 |
| Deviation | -5 |
| % Deviation | 0.00006 |
| | |
| Age 18+ | 66,506 |

### Ethnicity

| | |
|---|---:|
| White | 65,306 |
| % White | 78.17% |
| Black | 9,168 |
| % Black | 10.97% |
| American Indian | 663 |
| % American Indian | 0.79% |
| Asian | 4,022 |
| % Asian | 4.81% |
| | |
| Hispanic Origin | 5,652 |
| % Hispanic Origin | 6.77% |
| | |
| Black 18+ | 6,444 |
| % Black 18+ | 9.69% |
| Hispanic Origin 18+ | 3,273 |
| % Hispanic 18+ | 4.92% |

### Voter Statistics

| | |
|---|---:|
| Registered Voters | 48,271 |
| | |
| Democrats | 27,185 |
| Republicans | 10,342 |
| Conservatives | 667 |
| Working Families | 240 |
| Independence | 2,067 |
| Green | 153 |
| Other | 453 |
| Blank | 7,164 |
| | |
| Male | 21,546 |
| Female | 26,725 |
| | |
| Age 18 - 24 | 4,483 |
| Age 25 - 34 | 9,107 |
| Age 35 - 40 | 4,676 |
| Age 41 - 45 | 3,880 |
| Age 46 - 54 | 8,218 |
| Age 55 - 61 | 6,357 |
| Age 62+ | 11,550 |
| | |
| Federal Voters | 236 |
| Military Voters | 58 |
| Disabled | 586 |
| Nursing Home | 76 |
| | |
| Voted 2007 Election | 17,976 |
| Voted 2009 Election | 11,756 |