# District: 3

