# District 3

| Population Statistics | | Ethnicity | | Voter Statistics | |
|---|---|---|---|---|---|
| City of Buffalo | 81,605 | White | 27,097 | Registered Voters | 47,433 |
| Town of Cheektowaga | 1,926 | % White | 32.44% | | |
| | | Black | 49,839 | Democrats | 37,492 |
| Total Population | 83,531 | % Black | 59.67% | Republicans | 3,667 |
| Deviation | -18 | American Indian | 461 | Conservatives | 210 |
| % Deviation | 0.00022 | % American Indian | 0.55% | Working Families | 225 |
| | | Asian | 1,731 | Independence | 1,099 |
| Age 18+ | 65,035 | % Asian | 2.07% | Green | 121 |
| | | | | Other | 234 |
| | | Hispanic Origin | 7,545 | Blank | 4,385 |
| | | % Hispanic Origin | 9.03% | | |
| | | | | Male | 20,840 |
| | | Black 18+ | 36,605 | Female | 26,593 |
| | | % Black 18+ | 56.29% | | |
| | | Hispanic Origin 18+ | 5,097 | Age 18 - 24 | 4,722 |
| | | % Hispanic 18+ | 7.83% | Age 25 - 34 | 8,790 |
| | | | | Age 35 - 40 | 4,527 |
| | | | | Age 41 - 45 | 3,984 |
| | | | | Age 46 - 54 | 8,626 |
| | | | | Age 55 - 61 | 6,026 |
| | | | | Age 62+ | 10,758 |
| | | | | Federal Voters | 207 |
| | | | | Military Voters | 78 |
| | | | | Disabled | 840 |
| | | | | Nursing Home | 264 |
| | | | | Voted 2007 Election | 12,423 |
| | | | | Voted 2009 Election | 8,393 |