# District 4

### Population Statistics

| | |
|---|---:|
| Town of Amherst | 9,324 |
| Town of Clarence | 30,673 |
| Town of Lancaster | 34,940 |
| Town of Newstead | 8,594 |
| Tonawanda Reservation | 34 |
| | |
| Total Population | 83,565 |
| Deviation | 16 |
| % Deviation | 0.00019 |
| | |
| Age 18+ | 63,016 |

### Ethnicity

| | |
|---|---:|
| White | 78,897 |
| % White | 94.41% |
| Black | 1,013 |
| % Black | 1.21% |
| American Indian | 233 |
| % American Indian | 0.28% |
| Asian | 2,331 |
| % Asian | 2.79% |
| | |
| Hispanic Origin | 1,149 |
| % Hispanic Origin | 1.37% |
| | |
| Black 18+ | 729 |
| % Black 18+ | 1.16% |
| Hispanic Origin 18+ | 661 |
| % Hispanic 18+ | 1.05% |

### Voter Statistics

| | |
|---|---:|
| Registered Voters | 56,909 |
| | |
| Democrats | 19,235 |
| Republicans | 22,528 |
| Conservatives | 1,267 |
| Working Families | 173 |
| Independence | 2,750 |
| Green | 112 |
| Other | 523 |
| Blank | 10,321 |
| | |
| Male | 26,924 |
| Female | 29,985 |
| | |
| Age 18 - 24 | 5,178 |
| Age 25 - 34 | 6,487 |
| Age 35 - 40 | 4,966 |
| Age 41 - 45 | 5,988 |
| Age 46 - 54 | 11,917 |
| Age 55 - 61 | 7,397 |
| Age 62+ | 14,976 |
| | |
| Federal Voters | 77 |
| Military Voters | 70 |
| Disabled | 580 |
| Nursing Home | 332 |
| | |
| Voted 2007 Election | 23,739 |
| Voted 2009 Election | 15,050 |