# District: 5

