# District 5

| Population Statistics | | Ethnicity | | Voter Statistics | |
|---|---|---|---|---|---|
| Town of Alden | 10,865 | White | 80,364 | Registered Voters | 56,676 |
| Town of Aurora | 13,782 | % White | 96.22% | | |
| Town of Colden | 3,265 | Black | 1,496 | Democrats | 18,154 |
| Town of Elma | 11,317 | % Black | 1.79% | Republicans | 22,989 |
| Town of Holland | 3,401 | American Indian | 180 | Conservatives | 1,677 |
| Town of Lancaster | 730 | % American Indian | 0.22% | Working Families | 223 |
| Town of Marilla | 5,327 | Asian | 614 | Independence | 2,922 |
| Town of Orchard Park | 29,054 | % Asian | 0.74% | Green | 149 |
| Town of Sardinia | 2,775 | | | Other | 558 |
| Town of Wales | 3,005 | Hispanic Origin | 1,111 | Blank | 10,004 |
| | | % Hispanic Origin | 1.33% | | |
| Total Population | 83,521 | | | Male | 27,125 |
| Deviation | -28 | Black 18+ | 1,368 | Female | 29,551 |
| % Deviation | 0.00033 | % Black 18+ | 2.10% | | |
| | | Hispanic Origin 18+ | 735 | Age 18 - 24 | 4,421 |
| Age 18+ | 65,191 | % Hispanic 18+ | 1.12% | Age 25 - 34 | 6,394 |
| | | | | Age 35 - 40 | 4,568 |
| | | | | Age 41 - 45 | 5,242 |
| | | | | Age 46 - 54 | 11,733 |
| | | | | Age 55 - 61 | 8,109 |
| | | | | Age 62+ | 16,209 |
| | | | | Federal Voters | 116 |
| | | | | Military Voters | 114 |
| | | | | Disabled | 562 |
| | | | | Nursing Home | 171 |
| | | | | Voted 2007 Election | 26,281 |
| | | | | Voted 2009 Election | 20,365 |