# District: 6

