# District 6

### Population Statistics

| | |
|---|---|
| Town of Amherst | 83,552 |
| Total Population | 83,552 |
| Deviation | 3 |
| % Deviation | 0.00004 |
| Age 18+ | 67,875 |

### Ethnicity

| | |
|---|---|
| White | 70,660 |
| % White | 84.57% |
| Black | 4,113 |
| % Black | 4.92% |
| American Indian | 150 |
| % American Indian | 0.18% |
| Asian | 6,710 |
| % Asian | 8.03% |
| Hispanic Origin | 1,945 |
| % Hispanic Origin | 2.33% |
| Black 18+ | 3,067 |
| % Black 18+ | 4.52% |
| Hispanic Origin 18+ | 1,319 |
| % Hispanic 18+ | 1.94% |

### Voter Statistics

| | |
|---|---|
| Registered Voters | 50,867 |
| Democrats | 19,864 |
| Republicans | 18,480 |
| Conservatives | 826 |
| Working Families | 139 |
| Independence | 2,248 |
| Green | 102 |
| Other | 402 |
| Blank | 8,806 |
| Male | 23,236 |
| Female | 27,631 |
| Age 18 - 24 | 4,525 |
| Age 25 - 34 | 6,558 |
| Age 35 - 40 | 3,842 |
| Age 41 - 45 | 4,091 |
| Age 46 - 54 | 8,700 |
| Age 55 - 61 | 6,772 |
| Age 62+ | 16,379 |
| Federal Voters | 201 |
| Military Voters | 90 |
| Disabled | 771 |
| Nursing Home | 310 |
| Voted 2007 Election | 22,097 |
| Voted 2009 Election | 16,625 |