## District: 7

