# District 7

### Population Statistics

| | |
|---|---:|
| City of Buffalo | 79,604 |
| Town of Cheektowaga | 3,971 |
| | |
| Total Population | 83,575 |
| Deviation | 26 |
| % Deviation | 0.00031 |
| | |
| Age 18+ | 60,678 |

### Ethnicity

| | |
|---|---:|
| White | 28,518 |
| % White | 34.12% |
| Black | 44,965 |
| % Black | 53.80% |
| American Indian | 678 |
| % American Indian | 0.81% |
| Asian | 4,015 |
| % Asian | 4.80% |
| | |
| Hispanic Origin | 9,238 |
| % Hispanic Origin | 11.06% |
| | |
| Black 18+ | 30,005 |
| % Black 18+ | 49.45% |
| Hispanic Origin 18+ | 6,792 |
| % Hispanic 18+ | 11.19% |

### Voter Statistics

| | |
|---|---:|
| Registered Voters | 43,299 |
| | |
| Democrats | 33,243 |
| Republicans | 3,503 |
| Conservatives | 248 |
| Working Families | 237 |
| Independence | 1,028 |
| Green | 103 |
| Other | 222 |
| Blank | 4,715 |
| | |
| Male | 18,409 |
| Female | 24,890 |
| | |
| Age 18 - 24 | 5,793 |
| Age 25 - 34 | 8,334 |
| Age 35 - 40 | 4,386 |
| Age 41 - 45 | 3,780 |
| Age 46 - 54 | 7,693 |
| Age 55 - 61 | 5,157 |
| Age 62+ | 8,156 |
| | |
| Federal Voters | 174 |
| Military Voters | 74 |
| Disabled | 429 |
| Nursing Home | 194 |
| | |
| Voted 2007 Election | 10,462 |
| Voted 2009 Election | 6,279 |