# District 8

### Population Statistics

| | |
|---|---:|
| Town of Amherst | 15,049 |
| Town of Cheektowaga | 62,593 |
| Town of Lancaster | 5,934 |
| | |
| Total Population | 83,576 |
| Deviation | 27 |
| % Deviation | 0.00032 |
| | |
| Age 18+ | 67,683 |

### Ethnicity

| | |
|---|---:|
| White | 75,877 |
| % White | 9079.00% |
| Black | 4,534 |
| % Black | 5.43% |
| American Indian | 197 |
| % American Indian | 0.24% |
| Asian | 1,284 |
| % Asian | 1.54% |
| | |
| Hispanic Origin | 1,721 |
| % Hispanic Origin | 2.06% |
| | |
| Black 18+ | 3,212 |
| % Black 18+ | 4.75% |
| Hispanic Origin 18+ | 1,006 |
| % Hispanic 18+ | 1.49% |

### Voter Statistics

| | |
|---|---:|
| Registered Voters | 53,167 |
| | |
| Democrats | 27,181 |
| Republicans | 13,177 |
| Conservatives | 972 |
| Working Families | 264 |
| Independence | 2,423 |
| Green | 120 |
| Other | 599 |
| Blank | 8,431 |
| | |
| Male | 24,189 |
| Female | 28,978 |
| | |
| Age 18 - 24 | 3,902 |
| Age 25 - 34 | 7,918 |
| Age 35 - 40 | 4,587 |
| Age 41 - 45 | 4,368 |
| Age 46 - 54 | 9,179 |
| Age 55 - 61 | 6,668 |
| Age 62+ | 16,545 |
| | |
| Federal Voters | 121 |
| Military Voters | 83 |
| Disabled | 545 |
| Nursing Home | 46 |
| | |
| Voted 2007 Election | 21,299 |
| Voted 2009 Election | 14,316 |