# District: 9

