# District 9

### Population Statistics

| | |
|---|---:|
| City of Buffalo | 19,093 |
| Town of Cheektowaga | 19,736 |
| Town of West Seneca | 44,711 |
| | |
| Total Population | 83,540 |
| Deviation | -9 |
| % Deviation | 0.00011 |
| | |
| Age 18+ | 66,789 |

### Ethnicity

| | |
|---|---:|
| White | 78,869 |
| % White | 94.41% |
| Black | 2,039 |
| % Black | 2.44% |
| American Indian | 257 |
| % American Indian | 0.31% |
| Asian | 829 |
| % Asian | 0.99% |
| | |
| Hispanic Origin | 2,279 |
| % Hispanic Origin | 2.73% |
| | |
| Black 18+ | 1,325 |
| % Black 18+ | 1.98% |
| Hispanic Origin 18+ | 1,299 |
| % Hispanic 18+ | 1.94% |

### Voter Statistics

| | |
|---|---:|
| Registered Voters | 53,297 |
| | |
| Democrats | 28,492 |
| Republicans | 12,000 |
| Conservatives | 1,252 |
| Working Families | 300 |
| Independence | 2,595 |
| Green | 77 |
| Other | 558 |
| Blank | 8,023 |
| | |
| Male | 24,461 |
| Female | 28,836 |
| | |
| Age 18 - 24 | 3,824 |
| Age 25 - 34 | 7,791 |
| Age 35 - 40 | 4,631 |
| Age 41 - 45 | 4,699 |
| Age 46 - 54 | 9,448 |
| Age 55 - 61 | 6,735 |
| Age 62+ | 16,169 |
| | |
| Federal Voters | 70 |
| Military Voters | 84 |
| Disabled | 704 |
| Nursing Home | 105 |
| | |
| Voted 2007 Election | 22,265 |
| Voted 2009 Election | 14,210 |