Dear Committee Members,

What you have before you is my best attempt at a fair and responsible solution to the Erie County Re-Apportionment Issue. The controlling idea behind the drawing of my map rests on prioritizing the 4 Key Principals of Redistricting in the following order:

1. <u>Meeting Population requirements</u>
   a. This is in accordance with:
      i. The Federal & State "One Person – One Vote" requirements.
   b. The overall Reason for the redistricting of legislative jurisdictions with the denial census is to preserve equal representation within that legislative body.
      i. Therefore, <u>meeting the Mean Population requirement (83,549) was first priority.</u>
      ii. <u>All of my proposed 11 districts are within 10% variance</u> in either direction from the Mean.
2. <u>Communities of Interest and Demographic Representation</u>
   a. This is in accordance with:
      i. Federal Voting Rights Act of 1965
   b. Communities of interest are defined as groups of people living in close proximity that share common interests, views, or social problems. In an Erie context, it could refer to anything from the Allentown Historic District of Buffalo to the Rural Farming Communities of the Municipalities of Sardinia and Holland in the South-East Region of the county. Any demographic that shares common goals and issues is considered a community of interest.
      i. <u>Minority Populations of Buffalo's East (predominantly African American) and Lower West (Hispanic) sides are combined to increase the overall voting power of those communities</u>.
         1. These are also two of the largest districts. The reason for these districts being within 107-109% of the allowed variance is because without making them that large, there wouldn't exist the possibility of having two minority districts.
3. <u>Compact and Contiguous</u>
   a. This is in accordance with:
      i. Federal and State laws and statures
   b. The Compact and contiguous issue is one that I believe is mostly common sense. Communities adjacent to one another generally share common geography, neighborhoods, and demographics.

                    i. <u>For this reason, I have grouped Grand Island with Tonawanda as compared to another part of the county</u>.
                    ii. In addition, there is <u>no municipality has been divided into more than two districts, with the exception of the City of Buffalo and Town of Amherst.</u>
4. <u>Preserving Municipal Boundaries</u>
    a. This is in accordance with:
        i. State stature emphasizing that municipalities not be divided if it can be avoided.
    b. Preserving Municipal boundaries is generally priority one in outlying rural and suburban communities where towns and villages are generally very similar.
    c. That being said, Erie County contains a large metropolitan city in the form of Buffalo.
        i. In the metro area, focus needs to be on neighborhoods and greater communities rather than municipal boundaries that often bisect these communities.
        ii. Because of this, **the immediate peripheral suburbs are subject to possible division based on community/neighborhood boundaries.**
            1. ie: Cheektowaga, Tonawanda, Lackawanna, Amherst, ect.

I hope you will consider my final product when drawing the new Legislative Boundaries. Also, I have all of my previous work (maps, demographic break-downs, ect) on electronic file and would be happy to share them with the committee if they desire more information. Thank you.


Jacob M Jordan
University at Buffalo
Department of Urban Studies

### 1. Tonawanda District

| | Total population | Race | | | | | | | | Hispanic or Latino (of any race) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | One race | | | | | | | Two or More Races | |
| | | Total | White | Black or African American | American Indian and Alaska Native | Asian | Native Hawaiian and Other Pacific Islander | Some Other Race | | |
| Census Tract 73.02 | 7,903 | 7,817 | 7,504 | 127 | 38 | 110 | 1 | 37 | 86 | 164 |
| Census Tract 73.03 | 7,107 | 7,038 | 6,504 | 238 | 45 | 216 | 2 | 33 | 69 | 124 |
| Census Tract 73.04 | 5,364 | 5,300 | 5,061 | 76 | 16 | 133 | 0 | 14 | 64 | 75 |
| Census Tract 76 | 2,955 | 2,939 | 2,884 | 15 | 19 | 10 | 2 | 9 | 16 | 37 |
| Census Tract 77 | 4,712 | 4,666 | 4,540 | 51 | 15 | 33 | 1 | 26 | 46 | 111 |
| Census Tract 78 | 5,206 | 5,135 | 5,015 | 52 | 27 | 33 | 0 | 8 | 71 | 122 |
| Census Tract 79.01 | 2,941 | 2,907 | 2,700 | 58 | 4 | 131 | 0 | 14 | 34 | 47 |
| Census Tract 79.05 | 4,541 | 4,510 | 4,279 | 107 | 11 | 110 | 0 | 3 | 31 | 69 |
| Census Tract 81.01 | 5,984 | 5,914 | 5,711 | 106 | 20 | 56 | 0 | 21 | 70 | 128 |
| Census Tract 81.02 | 4,487 | 4,447 | 4,284 | 102 | 8 | 50 | 0 | 3 | 40 | 75 |
| Census Tract 82.01 | 2,580 | 2,554 | 2,465 | 31 | 16 | 25 | 0 | 17 | 26 | 71 |
| Census Tract 82.02 | 3,788 | 3,740 | 3,583 | 86 | 11 | 41 | 0 | 19 | 48 | 99 |
| Census Tract 83 | 2,584 | 2,460 | 2,078 | 282 | 25 | 18 | 0 | 57 | 124 | 217 |
| Census Tract 84 | 2,406 | 2,347 | 2,216 | 89 | 26 | 6 | 0 | 10 | 59 | 83 |
| Census Tract 85 | 2,588 | 2,534 | 2,367 | 96 | 23 | 26 | 0 | 22 | 54 | 111 |
| Census Tract 86 | 4,805 | 4,711 | 4,486 | 128 | 21 | 51 | 1 | 24 | 94 | 133 |
| Census Tract 87 | 4,675 | 4,591 | 4,366 | 131 | 22 | 34 | 0 | 38 | 84 | 164 |
| Census Tract 88 | 3,355 | 3,287 | 3,092 | 106 | 26 | 39 | 0 | 24 | 68 | 110 |
| Census Tract 172 | 2,257 | 2,234 | 2,180 | 20 | 10 | 13 | 0 | 11 | 23 | 40 |
| Census Tract 79.02 | 6,018 | 5,977 | 5,751 | 116 | 15 | 70 | 0 | 25 | 41 | 100 |
| Census Tract 58.01 | 3,366 | 3,224 | 2,543 | 294 | 84 | 117 | 4 | 182 | 142 | 632 |
| | 89,622 | | 83,609 | 2311 | 482 | 1322 | 11 | 597 | 1290 | 2712 |

#REF!

### 2. Greater Cheektowaga

| | Total population | Race | | | | | | | | Hispanic or Latino (of any race) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | One race | | | | | | | Two or More Races | |
| | | Total | White | Black or African American | American Indian and Alaska Native | Asian | Native Hawaiian and Other Pacific Islander | Some Other Race | | |
| Census Tract 100.01 | 2,883 | 2,843 | 2,719 | 73 | 4 | 33 | 0 | 14 | 40 | 58 |
| Census Tract 100.02 | 4,252 | 4,200 | 4,094 | 43 | 9 | 41 | 0 | 13 | 52 | 44 |
| Census Tract 100.03 | 3,807 | 3,770 | 3,486 | 168 | 9 | 88 | 0 | 19 | 37 | 91 |
| Census Tract 101.01 | 4,649 | 4,580 | 4,269 | 254 | 9 | 22 | 0 | 26 | 69 | 114 |
| Census Tract 101.02 | 3,497 | 3,350 | 2,630 | 608 | 17 | 62 | 0 | 33 | 147 | 125 |
| Census Tract 101.03 | 3,863 | 3,822 | 3,626 | 128 | 6 | 48 | 3 | 11 | 41 | 53 |
| Census Tract 106 | 2,597 | 2,567 | 2,382 | 110 | 6 | 54 | 0 | 15 | 30 | 55 |
| Census Tract 107 | 2,693 | 2,666 | 2,406 | 181 | 7 | 57 | 0 | 15 | 27 | 68 |
| Census Tract 108.03 | 2,047 | 2,038 | 1,976 | 40 | 2 | 16 | 0 | 4 | 9 | 34 |
| Census Tract 108.04 | 4,081 | 4,047 | 3,863 | 111 | 5 | 60 | 1 | 7 | 34 | 40 |
| Census Tract 108.05 | 5,334 | 5,284 | 5,161 | 49 | 13 | 37 | 2 | 22 | 50 | 59 |
| Census Tract 108.07 | 5,170 | 5,114 | 4,737 | 269 | 12 | 81 | 3 | 12 | 56 | 77 |
| Census Tract 108.08 | 4,052 | 3,993 | 3,470 | 241 | 11 | 252 | 1 | 18 | 59 | 130 |
| Census Tract 108.09 | 3,422 | 3,401 | 3,317 | 38 | 5 | 26 | 0 | 15 | 21 | 33 |
| Census Tract 109.01 | 2,377 | 2,366 | 2,295 | 43 | 6 | 7 | 0 | 15 | 11 | 42 |
| Census Tract 109.02 | 4,387 | 4,328 | 3,829 | 356 | 4 | 117 | 0 | 22 | 59 | 57 |
| Census Tract 110 | 1,822 | 1,796 | 1,735 | 44 | 6 | 5 | 1 | 5 | 26 | 38 |
| Census Tract 111 | 2,136 | 2,116 | 2,060 | 25 | 4 | 13 | 0 | 14 | 20 | 30 |
| Census Tract 97.01 | 3,147 | 3,112 | 3,005 | 56 | 3 | 42 | 0 | 6 | 35 | 39 |
| Census Tract 97.02 | 4,480 | 4,416 | 4,311 | 59 | 16 | 22 | 1 | 7 | 64 | 85 |
| Census Tract 98 | 1,742 | 1,734 | 1,703 | 21 | 0 | 3 | 0 | 7 | 8 | 28 |
| Census Tract 99 | 3,661 | 3,604 | 3,508 | 51 | 15 | 17 | 1 | 12 | 57 | 76 |
| Census Tract 104 | 2,283 | 2,195 | 1,417 | 642 | 19 | 83 | 0 | 34 | 88 | 114 |
| | 78,382 | | 71,999 | 3610 | 188 | 1186 | 13 | 346 | 1040 | 1490 |

### 3. Buffalo East

| | Total population | Race | | | | | | | | Hispanic or Latino (of any race) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | One race | | | | | | | Two or More Races | |
| | | Total | White | Black or African American | American Indian and Alaska Native | Asian | Native Hawaiian and Other Pacific Islander | Some Other Race | | |
| Census Tract 27.02 | 2,425 | 2,350 | 429 | 1,273 | 11 | 625 | 0 | 12 | 75 | 42 |
| Census Tract 28 | 2,346 | 2,229 | 644 | 1,475 | 13 | 62 | 1 | 34 | 117 | 93 |
| Census Tract 29 | 1,997 | 1,957 | 204 | 1,696 | 10 | 16 | 0 | 31 | 40 | 72 |
| Census Tract 30 | 2,654 | 2,577 | 550 | 1,870 | 17 | 74 | 0 | 66 | 77 | 178 |
| Census Tract 62.01 | 1,549 | 1,495 | 834 | 527 | 8 | 55 | 1 | 70 | 54 | 199 |
| Census Tract 34 | 2,757 | 2,701 | 75 | 2,591 | 9 | 10 | 0 | 16 | 56 | 58 |
| Census Tract 35 | 3,311 | 3,243 | 101 | 3,117 | 5 | 0 | 0 | 20 | 68 | 94 |
| Census Tract 36 | 2,608 | 2,550 | 166 | 2,330 | 1 | 45 | 0 | 8 | 58 | 101 |
| Census Tract 37 | 4,468 | 4,362 | 492 | 3,812 | 10 | 24 | 0 | 24 | 106 | 124 |
| Census Tract 38 | 3,108 | 3,043 | 489 | 2,500 | 3 | 7 | 0 | 44 | 65 | 105 |
| Census Tract 39.01 | 1,150 | 1,105 | 67 | 1,019 | 3 | 2 | 9 | 5 | 45 | 18 |
| Census Tract 40.01 | 4,013 | 3,852 | 378 | 3,352 | 12 | 84 | 0 | 26 | 161 | 129 |
| Census Tract 52.01 | 3,027 | 2,961 | 2,219 | 627 | 12 | 68 | 2 | 33 | 66 | 131 |
| Census Tract 52.02 | 2,917 | 2,846 | 1,270 | 1,517 | 5 | 27 | 1 | 26 | 71 | 99 |
| Census Tract 41 | 4,497 | 4,396 | 290 | 4,034 | 18 | 29 | 1 | 24 | 101 | 115 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Census Tract 42 | 3,520 | 3,452 | 134 | 3,230 | 15 | 51 | 0 | 22 | 68 | 87 |
| Census Tract 43 | 5,975 | 5,800 | 922 | 4,705 | 12 | 95 | 1 | 65 | 175 | 201 |
| Census Tract 44.01 | 4,165 | 4,066 | 299 | 3,695 | 7 | 33 | 1 | 31 | 99 | 92 |
| Census Tract 44.02 | 2,682 | 2,637 | 58 | 2,524 | 9 | 1 | 0 | 45 | 45 | 122 |
| Census Tract 53 | 1,458 | 1,432 | 1,037 | 336 | 9 | 37 | 2 | 11 | 26 | 44 |
| Census Tract 102.01 | 2,801 | 2,726 | 2,004 | 663 | 9 | 22 | 1 | 27 | 75 | 83 |
| Census Tract 102.02 | 3,375 | 3,258 | 1,455 | 1,657 | 13 | 76 | 0 | 57 | 117 | 185 |
| Census Tract 103 | 1,336 | 1,297 | 637 | 635 | 3 | 16 | 0 | 6 | 39 | 56 |
| Census Tract 169 | 3,634 | 3,541 | 2,315 | 1,089 | 30 | 51 | 0 | 56 | 93 | 233 |
| Census Tract 105 | 2,332 | 2,247 | 1,674 | 504 | 10 | 36 | 0 | 23 | 85 | 86 |
| Census Tract 63.02 | 2,589 | 2,536 | 2,350 | 104 | 20 | 48 | 0 | 14 | 53 | 109 |
| Census Tract 54 | 3,850 | 3,741 | 3,108 | 439 | 18 | 114 | 0 | 62 | 109 | 198 |
| Census Tract 55 | 4,054 | 3,822 | 2,515 | 750 | 61 | 248 | 1 | 247 | 232 | 637 |
| | 84,598 | | 26716 | 52,071 | 353 | 1956 | 21 | 1105 | 2376 | 3691 |

4. Buffalo West

| | Total population | Race | | | | | | | | Hispanic or Latino (of any race) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | One race | | | | | | | Two or More Races | |
| | | Total | White | Black or African American | American Indian and Alaska Native | Asian | Native Hawaiian and Other Pacific Islander | Some Other Race | | |
| Census Tract 31 | 2,294 | 2,259 | 112 | 2,107 | 3 | 19 | 4 | 14 | 35 | 58 |
| Census Tract 56 | 4,182 | 3,987 | 2,271 | 1,125 | 36 | 111 | 0 | 444 | 195 | 975 |
| Census Tract 57 | 2,923 | 2,769 | 1,892 | 504 | 68 | 48 | 1 | 256 | 154 | 791 |
| Census Tract 58.02 | 4,881 | 4,625 | 3,095 | 601 | 128 | 260 | 0 | 541 | 256 | 1,132 |
| Census Tract 59 | 3,957 | 3,754 | 2,483 | 635 | 49 | 273 | 0 | 314 | 203 | 801 |
| Census Tract 61 | 4,986 | 4,760 | 2,154 | 1,343 | 91 | 568 | 5 | 599 | 226 | 1,512 |
| Census Tract 171 | 4,577 | 4,346 | 2,072 | 1,260 | 98 | 350 | 13 | 553 | 231 | 1,202 |
| Census Tract 69.01 | 3,773 | 3,592 | 1,487 | 851 | 34 | 612 | 1 | 607 | 181 | 1,497 |
| Census Tract 69.02 | 3,948 | 3,750 | 2,135 | 711 | 75 | 410 | 5 | 414 | 198 | 970 |
| Census Tract 70 | 3,133 | 3,007 | 1,433 | 671 | 32 | 257 | 11 | 603 | 126 | 1,276 |
| Census Tract 71.01 | 3,642 | 3,484 | 1,361 | 997 | 57 | 114 | 2 | 953 | 158 | 2,170 |
| Census Tract 71.02 | 2,681 | 2,581 | 1,063 | 960 | 35 | 12 | 3 | 508 | 100 | 1,034 |
| Census Tract 164 | 3,035 | 2,934 | 1,235 | 1,443 | 28 | 33 | 0 | 195 | 101 | 627 |
| Census Tract 165 | 1,798 | 1,745 | 1,000 | 678 | 9 | 28 | 3 | 27 | 53 | 212 |
| Census Tract 25.02 | 2,187 | 2,135 | 204 | 1,847 | 8 | 17 | 0 | 59 | 52 | 119 |
| Census Tract 14.02 | 3,253 | 3,208 | 138 | 3,016 | 6 | 1 | 1 | 46 | 45 | 136 |
| Census Tract 168 | 3,718 | 3,656 | 280 | 3,302 | 11 | 13 | 1 | 49 | 62 | 165 |
| Census Tract 65.01 | 2,883 | 2,784 | 2,086 | 347 | 48 | 182 | 0 | 121 | 99 | 337 |
| Census Tract 66.01 | 2,441 | 2,354 | 1,545 | 384 | 41 | 203 | 1 | 180 | 87 | 477 |
| Census Tract 66.02 | 2,262 | 2,225 | 1,771 | 380 | 8 | 40 | 0 | 26 | 37 | 91 |
| Census Tract 67.01 | 3,354 | 3,247 | 2,273 | 584 | 23 | 188 | 4 | 175 | 107 | 383 |
| Census Tract 67.02 | 3,224 | 3,117 | 2,143 | 740 | 26 | 143 | 1 | 64 | 107 | 214 |
| Census Tract 68 | 3,380 | 3,273 | 2,557 | 488 | 37 | 62 | 0 | 129 | 107 | 364 |
| Census Tract 168 | 3,718 | 3,656 | 280 | 3,302 | 11 | 13 | 1 | 49 | 62 | 165 |
| Census Tract 15 | 1,485 | 1,443 | 111 | 1,304 | 1 | 11 | 0 | 16 | 42 | 63 |
| Census Tract 33.02 | 3,119 | 3,076 | 170 | 2,849 | 5 | 12 | 0 | 40 | 43 | 70 |
| Census Tract 166 | 2,451 | 2,422 | 118 | 2,271 | 9 | 8 | 0 | 16 | 29 | 60 |
| Census Tract 33.01 | 3,565 | 3,490 | 220 | 3,236 | 10 | 3 | 0 | 21 | 75 | 66 |
| | 90,850 | | 37689 | 37,936 | 987 | 3991 | 57 | 7019 | 3171 | 16967 |

5. Buffalo South

| | Total population | Race | | | | | | | | Hispanic or Latino (of any race) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | One race | | | | | | | Two or More Races | |
| | | Total | White | Black or African American | American Indian and Alaska Native | Asian | Native Hawaiian and Other Pacific Islander | Some Other Race | | |
| Census Tract 1.10 | 2,761 | 2,656 | 2,314 | 156 | 24 | 13 | 1 | 148 | 105 | 441 |
| Census Tract 2 | 4,076 | 3,957 | 3,485 | 215 | 39 | 49 | 1 | 168 | 119 | 577 |
| Census Tract 5 | 1,961 | 1,908 | 1,675 | 92 | 12 | 3 | 0 | 126 | 53 | 312 |
| Census Tract 6 | 4,752 | 4,661 | 4,392 | 145 | 37 | 35 | 0 | 52 | 91 | 217 |
| Census Tract 7 | 3,766 | 3,728 | 3,611 | 45 | 9 | 27 | 0 | 36 | 38 | 114 |
| Census Tract 8 | 4,704 | 4,600 | 4,320 | 98 | 27 | 33 | 1 | 121 | 104 | 349 |
| Census Tract 9 | 2,373 | 2,329 | 2,197 | 69 | 27 | 11 | 1 | 24 | 44 | 122 |
| Census Tract 10 | 5,730 | 5,552 | 5,005 | 337 | 46 | 39 | 0 | 125 | 178 | 455 |
| Census Tract 11 | 3,154 | 3,072 | 2,857 | 138 | 30 | 16 | 1 | 30 | 82 | 211 |
| Census Tract 17 | 1,777 | 1,721 | 1,301 | 356 | 9 | 45 | 0 | 10 | 56 | 90 |
| Census Tract 19 | 3,089 | 3,044 | 2,897 | 75 | 12 | 19 | 0 | 41 | 45 | 129 |
| Census Tract 163 | 2,466 | 2,378 | 1,992 | 254 | 43 | 8 | 1 | 80 | 88 | 268 |
| Census Tract 167 | 2,460 | 2,404 | 2,221 | 132 | 11 | 15 | 0 | 25 | 56 | 92 |
| Census Tract 174 | 3,783 | 3,565 | 2,025 | 1,322 | 13 | 27 | 0 | 178 | 218 | 493 |
| Census Tract 123 | 3,382 | 3,252 | 2,896 | 219 | 15 | 42 | 5 | 75 | 130 | 290 |
| Census Tract 124 | 2,160 | 2,104 | 1,996 | 63 | 10 | 12 | 0 | 23 | 56 | 116 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Census Tract 125.01 | 4,585 | 4,487 | 4,311 | 94 | 8 | 29 | 2 | 43 | 98 | 202 |
| Census Tract 125.02 | 1,879 | 1,853 | 1,813 | 25 | 1 | 7 | 0 | 7 | 26 | 56 |
| Census Tract 72.02 | 1,639 | 1,577 | 1,015 | 345 | 6 | 33 | 0 | 178 | 62 | 432 |
| Census Tract 23 | 3,336 | 3,270 | 2,922 | 241 | 18 | 37 | 0 | 52 | 66 | 205 |
| Census Tract 24 | 4,257 | 4,145 | 3,343 | 687 | 30 | 35 | 3 | 47 | 112 | 266 |
| Census Tract 162 | 2,352 | 2,293 | 2,174 | 67 | 10 | 4 | 0 | 38 | 59 | 126 |
| Census Tract 174 | 3,783 | 3,565 | 2,025 | 1,322 | 13 | 27 | 0 | 178 | 218 | 493 |
| Census Tract 128 | 2,553 | 2,511 | 2,442 | 36 | 11 | 11 | 0 | 11 | 42 | 95 |
| Census Tract 130.01 | 3,079 | 3,046 | 2,991 | 26 | 10 | 4 | 0 | 15 | 33 | 70 |
| | 79,857 | | 68,220 | 6559 | 471 | 581 | 16 | 1831 | 2179 | 6221 |

6. University/Eggertsville District

| | Total population | Race | | | | | | | | Hispanic or Latino (of any race) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | One race | | | | | | | Two or More Races | |
| | | Total | White | Black or African American | American Indian and Alaska Native | Asian | Native Hawaiian and Other Pacific Islander | Some Other Race | | |
| Census Tract 45 | 5,469 | 5,325 | 3,658 | 1,436 | 37 | 90 | 3 | 101 | 144 | 253 |
| Census Tract 46.01 | 3,514 | 3,399 | 2,030 | 514 | 6 | 807 | 0 | 42 | 115 | 140 |
| Census Tract 46.02 | 1,374 | 1,326 | 712 | 179 | 1 | 396 | 2 | 36 | 48 | 79 |
| Census Tract 47 | 6,709 | 6,499 | 1,766 | 4,314 | 21 | 314 | 5 | 79 | 210 | 301 |
| Census Tract 48 | 3,819 | 3,747 | 3,275 | 347 | 24 | 50 | 4 | 47 | 72 | 198 |
| Census Tract 51 | 4,416 | 4,252 | 3,113 | 931 | 41 | 55 | 4 | 108 | 164 | 364 |
| Census Tract 79.03 | 3,377 | 3,351 | 3,238 | 43 | 19 | 33 | 0 | 18 | 26 | 70 |
| Census Tract 79.04 | 3,081 | 3,067 | 2,962 | 31 | 2 | 52 | 0 | 20 | 14 | 56 |
| Census Tract 80.01 | 5,730 | 5,582 | 5,129 | 314 | 32 | 65 | 0 | 42 | 148 | 167 |
| Census Tract 80.02 | 5,393 | 5,303 | 5,022 | 186 | 7 | 55 | 1 | 32 | 90 | 136 |
| Census Tract 80.03 | 5,234 | 5,142 | 4,733 | 222 | 24 | 119 | 0 | 44 | 92 | 167 |
| Census Tract 91.09 | 3,149 | 3,111 | 2,534 | 118 | 8 | 432 | 0 | 19 | 38 | 80 |
| Census Tract 91.10 | 5,737 | 5,587 | 3,782 | 511 | 12 | 1,174 | 1 | 107 | 150 | 300 |
| Census Tract 91.15 | 3,308 | 3,242 | 2,319 | 156 | 6 | 734 | 0 | 27 | 66 | 75 |
| Census Tract 92 | 4,294 | 4,204 | 3,273 | 344 | 9 | 552 | 2 | 24 | 90 | 115 |
| Census Tract 93.01 | 5,293 | 5,080 | 3,139 | 1,110 | 17 | 775 | 1 | 38 | 213 | 194 |
| Census Tract 93.02 | 2,637 | 2,580 | 2,217 | 216 | 7 | 132 | 0 | 8 | 57 | 58 |
| Census Tract 94.01 | 5,811 | 5,704 | 4,930 | 399 | 9 | 324 | 0 | 42 | 107 | 146 |
| Census Tract 95.01 | 5,111 | 5,009 | 4,509 | 380 | 4 | 87 | 0 | 29 | 102 | 124 |
| Census Tract 49 | 5,983 | 5,754 | 4,595 | 936 | 52 | 57 | 0 | 114 | 229 | 400 |
| Census Tract 50 | 2,409 | 2,313 | 1,738 | 445 | 18 | 32 | 2 | 78 | 96 | 195 |
| | 91,848 | | 68,674 | 13,132 | 356 | 6335 | 25 | 1055 | 2271 | 3618 |

7. Clarence/Lancaster

| | Total population | Race | | | | | | | | Hispanic or Latino (of any race) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | One race | | | | | | | Two or More Races | |
| | | Total | White | Black or African American | American Indian and Alaska Native | Asian | Native Hawaiian and Other Pacific Islander | Some Other Race | | |
| Census Tract 147.01 | 5,596 | 5,554 | 5,448 | 43 | 4 | 48 | 2 | 9 | 42 | 65 |
| Census Tract 147.02 | 8,064 | 7,978 | 7,755 | 58 | 8 | 135 | 2 | 20 | 86 | 91 |
| Census Tract 146.01 | 4,915 | 4,857 | 4,592 | 71 | 7 | 183 | 2 | 2 | 58 | 63 |
| Census Tract 146.03 | 4,487 | 4,420 | 4,061 | 61 | 3 | 276 | 0 | 19 | 67 | 84 |
| Census Tract 146.04 | 7,611 | 7,524 | 6,929 | 117 | 9 | 451 | 0 | 18 | 87 | 115 |
| Census Tract 142.04 | 3,944 | 3,920 | 3,860 | 14 | 15 | 26 | 0 | 5 | 24 | 62 |
| Census Tract 142.06 | 7,002 | 6,943 | 6,830 | 40 | 3 | 50 | 0 | 20 | 59 | 87 |
| Census Tract 142.07 | 5,338 | 5,287 | 5,088 | 102 | 7 | 63 | 0 | 27 | 51 | 68 |
| Census Tract 142.08 | 4,824 | 4,789 | 4,673 | 73 | 11 | 27 | 0 | 5 | 35 | 60 |
| Census Tract 142.09 | 4,210 | 4,184 | 4,087 | 59 | 7 | 23 | 0 | 8 | 26 | 52 |
| Census Tract 143 | 6,141 | 6,068 | 5,996 | 41 | 5 | 9 | 0 | 17 | 73 | 90 |
| Census Tract 144 | 4,211 | 4,166 | 4,087 | 30 | 22 | 16 | 0 | 11 | 45 | 60 |
| Census Tract 145.01 | 3,555 | 3,518 | 3,470 | 21 | 3 | 17 | 0 | 7 | 37 | 43 |
| Census Tract 145.02 | 2,379 | 2,341 | 2,274 | 27 | 12 | 17 | 0 | 11 | 38 | 66 |
| Census Tract 141.01 | 6,179 | 6,158 | 6,112 | 9 | 8 | 15 | 4 | 10 | 21 | 47 |
| Census Tract 90.04 | 3,468 | 3,420 | 3,126 | 93 | 10 | 176 | 0 | 15 | 48 | 68 |
| | 81,924 | | 78,388 | 859 | 134 | 1532 | 10 | 204 | 797 | 1121 |

8. Eastern Border District

| | Total population | Race | | Hispanic or Latino (of any race) |
|---|---|---|---|---|
| | | One race | Two or More Races | |

|  | Total | White | Black or African American | American Indian and Alaska Native | Asian | Native Hawaiian and Other Pacific Islander | Some Other Race |  |  |
|---|---|---|---|---|---|---|---|---|---|
| Census Tract 148.01 | 2,566 | 2,530 | 2,468 | 10 | 40 | 6 | 0 | 6 | 36 | 38 |
| Census Tract 148.03 | 6,028 | 5,989 | 5,872 | 32 | 46 | 28 | 3 | 8 | 39 | 47 |
| Census Tract 9401 | 34 | 34 | 0 | 0 | 34 | 0 | 0 | 0 | 0 | 0 |
| Census Tract 149.01 | 2,605 | 2,590 | 2,536 | 14 | 8 | 31 | 0 | 1 | 15 | 12 |
| Census Tract 149.03 | 5,873 | 5,834 | 5,801 | 12 | 4 | 9 | 0 | 8 | 39 | 41 |
| Census Tract 149.04 | 2,387 | 2,376 | 1,096 | 1,138 | 21 | 5 | 0 | 116 | 11 | 232 |
| Census Tract 150.01 | 5,327 | 5,299 | 5,252 | 13 | 11 | 19 | 0 | 4 | 28 | 33 |
| Census Tract 150.02 | 3,005 | 2,972 | 2,924 | 16 | 15 | 11 | 1 | 5 | 33 | 32 |
| Census Tract 150.03 | 3,401 | 3,370 | 3,329 | 16 | 14 | 8 | 0 | 3 | 31 | 38 |
| Census Tract 151.01 | 3,265 | 3,249 | 3,220 | 3 | 8 | 14 | 2 | 2 | 16 | 17 |
| Census Tract 151.02 | 2,775 | 2,756 | 2,716 | 6 | 13 | 18 | 0 | 3 | 19 | 17 |
| Census Tract 138 | 7,818 | 7,762 | 7,667 | 16 | 3 | 56 | 0 | 20 | 56 | 81 |
| Census Tract 139 | 2,225 | 2,198 | 2,174 | 14 | 1 | 6 | 0 | 3 | 27 | 16 |
| Census Tract 140 | 3,739 | 3,708 | 3,659 | 11 | 6 | 21 | 2 | 9 | 31 | 46 |
| Census Tract 152.01 | 3,082 | 3,060 | 3,044 | 3 | 0 | 7 | 0 | 6 | 22 | 31 |
| Census Tract 152.02 | 4,941 | 4,911 | 4,850 | 7 | 19 | 18 | 2 | 15 | 30 | 47 |
| Census Tract 158 | 4,198 | 4,167 | 4,140 | 9 | 7 | 10 | 0 | 1 | 31 | 52 |
| Census Tract 159 | 4,296 | 4,249 | 4,128 | 46 | 35 | 26 | 1 | 13 | 47 | 99 |
| Census Tract 175.01 | 1,518 | 1,486 | 1,349 | 7 | 120 | 7 | 0 | 3 | 32 | 33 |
| Census Tract 175.02 | 2,404 | 2,367 | 2,310 | 18 | 30 | 1 | 0 | 8 | 37 | 41 |
| Census Tract 161 | 2,676 | 2,673 | 1,354 | 1,102 | 37 | 7 | 0 | 173 | 3 | 383 |
| Census Tract 157 | 3,523 | 3,469 | 3,398 | 11 | 46 | 0 | 0 | 14 | 54 | 82 |
|  | 77,686 |  | 73,287 | 2504 | 518 | 308 | 11 | 421 | 637 | 1418 |

9. Greater Amherst

| | Total population | Race | | | | | | | | Hispanic or Latino (of any race) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | One race | | | | | | | Two or More Races | |
| | | Total | White | Black or African American | American Indian and Alaska Native | Asian | Native Hawaiian and Other Pacific Islander | Some Other Race | | |
| Census Tract 90.06 | 7,299 | 7,191 | 6,237 | 321 | 9 | 597 | 4 | 23 | 108 | 132 |
| Census Tract 90.07 | 7,641 | 7,493 | 6,528 | 151 | 11 | 779 | 5 | 19 | 148 | 132 |
| Census Tract 90.08 | 4,979 | 4,918 | 4,288 | 148 | 7 | 465 | 1 | 9 | 61 | 72 |
| Census Tract 90.09 | 4,888 | 4,811 | 4,313 | 147 | 15 | 313 | 0 | 23 | 77 | 94 |
| Census Tract 90.10 | 5,689 | 5,588 | 4,823 | 214 | 2 | 532 | 0 | 17 | 101 | 97 |
| Census Tract 91.04 | 4,149 | 4,098 | 3,774 | 124 | 5 | 183 | 0 | 12 | 51 | 73 |
| Census Tract 91.06 | 3,016 | 2,957 | 2,658 | 185 | 5 | 90 | 0 | 19 | 59 | 61 |
| Census Tract 91.07 | 5,260 | 5,046 | 3,702 | 926 | 18 | 345 | 2 | 53 | 214 | 254 |
| Census Tract 91.12 | 2,922 | 2,840 | 2,549 | 70 | 4 | 195 | 0 | 22 | 82 | 58 |
| Census Tract 91.13 | 6,858 | 6,786 | 6,144 | 166 | 12 | 447 | 0 | 17 | 72 | 120 |
| Census Tract 91.14 | 4,166 | 4,116 | 3,625 | 163 | 6 | 309 | 0 | 13 | 50 | 69 |
| Census Tract 91.16 | 5,225 | 5,152 | 4,425 | 340 | 12 | 341 | 1 | 33 | 73 | 100 |
| Census Tract 94.02 | 4,324 | 4,303 | 4,097 | 111 | 6 | 74 | 1 | 14 | 21 | 82 |
| Census Tract 95.02 | 6,684 | 6,589 | 6,165 | 264 | 10 | 127 | 0 | 23 | 95 | 140 |
| Census Tract 89 | 4,213 | 4,168 | 4,016 | 72 | 6 | 49 | 0 | 25 | 45 | 72 |
| Census Tract 96 | 6,245 | 6,161 | 5,385 | 280 | 10 | 443 | 8 | 35 | 84 | 154 |
| | 83,558 | | 72,729 | 3682 | 138 | 5289 | 22 | 357 | 1341 | 1710 |

10. West Seneca/ Orchard Park

| | Total population | Race | | | | | | | | Hispanic or Latino (of any race) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | One race | | | | | | | Two or More Races | |
| | | Total | White | Black or African American | American Indian and Alaska Native | Asian | Native Hawaiian and Other Pacific Islander | Some Other Race | | |
| Census Tract 112 | 6,770 | 6,735 | 6,627 | 55 | 12 | 25 | 1 | 15 | 35 | 64 |
| Census Tract 113 | 4,770 | 4,713 | 4,563 | 76 | 5 | 51 | 0 | 18 | 57 | 84 |
| Census Tract 114 | 2,248 | 2,208 | 2,104 | 52 | 20 | 2 | 1 | 29 | 40 | 87 |
| Census Tract 115 | 1,503 | 1,484 | 1,453 | 8 | 10 | 9 | 0 | 4 | 19 | 23 |
| Census Tract 116 | 1,952 | 1,936 | 1,876 | 16 | 4 | 32 | 0 | 8 | 16 | 35 |
| Census Tract 117 | 4,112 | 4,077 | 4,005 | 11 | 14 | 21 | 0 | 26 | 35 | 96 |
| Census Tract 118 | 3,754 | 3,740 | 3,653 | 40 | 11 | 31 | 2 | 3 | 14 | 32 |
| Census Tract 120.01 | 4,118 | 4,084 | 4,025 | 29 | 7 | 14 | 0 | 9 | 34 | 89 |
| Census Tract 120.02 | 3,479 | 3,462 | 3,429 | 10 | 2 | 15 | 0 | 6 | 17 | 39 |
| Census Tract 120.03 | 4,844 | 4,819 | 4,758 | 20 | 2 | 35 | 0 | 4 | 25 | 63 |
| Census Tract 173 | 7,161 | 7,107 | 6,979 | 66 | 9 | 45 | 0 | 8 | 54 | 139 |
| Census Tract 135.01 | 7,164 | 7,116 | 6,939 | 43 | 16 | 92 | 0 | 26 | 48 | 107 |
| Census Tract 135.02 | 6,859 | 6,784 | 6,621 | 25 | 7 | 112 | 1 | 18 | 75 | 109 |
| Census Tract 136 | 3,077 | 3,047 | 2,963 | 29 | 12 | 36 | 1 | 6 | 30 | 50 |
| Census Tract 137.01 | 6,284 | 6,258 | 6,142 | 46 | 14 | 44 | 3 | 9 | 26 | 102 |
| Census Tract 137.02 | 5,670 | 5,614 | 5,430 | 68 | 14 | 88 | 1 | 13 | 56 | 97 |
| Census Tract 141.02 | 5,138 | 5,118 | 5,080 | 10 | 5 | 17 | 1 | 5 | 20 | 25 |
| | 78,903 | | 76,647 | 604 | 164 | 669 | 11 | 207 | 601 | 1241 |

11. Hamburg/Eden

| | Total population | Race | | Hispanic or Latino (of any race) |
|---|---|---|---|---|
| | | One race | Two or More Races | |

|  |  | Total | White | Black or African American | American Indian and Alaska Native | Asian | Native Hawaiian and Other Pacific Islander | Some Other Race |  |  |
|---|---|---|---|---|---|---|---|---|---|---|
| Census Tract 9400 | 1,836 | 1,772 | 150 | 2 | 1,612 | 7 | 0 | 1 | 64 | 65 |
| Census Tract 129.02 | 3,556 | 3,522 | 3,433 | 32 | 17 | 26 | 0 | 14 | 34 | 94 |
| Census Tract 130.02 | 5,386 | 5,330 | 5,212 | 52 | 8 | 35 | 1 | 22 | 56 | 133 |
| Census Tract 131.01 | 6,498 | 6,423 | 6,261 | 56 | 34 | 35 | 1 | 36 | 75 | 154 |
| Census Tract 131.02 | 8,334 | 8,286 | 8,154 | 24 | 33 | 39 | 1 | 35 | 48 | 150 |
| Census Tract 132.01 | 5,940 | 5,876 | 5,748 | 33 | 19 | 57 | 0 | 19 | 64 | 94 |
| Census Tract 132.02 | 5,023 | 4,992 | 4,922 | 27 | 11 | 22 | 0 | 10 | 31 | 74 |
| Census Tract 133 | 3,538 | 3,505 | 3,473 | 10 | 4 | 12 | 0 | 6 | 33 | 49 |
| Census Tract 134 | 6,270 | 6,234 | 6,148 | 28 | 12 | 32 | 0 | 14 | 36 | 88 |
| Census Tract 153.01 | 4,924 | 4,898 | 4,834 | 23 | 13 | 13 | 2 | 13 | 26 | 58 |
| Census Tract 153.02 | 2,764 | 2,747 | 2,700 | 9 | 10 | 6 | 0 | 22 | 17 | 78 |
| Census Tract 154.01 | 2,667 | 2,639 | 2,567 | 24 | 28 | 12 | 1 | 7 | 28 | 54 |
| Census Tract 154.02 | 5,069 | 5,024 | 4,948 | 22 | 38 | 6 | 3 | 7 | 45 | 83 |
| Census Tract 155.01 | 2,127 | 2,089 | 2,020 | 12 | 45 | 2 | 0 | 10 | 38 | 63 |
| Census Tract 155.03 | 2,628 | 2,596 | 2,501 | 39 | 43 | 11 | 0 | 2 | 32 | 45 |
| Census Tract 155.04 | 3,865 | 3,806 | 3,726 | 18 | 48 | 3 | 1 | 10 | 59 | 54 |
| Census Tract 156 | 2,065 | 2,037 | 1,915 | 20 | 95 | 1 | 0 | 6 | 28 | 57 |
| Census Tract 129.01 | 6,759 | 6,685 | 6,458 | 109 | 20 | 52 | 3 | 43 | 74 | 213 |
|  | 79,249 |  | 75170 | 540 | 2,090 | 371 | 13 | 277 | 788 | 1606 |

District w/ highest populatic  University/Eggertsville  % Dev:  9.90%
District w/ lowest Population  Eastern Border  % Dev:  7.10%

Municipalities Divided:  Town of Tonawanda
Amherst
City of Buffalo
Cheektowaga
Town of Hamburg
Town of Elma