Dear Mr. Graber:

My suggestion for a new district encompasses the following towns followed by their population:

| Town | Population |
| --- | --- |
| Orchard Park | 29,054 |
| Aurora | 13,782 |
| Elma | 11,317 |
| Concord | 8,494 |
| Marilla | 5,327 |
| Holland | 3,401 |
| Colden | 3,265 |
| Wales | 3,005 |
| Sardinia | 2,775 |

Total District Population: 80,420

My reasoning is as follows:

Keep Orchard Park and Aurora in the same district as they are similar communities and are presently in District #13. Elma, Marilla and Wales share a common identity such as EMW Athletic programs, so it would be beneficial to keep them in the same district. Concord, Holland, Colden and Sardinia are "rural" towns and it is reasonable to link them together. Finally, Legislator Fidoli is seeking another office so it makes sense to dissolve District # 5 in my opinion.

Best Regards,

Dr. Patrick J. Keem-- Resident of Orchard Park