| Town | Population | White | Black | Amrindian | Asian | Hawaiian | Other | Hispanic | Population 18+ | White 18+ | Black 18+ | % Black 18+ | Hispanic 18+ | % Hispanic 18+ | % Combined |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **1** | | | | | | | | | | | | | | | |
| EDEN | 7688 | 7534 | 32 | 23 | 19 | 2 | 35 | 136 | 5962 | 5878 | 22 | | 86 | | |
| EVANS | 16356 | 15762 | 115 | 202 | 34 | 5 | 36 | 299 | 12905 | 12561 | 76 | | 195 | | |
| HAMBURG | 56936 | 55242 | 433 | 179 | 325 | 6 | 225 | 1214 | 44186 | 43153 | 298 | | 719 | | |
| | 80,980 | 78,538 | 580 | 404 | 378 | 13 | 296 | 1,649 | 63,053 | 61,592 | 396 | 0.63% | 1,000 | 1.59% | **2.21%** |
| **2** | | | | | | | | | | | | | | | |
| BUFFALO* | 37970 | 31906 | 3106 | 293 | 397 | 13 | 1279 | 3881 | 30705 | 26316 | 2473 | | 2532 | | |
| LACKAWANNA | 18141 | 15215 | 1790 | 57 | 121 | 7 | 364 | 1283 | 14162 | 12309 | 1204 | | 832 | | |
| ORCHARD PK | 29054 | 28095 | 211 | 63 | 372 | 6 | 72 | 465 | 22179 | 21589 | 152 | | 279 | | |
| | 85,165 | 75,216 | 5,107 | 413 | 890 | 26 | 1,715 | 5,629 | 67,046 | 60,214 | 3,829 | 5.71% | 3,643 | 5.43% | **11.14%** |
| **3** | | | | | | | | | | | | | | | |
| ALDEN | 10865 | 9433 | 1164 | 33 | 45 | 0 | 125 | 285 | 8998 | 7645 | 1136 | | 253 | | |
| AURORA | 13782 | 13500 | 41 | 10 | 83 | 2 | 32 | 143 | 10636 | 10487 | 24 | | 73 | | |
| BOSTON | 8023 | 7894 | 10 | 19 | 25 | 2 | 21 | 78 | 6224 | 6149 | 10 | | 50 | | |
| BRANT | 2065 | 1915 | 20 | 95 | 1 | 0 | 6 | 57 | 1604 | 1502 | 17 | | 32 | | |
| CATT RES** | 1833 | 150 | 2 | 1609 | 7 | 0 | 1 | 65 | 1258 | 121 | 2 | | 25 | | |
| COLDEN | 3265 | 3220 | 3 | 8 | 14 | 2 | 2 | 17 | 2547 | 2525 | 2 | | 12 | | |
| COLLINS | 6601 | 5013 | 1127 | 190 | 15 | 0 | 184 | 457 | 5701 | 4211 | 1115 | | 418 | | |
| CONCORD | 8494 | 8268 | 55 | 42 | 36 | 1 | 94 | 151 | 6538 | 6409 | 36 | | 99 | | |
| HOLLAND | 3401 | 3329 | 16 | 14 | 8 | 0 | 3 | 38 | 2646 | 2600 | 12 | | 26 | | |
| MARILLA | 5327 | 5252 | 13 | 11 | 19 | 0 | 4 | 33 | 4141 | 4103 | 9 | | 17 | | |
| N. COLLINS | 3523 | 3398 | 11 | 46 | 0 | 0 | 14 | 82 | 2698 | 2617 | 11 | | 43 | | |
| NEWSTEAD | 8594 | 8340 | 42 | 86 | 34 | 3 | 14 | 85 | 6763 | 6599 | 31 | | 48 | | |
| SARDINIA | 2775 | 2716 | 6 | 13 | 18 | 0 | 3 | 17 | 2193 | 2154 | 5 | | 6 | | |
| TON RES** | 34 | 0 | 0 | 34 | 0 | 0 | 0 | 0 | 18 | 0 | 0 | | 0 | | |
| WALES | 3005 | 2924 | 16 | 15 | 11 | 1 | 5 | 32 | 2359 | 2317 | 10 | | 18 | | |
| | 81,587 | 75,352 | 2,526 | 2,225 | 316 | 11 | 428 | 1,540 | 64,324 | 59,439 | 2,420 | 3.76% | 1,120 | 1.74% | **5.50%** |
| **4** | | | | | | | | | | | | | | | |
| BUFFALO* | 27478 | 21948 | 3674 | 204 | 332 | 10 | 583 | 2063 | 21073 | 17624 | 2397 | | 1190 | | |
| ELMA | 11317 | 11192 | 19 | 13 | 32 | 5 | 15 | 72 | 8946 | 8874 | 14 | | 47 | | |
| W. SENECA | 44711 | 43472 | 383 | 96 | 280 | 4 | 130 | 751 | 35872 | 35042 | 287 | | 446 | | |
| | 83,506 | 76,612 | 4,076 | 313 | 644 | 19 | 728 | 2,886 | 65,891 | 61,540 | 2,698 | 4.09% | 1,683 | 2.55% | **6.65%** |
| **5** | | | | | | | | | | | | | | | |
| AMHERST* | 12309 | 10218 | 537 | 19 | 1248 | 9 | 71 | 283 | 9810 | 8363 | 400 | | 172 | | |
| CHEEKTOWAGA | 71936 | 65170 | 4036 | 179 | 1161 | 12 | 347 | 1425 | 58877 | 54377 | 2814 | | 834 | | |
| | 84,245 | 75,388 | 4,573 | 198 | 2,409 | 21 | 418 | 1,708 | 68,687 | 62,740 | 3,214 | 4.68% | 1,006 | 1.46% | **6.14%** |
| **6** | | | | | | | | | | | | | | | |
| AMHERST* | 3197 | 2783 | 72 | 2 | 281 | 0 | 2 | 61 | 2400 | 2104 | 51 | | 34 | | |
| CHEEKTOWAGA | 9530 | 9172 | 137 | 20 | 70 | 1 | 22 | 159 | 7796 | 7559 | 99 | | 95 | | |
| CLARENCE | 30673 | 28785 | 350 | 31 | 1093 | 6 | 68 | 418 | 22557 | 21359 | 252 | | 235 | | |
| LANCASTER | 41604 | 40365 | 407 | 85 | 248 | 0 | 111 | 588 | 32106 | 31323 | 304 | | 335 | | |
| | 85,004 | 81,105 | 966 | 138 | 1,692 | 7 | 203 | 1,226 | 64,859 | 62,345 | 706 | 1.09% | 699 | 1.08% | **2.17%** |
| **7** | | | | | | | | | | | | | | | |
| AMHERST* | 70478 | 58931 | 4367 | 118 | 5372 | 14 | 407 | 1723 | 58141 | 49020 | 3274 | | 1216 | | |
| BUFFALO* | 13057 | 8970 | 1988 | 60 | 1469 | 9 | 167 | 577 | 11236 | 7812 | 1571 | | 423 | | |
| | 83,535 | 67,901 | 6,355 | 178 | 6,841 | 23 | 574 | 2,300 | 69,377 | 56,832 | 4,845 | 6.98% | 1,639 | 2.36% | **9.35%** |
| **8** | | | | | | | | | | | | | | | |
| BUFFALO* | 84838 | 32911 | 37331 | 975 | 4001 | 58 | 6452 | 15731 | 62927 | 27239 | 26807 | | 9628 | | |
| | 84,838 | 32,911 | 37,331 | 975 | 4,001 | 58 | 6,452 | 15,731 | 62,927 | 27,239 | 26,807 | 42.60% | 9,628 | 15.30% | **57.90%** |
| **9** | | | | | | | | | | | | | | | |
| BUFFALO* | 76576 | 20520 | 50868 | 306 | 1870 | 22 | 923 | 3105 | 56800 | 18210 | 35236 | | 2038 | | |
| CHEEKTOWAGA | 6760 | 3427 | 2896 | 24 | 105 | 1 | 90 | 316 | 5101 | 2836 | 1998 | | 183 | | |
| | 83,336 | 23,947 | 53,764 | 330 | 1,975 | 23 | 1,013 | 3,421 | 61,901 | 21,046 | 37,234 | 60.15% | 2,221 | 3.59% | **63.74%** |
| **10** | | | | | | | | | | | | | | | |
| AMHERST* | 36382 | 30626 | 2033 | 81 | 2774 | 3 | 186 | 803 | 27781 | 23799 | 1361 | | 475 | | |
| C-TON | 15130 | 14619 | 138 | 71 | 89 | 3 | 54 | 310 | 12212 | 11872 | 96 | | 187 | | |
| GRAND IS | 20374 | 19069 | 441 | 99 | 459 | 3 | 84 | 363 | 15673 | 14750 | 339 | | 246 | | |
| T-TON | 11317 | 10632 | 229 | 35 | 266 | 0 | 36 | 194 | 9509 | 8991 | 186 | | 138 | | |
| | 83,203 | 74,946 | 2,841 | 286 | 3,588 | 9 | 360 | 1,670 | 65,175 | 59,412 | 1,982 | 3.04% | 1,046 | 1.60% | **4.65%** |
| **11** | | | | | | | | | | | | | | | |
| BUFFALO* | 21391 | 15498 | 3807 | 171 | 340 | 7 | 843 | 2162 | 16993 | 13118 | 2639 | | 1301 | | |
| T-TON | 62250 | 57830 | 2005 | 277 | 715 | 2 | 397 | 1809 | 49863 | 47055 | 1376 | | 1030 | | |
| | 83,641 | 73,328 | 5,812 | 448 | 1,055 | 9 | 1,240 | 3,971 | 66,856 | 60,173 | 4,015 | 6.01% | 2,331 | 3.49% | **9.49%** |