

Grand Is.
C-Ton
10
Tonawanda
11
Amherst
7
Clarence
Newstead
Ton Res
9
5
8
Cheektowaga
Lancaster
6
Alden
Leg Proposal
Map layers
County Subdivision
Streets
Railroad
Districts
Buffalo
W. Seneca
4
Elma
Marilla
Lackawanna
2
Orchard Pk
Aurora
Wales
Hamburg
1
Eden
Boston
Colden
Holland
Evans
Brant
3
N. Collins
Catt Res
Sardinia
Concord
Collins