

Amherst NY

7

Buffalo NY