# District 10

### Population Statistics

| | |
|---|---|
| City of Tonawanda | 15,130 |
| Town of Grand Island | 20,374 |
| Town of Tonawanda | 48,044 |
| | |
| Total Population | 83,548 |
| Deviation | -1 |
| % Deviation | 0.00001 |
| | |
| Age 18+ | 67,303 |

### Ethnicity

| | |
|---|---|
| White | 78,982 |
| % White | 94.53% |
| Black | 1,711 |
| % Black | 2.05% |
| American Indian | 322 |
| % American Indian | 0.39% |
| Asian | 1,238 |
| % Asian | 1.48% |
| | |
| Hispanic Origin | 1,682 |
| % Hispanic Origin | 2.01% |
| | |
| Black 18+ | 1,258 |
| % Black 18+ | 1.87% |
| Hispanic Origin 18+ | 1,071 |
| % Hispanic 18+ | 1.59% |

### Voter Statistics

| | |
|---|---|
| Registered Voters | 57,448 |
| | |
| Democrats | 23,738 |
| Republicans | 19,862 |
| Conservatives | 1,149 |
| Working Families | 234 |
| Independence | 2,657 |
| Green | 109 |
| Other | 590 |
| Blank | 9,109 |
| | |
| Male | 26,446 |
| Female | 31,002 |
| | |
| Age 18 - 24 | 4,659 |
| Age 25 - 34 | 8,248 |
| Age 35 - 40 | 4,484 |
| Age 41 - 45 | 4,505 |
| Age 46 - 54 | 10,414 |
| Age 55 - 61 | 7,956 |
| Age 62+ | 17,182 |
| | |
| Federal Voters | 160 |
| Military Voters | 97 |
| Disabled | 657 |
| Nursing Home | 91 |
| | |
| Voted 2007 Election | 25,813 |
| Voted 2009 Election | 18,996 |