**District: 9**

