# Erie County Reapportionment Map
## Proposed Legislative Districts

**Sponsored by Barbara Miller-Williams**
**May 19, 2011**
**Local Law 3-2011**

