# District: 1

