# District: 2

