# District 2

### Population Statistics

| | |
|---|---:|
| Town of Boston | 8,023 |
| Town of Brant | 2,065 |
| Town of Collins | 6,601 |
| Town of Concord | 8,494 |
| Town of Eden | 7,688 |
| Town of Evans | 16,356 |
| Town of Hamburg | 28,967 |
| Town of North Collins | 3,523 |
| Cattaraugus Reservation | 1,833 |
| | |
| Total Population | 83,550 |
| Deviation | 1 |
| % Deviation | 0.00001 |
| | |
| Age 18+ | 64,739 |

### Ethnicity

| | |
|---|---:|
| White | 78,262 |
| % White | 93.67% |
| Black | 1,492 |
| % Black | 1.79% |
| American Indian | 2,310 |
| % American Indian | 2.76% |
| Asian | 290 |
| % Asian | 0.35% |
| | |
| Hispanic Origin | 1,788 |
| % Hispanic Origin | 2.14% |
| | |
| Black 18+ | 1,375 |
| % Black 18+ | 2.12% |
| Hispanic Origin 18+ | 1,204 |
| % Hispanic 18+ | 1.86% |

### Voter Statistics

| | |
|---|---:|
| Registered Voters | 53,821 |
| | |
| Democrats | 20,581 |
| Republicans | 18,177 |
| Conservatives | 1,995 |
| Working Families | 307 |
| Independence | 2,953 |
| Green | 101 |
| Other | 649 |
| Blank | 9,058 |
| | |
| Male | 25,619 |
| Female | 28,202 |
| | |
| Age 18 - 24 | 3,987 |
| Age 25 - 34 | 7,079 |
| Age 35 - 40 | 4,960 |
| Age 41 - 45 | 5,104 |
| Age 46 - 54 | 10,840 |
| Age 55 - 61 | 7,518 |
| Age 62+ | 14,333 |
| | |
| Federal Voters | 72 |
| Military Voters | 110 |
| Disabled | 432 |
| Nursing Home | 56 |
| | |
| Voted 2007 Election | 25,284 |
| Voted 2009 Election | 19,769 |