# District 3

### Population Statistics

| | |
|---|---:|
| City of Buffalo | 81,605 |
| Town of Cheektowaga | 1,926 |
| | |
| Total Population | 83,531 |
| Deviation | -18 |
| % Deviation | 0.00022 |
| | |
| Age 18+ | 65,035 |

### Ethnicity

| | |
|---|---:|
| White | 27,097 |
| % White | 32.44% |
| Black | 49,839 |
| % Black | 59.67% |
| American Indian | 461 |
| % American Indian | 0.55% |
| Asian | 1,731 |
| % Asian | 2.07% |
| | |
| Hispanic Origin | 7,545 |
| % Hispanic Origin | 9.03% |
| | |
| Black 18+ | 36,605 |
| % Black 18+ | 56.29% |
| Hispanic Origin 18+ | 5,097 |
| % Hispanic 18+ | 7.83% |

### Voter Statistics

| | |
|---|---:|
| Registered Voters | 47,433 |
| | |
| Democrats | 37,492 |
| Republicans | 3,667 |
| Conservatives | 210 |
| Working Families | 225 |
| Independence | 1,099 |
| Green | 121 |
| Other | 234 |
| Blank | 4,385 |
| | |
| Male | 20,840 |
| Female | 26,593 |
| | |
| Age 18 - 24 | 4,722 |
| Age 25 - 34 | 8,790 |
| Age 35 - 40 | 4,527 |
| Age 41 - 45 | 3,984 |
| Age 46 - 54 | 8,626 |
| Age 55 - 61 | 6,026 |
| Age 62+ | 10,758 |
| | |
| Federal Voters | 207 |
| Military Voters | 78 |
| Disabled | 840 |
| Nursing Home | 264 |
| | |
| Voted 2007 Election | 12,423 |
| Voted 2009 Election | 8,393 |