# District: 4

