# District 4

| Population Statistics | | Ethnicity | | Voter Statistics | |
|---|---|---|---|---|---|
| Town of Amherst | 9,324 | White | 78,897 | Registered Voters | 56,909 |
| Town of Clarence | 30,673 | % White | 94.41% | | |
| Town of Lancaster | 34,940 | Black | 1,013 | Democrats | 19,235 |
| Town of Newstead | 8,594 | % Black | 1.21% | Republicans | 22,528 |
| Tonawanda Reservation | 34 | American Indian | 233 | Conservatives | 1,267 |
| | | % American Indian | 0.28% | Working Families | 173 |
| Total Population | 83,565 | Asian | 2,331 | Independence | 2,750 |
| Deviation | 16 | % Asian | 2.79% | Green | 112 |
| % Deviation | 0.00019 | | | Other | 523 |
| | | Hispanic Origin | 1,149 | Blank | 10,321 |
| Age 18+ | 63,016 | % Hispanic Origin | 1.37% | | |
| | | | | Male | 26,924 |
| | | Black 18+ | 729 | Female | 29,985 |
| | | % Black 18+ | 1.16% | | |
| | | Hispanic Origin 18+ | 661 | Age 18 - 24 | 5,178 |
| | | % Hispanic 18+ | 1.05% | Age 25 - 34 | 6,487 |
| | | | | Age 35 - 40 | 4,966 |
| | | | | Age 41 - 45 | 5,988 |
| | | | | Age 46 - 54 | 11,917 |
| | | | | Age 55 - 61 | 7,397 |
| | | | | Age 62+ | 14,976 |
| | | | | Federal Voters | 77 |
| | | | | Military Voters | 70 |
| | | | | Disabled | 580 |
| | | | | Nursing Home | 332 |
| | | | | Voted 2007 Election | 23,739 |
| | | | | Voted 2009 Election | 15,050 |