# District 5

### Population Statistics

| | |
|---|---:|
| Town of Alden | 10,865 |
| Town of Aurora | 13,782 |
| Town of Colden | 3,265 |
| Town of Elma | 11,317 |
| Town of Holland | 3,401 |
| Town of Lancaster | 730 |
| Town of Marilla | 5,327 |
| Town of Orchard Park | 29,054 |
| Town of Sardinia | 2,775 |
| Town of Wales | 3,005 |
| | |
| Total Population | 83,521 |
| Deviation | -28 |
| % Deviation | 0.00033 |
| | |
| Age 18+ | 65,191 |

### Ethnicity

| | |
|---|---:|
| White | 80,364 |
| % White | 96.22% |
| Black | 1,496 |
| % Black | 1.79% |
| American Indian | 180 |
| % American Indian | 0.22% |
| Asian | 614 |
| % Asian | 0.74% |
| | |
| Hispanic Origin | 1,111 |
| % Hispanic Origin | 1.33% |
| | |
| Black 18+ | 1,368 |
| % Black 18+ | 2.10% |
| Hispanic Origin 18+ | 735 |
| % Hispanic 18+ | 1.12% |

### Voter Statistics

| | |
|---|---:|
| Registered Voters | 56,676 |
| | |
| Democrats | 18,154 |
| Republicans | 22,989 |
| Conservatives | 1,677 |
| Working Families | 223 |
| Independence | 2,922 |
| Green | 149 |
| Other | 558 |
| Blank | 10,004 |
| | |
| Male | 27,125 |
| Female | 29,551 |
| | |
| Age 18 - 24 | 4,421 |
| Age 25 - 34 | 6,394 |
| Age 35 - 40 | 4,568 |
| Age 41 - 45 | 5,242 |
| Age 46 - 54 | 11,733 |
| Age 55 - 61 | 8,109 |
| Age 62+ | 16,209 |
| | |
| Federal Voters | 116 |
| Military Voters | 114 |
| Disabled | 562 |
| Nursing Home | 171 |
| | |
| Voted 2007 Election | 26,281 |
| Voted 2009 Election | 20,365 |