# District: 7

