# District: 8

