COUNTY OF ERIE
LOCAL LAW NO. _____
LOCAL LAW INTRO. NO. 3-2011

A LOCAL LAW in relation to the reapportionment of legislative districts in the County of Erie.

BE IT ENACTED BY THE LEGISLATURE OF ERIE COUNTY AS FOLLOWS:

**Section 1.**

Pursuant to the authority granted by Section 33 of the municipal home rule law of the state of New York, Erie County Local Law Number One of nineteen hundred fifty-nine, constituting the Erie County Charter, as amended, is hereby amended by amending section one hundred five thereof, to read as follows:

Section 105. Legislative Districts. The county of Erie is hereby divided into eleven districts, described as follows:

DISTRICT NO. 1

The city of Lackawanna and those portions of the city of Buffalo and town of Hamburg bounded and described as follows:

That part of the city of Buffalo bounded by a line described as commencing at a point in the southerly line of the city of Buffalo at its intersection with the city of Lackawanna and town of West Seneca; thence easterly along the southerly boundary of the city of Buffalo to the southeast corner thereof; thence northerly along the easterly boundary of the city of Buffalo to the point of its intersection with Potters Road; thence continuing northwesterly along said easterly boundary of the city of Buffalo on a line extended to the point of its intersection with the center line of Cazenovia Creek; thence northwesterly along the center line of Cazenovia Creek to its point of intersection with the center line of Stevenson Street; thence northeasterly along the center line of Stevenson Street to the center line of Seneca Street; thence northwesterly along the center line of Seneca Street to the center line of Bailey Avenue; thence northerly along the center line of Bailey Avenue to the center line of Broadway Street; thence southwesterly along the center line of Broadway Street to the center line of Wilson Street; thence southerly along the center line of Wilson Street to the center line of William Street; thence easterly along the center line of William Street to the center line of Fillmore Avenue; thence southerly along the center line of Fillmore Avenue to the center line of Howard Street; thence westerly along the center line of Howard Street to the center line of Smith Street; thence southerly along the center line of Smith Street to the center line of James Street; thence northwesterly along the center line of James Street to the center line of Lord Street; thence southerly along the center line of Lord Street to the center line of N. Division Street; thence northwesterly along the center line of N. Division Street to the center line of Emslie Street; thence southerly and southwesterly along the center line of Emslie Street to its point of intersection with the center line of Seneca Street; thence continuing southwesterly and northwesterly along the center line of Seneca Street to the center line of Hamburg Street; thence northeasterly along the center line of Hamburg Street to the center line to Swan Street; thence northwesterly along the center line of Swan Street to the center line of Chicago Street; thence southwesterly along the center line of Chicago Street to the center line of Exchange Street; thence northwesterly along the center line of Exchange Street to the center line of Washington Street; thence southwesterly along the center line of Washington Street to the point of its intersection with the line of Interstate 190; thence northwesterly along the line of Interstate 190 to the point of its intersection with the center line of Porter Avenue; thence northeasterly along the center line of Porter Avenue to the center line of 7th Street (also designated as Columbus Parkway); thence northwesterly along the center line of 7th Street (also designated as Columbus Parkway) to the center line of Rhode Island Street;

thence southwesterly along the center line of Rhode Island Street to the center line of Busti Avenue; thence northwesterly along the center line of Busti Avenue to the point of its intersection with the center line of Massachusetts Avenue; thence southerly and westerly along the lines defined by the Peace Bridge Plaza and infrastructure to a point in the Niagara River being at the westerly boundary of the city of Buffalo; thence southerly along the westerly boundary of the city of Buffalo to the southwest corner thereof; thence easterly along the southerly boundary of the city of Buffalo to the point of beginning; and

That part of the town of Hamburg bounded by a line described as commencing at the northeast corner of the town of Hamburg at its intersection with the city of Lackawanna; thence southerly along the easterly boundary of the town of Hamburg to the point of its intersection with the center line of Armor Drive; thence northwesterly along the center line of Armor Drive to the center line of Clark Street; thence southwesterly along the center line of Clark Street to the center line of Maplewood Drive; thence westerly along the center line of Maplewood Drive to the center line of Oakridge Drive; thence northerly along the center line of Oakridge Drive to the center line of Bay View Road; thence northwesterly along the center line of Bay View Road to its point of intersection with the center line of Sowles Road; thence continuing westerly along the center line of Sowles Road to the center line of Fairgrounds Road; thence southerly along the center line of Fairgrounds Road to its intersection with the Conrail tracks; thence southwesterly along the Conrail tracks to its intersection with the center line of S. Park Avenue; thence southerly along the center line of S. Park Avenue to its intersection with the northerly boundary of the village of Hamburg; thence westerly, northerly, westerly and southerly along the northerly boundary of the village of Hamburg to its intersection with the center line of Legion Drive; thence northwesterly along the center line of Legion Drive to the center line of Camp Road; thence northwesterly along the center line of Camp Road to the center line of Southwestern Boulevard; thence southwesterly along the center line of Southwestern Boulevard to the center line of Rogers Road; thence northwesterly along the center line of Rogers Road to the center line of Morgan Parkway; thence southwesterly along the center line of Morgan Parkway to the center line of Shenandoah Drive; thence northwesterly along the center line of Shenandoah Drive to the center line of Chapman Parkway; thence northeasterly along the center line of Chapman Parkway to the center line of Avery Drive; thence northwesterly along the center line of Avery Drive proceeding counterclockwise around the roundabout to the center line of Mount Vernon Boulevard; thence northeasterly along the center line of Mount Vernon Boulevard to the center line of Rogers Road; thence northwesterly along the center line of Rogers Road to the center line of Lake Shore Road; thence northerly along the center line of Lake Shore Road to the point of its intersection with the center line of the Berricks Creek; thence northwesterly along the center of the estuary of the Berricks Creek extended to a point in Lake Erie being at the westerly boundary of the town of Hamburg; thence northerly along the westerly boundary of the town of Hamburg to the northwest corner thereof; thence easterly along the northerly boundary of the town of Hamburg to the northeast corner thereof, being the point of beginning.

DISTRICT NO. 2

The towns of Boston, Brant, Collins, Concord, Eden, Evans and North Collins, including that portion of the Cattaraugus Indian Reservation situated therein, and that portion of the town of Hamburg bounded and described as follows:

That part of the town of Hamburg bounded by a line described as commencing at the southeast corner of the town of Hamburg at its intersection with the towns of Orchard Park and Boston; thence northerly along the easterly boundary of the town of Hamburg to the point of its intersection with the center line of Armor Drive; thence northwesterly along the center line of Armor Drive to the center line of Clark Street; thence southwesterly along the center line of Clark Street to the center line of Maplewood Drive; thence westerly along the center line of Maplewood Drive to the center line of Oakridge Drive; thence northerly along the center line of Oakridge Drive to the center line of Bay View Road; thence northwesterly along the center line

of Bay View Road to its point of intersection with the center line of Sowles Road; thence continuing westerly along the center line of Sowles Road to the center line of Fairgrounds Road; thence southerly along the center line of Fairgrounds Road to its intersection with the Conrail tracks; thence southwesterly along the Conrail tracks to its intersection with the center line of S. Park Avenue; thence southerly along the center line of S. Park Avenue to its intersection with the northerly boundary of the village of Hamburg; thence westerly, northerly, westerly and southerly along the northerly boundary of the village of Hamburg to its intersection with the center line of Legion Drive; thence northwesterly along the center line of Legion Drive to the center line of Camp Road; thence northwesterly along the center line of Camp Road to the center line of Southwestern Boulevard; thence southwesterly along the center line of Southwestern Boulevard to the center line of Rogers Road; thence northwesterly along the center line of Rogers Road to the center line of Morgan Parkway; thence southwesterly along the center line of Morgan Parkway to the center line of Shenandoah Drive; thence northwesterly along the center line of Shenandoah Drive to the center line of Chapman Parkway; thence northeasterly along the center line of Chapman Parkway to the center line of Avery Drive; thence northwesterly along the center line of Avery Drive proceeding counterclockwise around the roundabout to the center line of Mount Vernon Boulevard; thence northeasterly along the center line of Mount Vernon Boulevard to the center line of Rogers Road; thence northwesterly along the center line of Rogers Road to the center line of Lake Shore Road; thence northerly along the center line of Lake Shore Road to the point of its intersection with the center of the Berricks Creek; thence northwesterly along the center of the estuary of the Berricks Creek extended to a point in Lake Erie being at the westerly boundary of the town of Hamburg; thence southerly along the westerly boundary of the town of Hamburg to the southwest corner thereof; thence easterly along the southerly boundary of the town of Hamburg to the southeast corner thereof, being the point of beginning.

DISTRICT NO. 3

Those portions of the city of Buffalo and town of Cheektowaga bounded and described as follows:

That part of the city of Buffalo bounded by a line described as commencing at the point of intersection of the easterly boundary of the city of Buffalo with the center line of Broadway Street; thence southwesterly along the center line of Broadway Street to the center line of Wilson Street; thence southerly along the center line of Wilson Street to the center line of William Street; thence easterly along the center line of William Street to the center line of Fillmore Avenue; thence southerly along the center line of Fillmore Avenue to the center line of Howard Street; thence westerly along the center line of Howard Street to the center line of Smith Street; thence southerly along the center line of Smith Street to the center line of James Street; thence northwesterly along the center line of James Street to the center line of Lord Street; thence southerly along the center line of Lord Street to the center line of N. Division Street; thence northwesterly along the center line of N. Division Street to the center line of Emslie Street; thence southerly and southwesterly along the center line of Emslie Street to its point of intersection with the center line of Seneca Street; thence continuing southwesterly and northwesterly along the center line of Seneca Street to the center line of Hamburg Street; thence northeasterly along the center line of Hamburg Street to the center line to Swan Street; thence northwesterly along the center line of Swan Street to the center line of Chicago Street; thence southwesterly along the center line of Chicago Street to the center line of Exchange Street; thence northwesterly along the center line of Exchange Street to the center line of Washington Street; thence southwesterly along the center line of Washington Street to the point of its intersection with the line of Interstate 190; thence northwesterly along the line of Interstate 190 to the point of its intersection with the center line of Porter Avenue; thence northeasterly along the center line of Porter Avenue to its point of intersection with the center line of York Street; thence continuing northeasterly along the center line of York Street to the center line of 16th Street; thence northwesterly along the center line of 16th Street to the center line of Connecticut Street; thence northeasterly along the center line of Connecticut Street to the center line of Richmond Avenue; thence northerly along the center line of Richmond Avenue proceeding clockwise around the roundabout to the

center line of W. Ferry Street; thence westerly along the center line of W. Ferry Street to the center line of S. Putnam Street; thence northerly along the center line of S. Putnam Street to the center line of Breckenridge Street; thence easterly along the center line of Breckenridge Street to the center line of Putnam Street; thence northerly along the center line of Putnam Street to the center line of Auburn Avenue; thence westerly along the center line of Auburn Avenue to the center line of Baynes Street; thence northerly along the center line of Baynes Street to the center line of W. Delavan Avenue; thence easterly along the center line of W. Delavan Avenue to the center line of Richmond Avenue; thence northerly along the center line of Richmond Avenue to the center line of Potomac Avenue; thence easterly along the center line of Potomac Avenue to the center line of Chapin Parkway; thence southeasterly along the center line of Chapin Parkway to the center line of Saybrook Place; thence northeasterly and easterly along the center line of Saybrook Place to the center line of Delaware Avenue; thence southerly along the center line of Delaware Avenue to the center line of W. Delavan Avenue; thence easterly along the center line of W. Delavan Avenue to the center line of Main Street; thence northeasterly along the center line of Main Street to the center line of Scajaquada Expressway; thence southeasterly along the center line of Scajaquada Expressway to the center line of Kensington Expressway; thence southerly along the center line of Kensington Expressway to the center line of E. Ferry Street; thence easterly along the center line of E. Ferry Street to the center line of Fillmore Avenue; thence southerly along the center line of Fillmore Avenue to the center line of Woodlawn Avenue; thence easterly along the center line of Woodlawn Avenue to the center line of Kehr Street; thence northerly along the center line of Kehr Street to the center line of E. Ferry Street; thence westerly along the center line of E. Ferry Street to the center line of Dutton Avenue; thence northerly along the center line of Dutton Avenue extended across the Conrail tracks and continuing along said roadway to the center line of Northland Avenue; thence westerly along the center line of Northland Avenue to the center line of Chelsea Place; thence northerly along the center line of Chelsea Place to the center line of E. Delavan Avenue; thence easterly along the center line of E. Delavan Avenue to the point of its intersection with the easterly boundary of the city of Buffalo; thence southerly along the easterly boundary of the city of Buffalo to its intersection with the center line of Broadway Street, being the point of beginning; and

That part of the town of Cheektowaga bounded by a line described as commencing at the point of intersection of the westerly boundary of the town of Cheektowaga with the center line of E. Delavan Avenue; thence easterly along the center line of E. Delevan Avenue to the center line of Pine Ridge Heritage Boulevard; thence southerly along the center line of Pine Ridge Heritage Boulevard to its point of intersection with the center line of Pine Ridge Road; thence continuing southerly along the center line of Pine Ridge Road to the center line of Walden Avenue; thence westerly along the center line of Walden Avenue to its intersection with the westerly boundary of the town of Cheektowaga; thence northerly along the westerly boundary of the town of Cheektowaga to its intersection with the center line of E. Delavan Avenue, being the point of beginning.

DISTRICT NO. 4

The towns of Clarence and Newstead, including that portion of the Tonawanda Indian Reservation situated therein, and those portions of the towns of Amherst and Lancaster bounded and described as follows:

That part of the town of Amherst bounded by a line described as commencing at the point of intersection of the easterly boundary of the town of Amherst with the center line of Maple Road; thence westerly along the center line of Maple Road to the center line of Ayer Road; thence northerly along the center line of Ayer Road to the center line of Klein Road; thence easterly along the center line of Klein Road to the center line of Paradise Road; thence northerly along the center line of Paradise Road to the center line of Casey Road; thence westerly and northerly along the center line of Casey Road to the center line of Dodge Road; thence northeasterly and northerly along the center line of Dodge Road to its point of intersection with the center line of New Road; thence continuing northerly along the center line of New Road to the center line of Old Oak Post Road; thence easterly and southerly along the center line of Old Oak Post Road to the center line

of Fiddlers Green; thence southeasterly along the center line of Fiddlers Green to the center line of Ransom Oaks Drive; thence easterly along the center line of Ransom Oaks Drive to the center line of Glen Oak Drive; thence northeasterly in its meanderings along the center line of Glen Oak Drive to the center line of White Cedar Drive; thence northwesterly and northeasterly along the center line of White Cedar Drive to the center line of Smith Road; thence southeasterly along the center line of Smith Road to the center line of Glen Oak Drive; thence easterly along the center line of Glen Oak Drive extended to a point being at the easterly boundary of the town of Amherst; thence southerly along the easterly boundary of the town of Amherst to its intersection with the center line of Maple Road, being the point of beginning; and

That part of the town of Lancaster excluding the incorporated village of Depew, and further excluding, that portion bounded by a line described as commencing at the southwest corner of the town of Lancaster at its intersection with the towns of Cheektowaga, Elma and West Seneca; thence northerly along the westerly boundary of the town of Lancaster to the point of its intersection with the center line of Forestream Drive; thence northeasterly along the center line of Forestream Drive to the center line of Foxwood Row; thence northerly, easterly and southerly along the center line of Foxwood Row to the center line of Forestream Drive; thence southeasterly along the center line of Forestream Drive to the center line of Enchanted Forest N.; thence northerly and easterly along the center line of Enchanted Forest N. to the center line of Thomas Drive; thence southerly along the center line of Thomas Drive to the center line of Southpoint Drive; thence southeasterly in its meanderings along the center line of Southpoint Drive to the center line of Aurora Street; thence southerly along the center line of Aurora Street to its intersection with the southerly boundary of the town of Lancaster; thence westerly along the southerly boundary of the town of Lancaster to the southwest corner thereof, being the point of beginning.

DISTRICT NO. 5

The towns of Alden, Aurora, Colden, Elma, Holland, Marilla, Orchard Park, Sardinia and Wales, and that portion of the town of Lancaster bounded and described as follows:

That part of the town of Lancaster bounded by a line described as commencing at the southwest corner of the town of Lancaster at its intersection with the towns of Cheektowaga, Elma and West Seneca; thence northerly along the westerly boundary of the town of Lancaster to the point of its intersection with the center line of Forestream Drive; thence northeasterly along the center line of Forestream Drive to the center line of Foxwood Row; thence northerly, easterly and southerly along the center line of Foxwood Row to the center line of Forestream Drive; thence southeasterly along the center line of Forestream Drive to the center line of Enchanted Forest N.; thence northerly and easterly along the center line of Enchanted Forest N. to the center line of Thomas Drive; thence southerly along the center line of Thomas Drive to the center line of Southpoint Drive; thence southeasterly in its meanderings along the center line of Southpoint Drive to the center line of Aurora Street; thence southerly along the center line of Aurora Street to its intersection with the southerly boundary of the town of Lancaster; thence westerly along the southerly boundary of the town of Lancaster to the southwest corner thereof, being the point of beginning.

DISTRICT NO. 6

That portion of the town of Amherst bounded and described as follows:

Commencing at the southeast corner of the town of Amherst at its intersection with the towns of Cheektowaga and Lancaster; thence westerly along the southerly boundary of the town of Amherst to the point of its intersection with the line of Interstate 290; thence northwesterly along the line of Interstate 290 to the point of its intersection with the center line of Maple Road; thence westerly along the center line of Maple Road to the center line of Sweet Home Road; thence southwesterly along the center line of Sweet Home Road to

the center line of Homecrest Drive; thence westerly along the center line of Homecrest Drive to the center line of Hillcrest Drive; thence northerly along the center line of Hillcrest Drive to the center line of Maple Road; thence westerly along the center line of Maple Road to the center line of N. Bailey Avenue; thence northerly along the center line of N. Bailey Avenue to its point of intersection with the center line of Ridge Lea Road; thence continuing northerly at the crest of the curve along the center line of N. Bailey Avenue extended to a point being at its intersection with the line of Interstate 290; thence westerly along the line of Interstate 290 to its point of its intersection with the westerly boundary of the town of Amherst; thence northerly and westerly along the westerly boundary of the town of Amherst to its point of intersection with the county of Niagara; thence northeasterly in its meanderings along the northerly boundary of the town of Amherst to the northeast corner thereof; thence southerly along the easterly line of the town of Amherst to its point of intersection with the center line of Glen Oak Drive extended to a point being at the easterly boundary of the town of Amherst;  thence easterly and continuing along the center line of Glen Oak Drive to the center line of Smith Road; thence northwesterly along the center line of Smith Road to the center line of White Cedar Drive; thence southwesterly and southeasterly along the center line of White Cedar Drive to the center line of Glen Oak Drive; thence southwesterly in its meanderings along the center line of Glen Oak Drive to the center line of Ransom Oaks Drive; thence westerly along the center line of Ransom Oaks Drive to the center line of Fiddlers Green; thence northwesterly along the center line of Fiddlers Green to the center line of Old Oak Post Road; thence northerly and westerly along the center line of Old Oak Post Road to the center line of New Road; thence southerly along the center line of New Road to its point of intersection with the center line of Dodge Road; thence continuing southerly and southwesterly along the center line of Dodge Road to the center line of Casey Road; thence southerly and easterly along the center line of Casey Road to the center line of Paradise Road; thence southerly along Paradise Road to the center line of Klein Road; thence westerly along the center line of Klein Road to the center line of Ayer Road; thence southerly along the center line of Ayer Road to the center line of Maple Road; thence easterly along the center line of Maple Road to its intersection with the easterly boundary of the town of Amherst; thence southerly along the easterly boundary of the town of Amherst to the southeast corner thereof, being the point of beginning.

DISTRICT NO. 7

Those portions of the city of Buffalo and town of Cheektowaga bounded and described as follows:

That part of the city of Buffalo bounded by a line described as commencing at the point of intersection of the easterly boundary of the city of Buffalo with the center line of E. Delevan Avenue; thence westerly along the center line of E. Delavan Avenue to the center line of Chelsea Place; thence southerly along the center line of Chelsea Place to the center line of Northland Avenue; thence easterly along the center line of Northland Avenue to the center line of Dutton Avenue; thence southerly along the center line of Dutton Avenue extended across the Conrail tracks and continuing along said roadway to the center line of E. Ferry Street; thence easterly along the center line of E. Ferry Street to the center line of Kehr Street; thence southerly along the center line of Kehr Street to the center line of Woodlawn Avenue; thence westerly along the center line of Woodlawn Avenue to the center line of Fillmore Avenue; thence northerly along the center line of Fillmore Avenue to the center line of E. Ferry Street; thence westerly along the center line of E. Ferry Street to the center line of Kensington Expressway; thence northerly along the center line of Kensington Expressway to the center line of Scajaquada Expressway; thence northwesterly along the center line of Scajaquada Expressway to the center line of Main Street; thence southwesterly along the center line of Main Street to the center line of E. Delavan Avenue; thence westerly along the center line of E. Delavan Avenue to the center line of Delaware Avenue; thence northerly along the center line of Delaware Avenue to the center line of Saybrook Place; thence westerly and southwesterly along the center line of Saybrook Place to the center line of Chapin Parkway; thence northwesterly along the center line of Chapin Parkway to the center line of Potomac Avenue; thence westerly along the center line of Potomac Avenue to the center line of Richmond Avenue; thence southerly along the center line of Richmond Avenue to the center line of W. Delavan Avenue;

thence westerly along the center line of W. Delavan Avenue to the center line of Baynes Street; thence southerly along the center line of Baynes Street to the center line of Auburn Avenue; thence easterly along the center line of Auburn Avenue to the center line of Putnam Street; thence southerly along the center line of Putnam Street to the center line of Breckenridge Street; thence westerly along the center line of Breckenridge Street to the center line of S. Putnam Street; thence southerly along the center line of S. Putnam Street to the center line of W. Ferry Street; thence easterly along the center line of W. Ferry Street proceeding counterclockwise around the roundabout to the center line of Richmond Avenue; thence southerly along the center line of Richmond Avenue to the center line of Connecticut Street; thence southwesterly along the center line of Connecticut Street to the center line of 16th Street; thence southeasterly along the center line of 16th Street to the center line of York Street; thence southwesterly along the center line of York Street to its point of intersection with the center line of Porter Avenue; thence continuing southwesterly along the center line of Porter Avenue to the center line of 7th Street (also designated as Columbus Parkway); thence northwesterly along the center line of 7th Street (also designated as Columbus Parkway) to the center line of Rhode Island Street; thence southwesterly along the center line of Rhode Island Street to the center line of Busti Avenue; thence northwesterly along the center line of Busti Avenue to the point of its intersection with the center line of Massachusetts Avenue; thence southerly and westerly along the lines defined by the Peace Bridge Plaza and infrastructure to a point in the Niagara River being at the westerly boundary of the city of Buffalo; thence northerly along the westerly boundary of the city of Buffalo to a point in the Niagara River at intersection with the line of the Harbour Place Marina pier extended; thence easterly along said line of the Harbour Place Marina pier extended to the center line of Tonawanda Street at a point north of Arthur Street; thence northwesterly along the center line of Tonawanda Street to the center line of Rano Street; thence northeasterly along the center line of Rano Street to the center line of Crowley Avenue; thence northwesterly along the center line of Crowley Avenue to the center line of Isabelle Street; thence northeasterly along the center line of Isabelle Street to the center line of Laird Avenue; thence northwesterly along the center line of Laird Avenue to the center line of Ontario Street; thence northeasterly along the center line of Ontario Street proceeding counterclockwise around the roundabout and to its intersection with the northerly line of the city of Buffalo; thence southeasterly and easterly along the northerly boundary of the city of Buffalo to the point of its intersection with the center line of Elmwood Avenue; thence southerly along the center line of Elmwood Avenue to the center line of Nottingham Terrace; thence northeasterly along the center line of Nottingham Terrace to the center line of Amherst Street; thence easterly along the center line of Amherst Street to the center line of Parkside Avenue; thence southerly along the center line of Parkside Avenue to the center line of Jewett Parkway; thence easterly along the center line of Jewett Parkway to the center line of Main Street; thence northeasterly along the center line of Main Street to the center line of Fairfield Street; thence northwesterly along the center line of Fairfield Street to the center line of Orchard Place; thence easterly and southeasterly along the center line of Orchard Place to the center line of Main Street; thence northeasterly along the center line of Main Street to the center line of Northrup Place; thence southeasterly and northeasterly along the center line of Northrup Place to the center line of Winspear Avenue; thence easterly along the center line of Winspear Avenue to the center line of Lebrun Road; thence along the center line of Lebrun Road to its intersection with the easterly boundary of the city of Buffalo; thence easterly along said boundary of the city of Buffalo to the point of its intersection with the northwest corner of the town of Cheektowaga; thence southerly along the easterly boundary of the city of Buffalo to its intersection with the center line of E. Delavan Avenue, being the point of beginning; and

That part of the town of Cheektowaga bounded by a line described as commencing at the point of intersection of the westerly boundary of the town of Cheektowaga with the center line of E. Delavan Avenue; thence easterly along the center line of E. Delevan Avenue to the center line of Pine Ridge Heritage Boulevard; thence northerly along the center line of Pine Ridge Heritage Boulevard to its point of intersection with the center line of Kensington Expressway; thence easterly along the center line of Kensington Expressway to the center line of Harlem Road; thence northerly along the center line of Harlem Road to the center line of Mafalda Drive; thence westerly along the center line of Mafalda Drive to the center line of Nina Place; thence

northerly along the center line of Nina Place to the center line of Fontaine Drive; thence easterly along the center line of Fontaine Drive to the center line of Sugnet Road; thence northerly along the center line of Sugnet Road to the center line of Cleveland Drive; thence easterly along the center line of Cleveland Drive to the center line of Liberty Terrace; thence northerly along the center line of Liberty Terrace to the center line of Kensington Avenue; thence northeasterly along the center line of Kensington Avenue to the center line of Washington Highway; thence northwesterly along the center line of Washington Highway to the northerly boundary of the town of Cheektowaga; thence westerly along the northerly boundary of the town of Cheektowaga to the northwest corner thereof; thence southerly along the westerly boundary of the town of Cheektowaga to its intersection with the center line of E. Delavan Avenue, being the point of beginning.

DISTRICT NO. 8

Those portions of the towns of Amherst, Cheektowaga and Lancaster bounded and described as follows:

That part of the town of Amherst bounded by a line described as commencing at the point of intersection of the southerly boundary of the town of Amherst with the line of Interstate 290; thence northwesterly along the line of Interstate 290 to the point of its intersection with the center line of Sheridan Drive; thence westerly along the center line of Sheridan Drive to the center line of Campus Drive N.; thence southerly and westerly along the center line of Campus Drive N. to its point of intersection with the center line of Campus Drive W.; thence continuing westerly along the center line of Campus Drive W. to the center line of Getzville Road; thence northerly along the center line of Getzville Road to the center line of Sheridan Drive; thence westerly along the center line of Sheridan Drive to the center line of Millersport Highway; thence southwesterly along the center line of Millersport Highway to the center line of Dellwood Road; thence southerly along the center line of Dellwood Road to its point of intersection with the center line of Ivyhurst Circle; thence continuing southwesterly along the center line of Ivyhurst Circle to the center line of Ivyhurst Road; thence southerly along the center line of Ivyhurst Road to the center line of Main Street; thence southwesterly along the center line of Main Street to its intersection with the northeasterly boundary of the city of Buffalo; thence southerly along the meandering westerly border of the town of Amherst to the southwest corner thereof; thence easterly along the southerly boundary of the town of Amherst to its intersection with the line of Interstate 290, being the point of beginning; and

That part of the town of Cheektowaga bounded by a line described as commencing at the northeast corner of the town of Cheektowaga at its intersection with the towns of Amherst and Lancaster; thence southerly along the easterly boundary of the town of Cheektowaga to its intersection with the center line of Losson Road; thence westerly along the center line of Losson Road to the center line of Bordon Road; thence southerly along the center line of Bordon Road to the center line of Cherrywood Drive; thence westerly and southerly along the center line of Cherrywood Drive continuing to its second intersection with the center line of Baywood Drive; thence westerly along the center line of Baywood Drive to the center line of Wedgewood Drive; thence northerly along the center line of Wedgewood Drive to the center line of Losson Road; thence westerly along the center line of Losson Road to the center line of Union Road; thence northerly along the center line of Union Road to the center line of William Street; thence westerly along the center line of William Street to the point of its intersection with the line of Interstate 90; thence southwesterly along the line of Interstate 90 to its point of intersection with the line of Interstate 190; thence continuing westerly along the line of Interstate 190 to the point of its intersection with the westerly boundary of the town of Cheektowaga; thence northerly along the westerly boundary of the town of Cheektowaga to its intersection with the center line of Walden Avenue; thence easterly along the center line of Walden Avenue to the center line of Pine Ridge Road; thence northeasterly along the center line of Pine Ridge Road to its point of intersection with the center line of Pine Ridge Heritage Boulevard; thence continuing northerly along the center line of Pine Ridge Heritage Boulevard to its point of intersection with the center line of Kensington Expressway; thence easterly along the center line of Kensington Expressway to the center line of Harlem

Road; thence northerly along the center line of Harlem Road to the center line of Mafalda Drive; thence westerly along the center line of Mafalda Drive to the center line of Nina Place; thence northerly along the center line of Nina Place to the center line of Fontaine Drive; thence easterly along the center line of Fontaine Drive to the center line of Sugnet Road; thence northerly along the center line of Sugnet Road to the center line of Cleveland Drive; thence easterly along the center line of Cleveland Drive to the center line of Liberty Terrace; thence northerly along the center line of Liberty Terrace to the center line of Kensington Avenue; thence northeasterly along the center line of Kensington Avenue to the center line of Washington Highway; thence northwesterly along the center line of Washington Highway to the northerly boundary of the town of Cheektowaga; thence easterly along the northerly boundary of the town of Cheektowaga to the northeast corner thereof, being the point of beginning; and

That part of the town of Lancaster comprising the incorporated village of Depew.

DISTRICT NO. 9

The town of West Seneca and those portions of the city of Buffalo and town of Cheektowaga bounded and described as follows:

That part of the city of Buffalo bounded by a line described as commencing at the point of intersection of the easterly boundary of the city of Buffalo with the center line of Broadway Street; thence southwesterly along the center line of Broadway Street to the center line of Bailey Avenue; thence southerly along the center line of Bailey Avenue to the center line of Seneca Street; thence southeasterly along the center line of Seneca Street to the center line of Stevenson Street; thence southwesterly along the center line of Stevenson Street to its point of intersection with the center line of Cazenovia Creek; thence southeasterly along the center line of Cazenovia Creek to the point of its intersection with a line extended northwesterly along the easterly boundary of the city of Buffalo from the point of its intersection with Potters Road; thence northerly, southerly and northerly along the easterly boundary of the city of Buffalo to its intersection with the center line of Broadway Street, being the point of beginning; and

That part of the town of Cheektowaga bounded by a line described as commencing at the southeast corner of the town of Cheektowaga at its intersection with the towns of Elma, Lancaster and West Seneca; thence northerly along the easterly boundary of the town of Cheektowaga to its intersection with the center line of Losson Road; thence westerly along the center line of Losson Road to the center line of Bordon Road; thence southerly along the center line of Bordon Road to the center line of Cherrywood Drive; thence westerly and southerly along the center line of Cherrywood Drive continuing to its second intersection with the center line of Baywood Drive; thence westerly along the center line of Baywood Drive to the center line of Wedgewood Drive; thence northerly along the center line of Wedgewood Drive to the center line of Losson Road; thence westerly along the center line of Losson Road to the center line of Union Road; thence northerly along the center line of Union Road to the center line of William Street; thence westerly along the center line of William Street to the point of its intersection with the line of Interstate 90; thence southwesterly along the line of Interstate 90 to its point of intersection with the line of Interstate 190; thence continuing westerly along the line of Interstate 190 to the point of its intersection with the westerly boundary of the town of Cheektowaga; thence southerly along the westerly boundary of the town of Cheektowaga to the southwest corner thereof; thence easterly along the southerly boundary of the town of Cheektowaga to the southeast corner thereof, being the point of beginning.

DISTRICT NO. 10

The city of Tonawanda and the town of Grand Island, and that portion of the town of Tonawanda bounded and described as follows:

That part of the town of Tonawanda bounded by a line described as commencing at a point in the northerly boundary of the town of Tonawanda at the point of its intersection with the center line of Military Road; thence southerly along the center line of Military Road to its intersection with the northerly boundary of the incorporated village of Kenmore; thence easterly, northerly, easterly, southerly, easterly and southerly along the northerly and easterly boundaries of the incorporated village of Kenmore to the point of its intersection with the southerly line of the town of Tonawanda; thence easterly along the southerly boundary of the town of Tonawanda to the center line of Louvaine Drive; thence northerly along the center line of Louvaine Drive to the center line of Wilton Parkway; thence easterly along the center line of Wilton Parkway to the center line of Parker Boulevard; thence northerly along the center line of Parker Boulevard to the center line of Englewood Avenue; thence southeasterly along the center line of Englewood Avenue to the center line of Parker Boulevard; thence northerly along the center line of Parker Boulevard to the center line of Chelsea Street; thence easterly along the center line of Chelsea Street to the center line of Fairfield Avenue; thence northerly along the center line of Fairfield Avenue to the center line of Decatur Road; thence easterly along the center line of Decatur Road to its intersection with the easterly boundary of the town of Tonawanda; thence northerly along the easterly boundary of the town of Tonawanda to the northeast corner thereof, thence southwesterly along the northerly boundary of the town of Tonawanda to the point of its intersection with the easterly line of the city of Tonawanda; thence southerly along the easterly line of the city of Tonawanda to the southeast corner thereof; thence westerly along the northerly line of the town of Tonawanda to its intersection with the center line of Military Road, being the point of beginning.

DISTRICT NO. 11

Those portions of the city of Buffalo and towns of Amherst and Tonawanda bounded and described as follows:

That part of the city of Buffalo bounded by a line described as commencing at a point in the northerly boundary of the city of Buffalo at the point of intersection of the line of Kenmore Avenue with the line of Vulcan Street; thence southwesterly along the northwesterly boundary of the city of Buffalo to a point in the Niagara River along the westerly boundary of the city of Buffalo at intersection with the line of the Harbour Place Marina pier extended; thence easterly along said line of the Harbour Place Marina pier extended to the center line of Tonawanda Street at a point north of Arthur Street; thence northwesterly along the center line of Tonawanda Street to the center line of Rano Street; thence northeasterly along the center line of Rano Street to the center line of Crowley Avenue; thence northwesterly along the center line of Crowley Avenue to the center line of Isabelle Street; thence northeasterly along the center line of Isabelle Street to the center line of Laird Avenue; thence northwesterly along the center line of Laird Avenue to the center line of Ontario Street; thence northeasterly along the center line of Ontario Street proceeding counterclockwise around the roundabout and to its intersection with the northerly line of the city of Buffalo; thence northwesterly along the said northerly boundary of the city of Buffalo to the point of intersection of the line of Kenmore Avenue with the line of Vulcan Street, being the point of beginning; and further

That part of the city of Buffalo bounded by a line described as commencing at the point of intersection of the northerly boundary of the city of Buffalo with the center line of Elmwood Avenue; thence southerly along the center line of Elmwood Avenue to the center line of Nottingham Terrace; thence northeasterly along the center line of Nottingham Terrace to the center line of Amherst Street; thence easterly along the center line of Amherst Street to the center line of Parkside Avenue; thence southerly along the center line of Parkside Avenue to the center line of Jewett Parkway; thence easterly along the center line of Jewett Parkway to the center line of Main Street; thence northeasterly along the center line of Main Street to the center line of Fairfield Street; thence northwesterly along the center line of Fairfield Street to the center line of Orchard Place; thence easterly and southeasterly along the center line of Orchard Place to the center line of Main Street; thence northeasterly along the center line of Main Street to the center line of Northrup Place; thence

southeasterly and northeasterly along the center line of Northrup Place to the center line of Winspear Avenue; thence easterly along the center line of Winspear Avenue to the center line of Lebrun Road; thence along the center line of Lebrun Road to its intersection with the easterly boundary of the city of Buffalo; thence northerly along the easterly boundary of the city of Buffalo to its point of intersection with the line of Main Street; thence southwesterly and westerly along the northerly boundary of the city of Buffalo to its intersection with the center line of Elmwood Avenue, being the point of beginning; and

That part of the town of Amherst bounded by a line described as commencing at the southwest corner of the town of Amherst at its intersection with the city of Buffalo and town of Tonawanda; thence easterly and northeasterly along the southerly boundary of the town of Amherst to a point in the line of Main Street at the easterly border of the city of Buffalo; thence continuing northeasterly along the center line of Main Street to the center line of Ivyhurst Road; thence northerly along the center line of Ivyhurst Road to the center line of Ivyhurst Circle; thence northeasterly along the center line of Ivyhurst Circle to its point of intersection with the center line of Dellwood Road; thence continuing northerly along the center line of Dellwood Road to the center line of Millersport Highway; thence northeasterly along the center line of Millersport Highway to the center line of Sheridan Drive; thence easterly along the center line of Sheridan Drive to the center line of Getzville Road; thence southerly along the center line of Getzville Road to the center line of Campus Drive W.; thence easterly along the center line of Campus Drive W. to its point of intersection with the center line of Campus Drive N.; thence easterly and northerly along the center line of Campus Drive N. to the center line of Sheridan Drive; thence easterly along the center line of Sheridan Drive to the point of its intersection with the line of Interstate 290; thence northwesterly along the line of Interstate 290 to the point of its intersection with the center line of Maple Road; thence westerly along the center line of Maple Road to the center line of Sweet Home Road; thence southwesterly along the center line of Sweet Home Road to the center line of Homecrest Drive; thence westerly along the center line of Homecrest Drive to the center line of Hillcrest Drive; thence northerly along the center line of Hillcrest Drive to the center line of Maple Road; thence westerly along the center line of Maple Road to the center line of N. Bailey Avenue; thence northerly along the center line of N. Bailey Avenue to its point of intersection with the center line of Ridge Lea Road; thence continuing northerly at the crest of the curve along the center line of N. Bailey Avenue extended to a point being at its intersection with the line of Interstate 290; thence westerly along Interstate 290 to its point of its intersection with the westerly boundary of the town of Amherst; thence southerly along the westerly boundary of the town of Amherst to the southwest corner thereof at its intersection with the city of Buffalo and town of Tonawanda, being the point of beginning; and

That part of the town of Tonawanda comprising the incorporated village of Kenmore, and further

That part of the town of Tonawanda bounded by a line described as commencing at a point in the northerly boundary of the town of Tonawanda at the point of its intersection with the center line of Military Road; thence southerly along the center line of Military Road to its intersection with the southerly boundary of the town of Tonawanda; thence westerly, northwesterly, southwesterly, southerly and northwesterly along the southerly boundary of the town of Tonawanda to the point of its intersection with the town of Grand Island; thence northerly along the westerly boundary of the town of Tonawanda to the point of its intersection in the Niagara River with the northerly boundary of the town of Tonawanda; thence southeasterly, northeasterly and easterly along the northerly boundary of the town of Tonawanda to its intersection with the center line of Military Road, being the point of beginning, and further

That part of the Town of Tonawanda bounded by a line described as commencing at the southeast corner of the town of Tonawanda at its intersection with the city of Buffalo and town of Amherst; thence westerly along the southerly boundary of the town of Tonawanda to the center line of Louvaine Drive; thence northerly along the center line of Louvaine Drive to the center line of Wilton Parkway; thence easterly along the center line of Wilton Parkway to the center line of Parker Boulevard; thence northerly along the center line of Parker

Boulevard to the center line of Englewood Avenue; thence southeasterly along the center line of Englewood Avenue to the center line of Parker Boulevard; thence northerly along the center line of Parker Boulevard to the center line of Chelsea Street; thence easterly along the center line of Chelsea Street to the center line of Fairfield Avenue; thence northerly along the center line of Fairfield Avenue to the center line of Decatur Road; thence easterly along the center line of Decatur Road to its intersection with the easterly boundary of the town of Tonawanda; thence southerly along the easterly boundary of the town of Tonawanda to the southeast corner thereof, being the point of beginning.

**Section 2.**

If any clause, sentence, paragraph, section or article of this local law shall be adjudged by any court of competent jurisdiction to be invalid, such determination shall not affect, impair or invalidate the remainder thereof, but shall be confined in its operation to the clause, sentence, paragraph, section or article thereof directly involved in the proceeding in which such adjudication shall have been rendered.

**Section 3.**

This local law shall take effect immediately upon adoption and filing with the secretary of state, provided however, that the fifteen legislative districts as previously bounded and described by Local Law No. 4-2002, shall continue as such for the limited purpose of continuing in office the legislators presently elected from said districts and shall cease to exist as such on January 1, 2012.

Sponsored By:

_____
Barbara Miller-Williams
Legislator, 3rd District