Sheet1

| District | Erie County | Total Population | White | Black or African American | American Indian and Alaska Native | Asian | Native Hawaiian and Other Pacific Islander | Some Other Race | Hispanic or Latino (of any race) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Census Tract 1.10 | 2,761 | 2,314 | 156 | 24 | 13 | 1 | 148 | 441 |
| 1 | Census Tract 2 | 4,076 | 3,485 | 215 | 39 | 49 | 1 | 168 | 577 |
| 1 | Census Tract 5 | 1,961 | 1,675 | 92 | 12 | 3 | 0 | 126 | 312 |
| 1 | Census Tract 8 | 4,704 | 4,320 | 98 | 27 | 33 | 1 | 121 | 349 |
| 1 | Census Tract 9 | 2,373 | 2,197 | 69 | 27 | 11 | 1 | 24 | 122 |
| 1 | Census Tract 16 | 2,283 | 645 | 1,378 | 13 | 129 | 4 | 39 | 86 |
| 1 | Census Tract 17 | 1,777 | 1,301 | 356 | 9 | 45 | 0 | 10 | 90 |
| 1 | Census Tract 24 | 4,257 | 3,343 | 687 | 30 | 35 | 3 | 47 | 266 |
| 1 | Census Tract 30 | 2,654 | 550 | 1,870 | 17 | 74 | 0 | 66 | 178 |
| 1 | Census Tract 67.02 | 3,224 | 2,143 | 740 | 26 | 143 | 1 | 64 | 214 |
| 1 | Census Tract 68 | 3,380 | 2,557 | 488 | 37 | 62 | 0 | 129 | 364 |
| 1 | Census Tract 72.02 | 1,639 | 1,015 | 345 | 6 | 33 | 0 | 178 | 432 |
| 1 | Census Tract 123 | 3,382 | 2,896 | 219 | 15 | 42 | 5 | 75 | 290 |
| 1 | Census Tract 124 | 2,160 | 1,996 | 63 | 10 | 12 | 0 | 23 | 116 |
| 1 | Census Tract 125.01 | 4,585 | 4,311 | 94 | 8 | 29 | 2 | 43 | 202 |
| 1 | Census Tract 125.02 | 1,879 | 1,813 | 25 | 1 | 7 | 0 | 7 | 56 |
| 1 | Census Tract 128 | 2,553 | 2,442 | 36 | 11 | 11 | 0 | 11 | 95 |
| 1 | Census Tract 129.01 | 6,759 | 6,458 | 109 | 20 | 52 | 3 | 43 | 213 |
| 1 | Census Tract 130.01 | 3,079 | 2,991 | 26 | 10 | 4 | 0 | 15 | 70 |
| 1 | Census Tract 130.02 | 5,386 | 5,212 | 52 | 8 | 35 | 1 | 22 | 133 |
| 1 | Census Tract 131.01 | 6,498 | 6,261 | 56 | 34 | 35 | 1 | 36 | 154 |
| 1 | Census Tract 162 | 2,352 | 2,174 | 678 | 10 | 4 | 0 | 38 | 126 |
| 1 | Census Tract 163 | 2,466 | 1,992 | 254 | 43 | 8 | 1 | 80 | 268 |
| 1 | Census Tract 164 | 3,035 | 1,235 | 1,443 | 28 | 33 | 0 | 195 | 627 |
| 1 | Census Tract 165 | 1,798 | 1,000 | 678 | 9 | 28 | 3 | 27 | 212 |
| 1 | Census Tract 166 | 2,451 | 118 | 2,271 | 9 | 8 | 0 | 16 | 60 |
| 1 | Census Tract 174 | 3,783 | 2,025 | 1,322 | 13 | 27 | 0 | 178 | 493 |
| 1 | Totals | 87,255 | 68,469 | 13,820 | 496 | 965 | 28 | 1,929 | 6,546 |
| 1 | Percentages | | 78.47% | 15.84% | 0.57% | 1.11% | 0.03% | 2.21% | 7.50% |

Sheet2

| District | Erie County | 2 | White | Black or African American | American Indian and Alaska Native | Asian | Native Hawaiian and Other Pacific Islander | Some Other Race | Hispanic or Latino (of any race) |
|---|---|---|---|---|---|---|---|---|---|
| 2 | Census Tract 14.02 | 3,253 | 138 | 3,016 | 6 | 10 | 1 | 46 | 136 |
| 2 | Census Tract 15 | 1,485 | 111 | 1,304 | 1 | 11 | 0 | 16 | 63 |
| 2 | Census Tract 25.02 | 2,187 | 204 | 1,847 | 8 | 17 | 0 | 599 | 119 |
| 2 | Census Tract 27.02 | 2,425 | 429 | 1,273 | 11 | 625 | 0 | 12 | 42 |
| 2 | Census Tract 28 | 2,346 | 644 | 1,475 | 13 | 62 | 1 | 34 | 93 |
| 2 | Census Tract 29 | 1,997 | 204 | 1,696 | 10 | 16 | 0 | 31 | 72 |
| 2 | Census Tract 31 | 2,294 | 112 | 2,107 | 3 | 19 | 4 | 14 | 58 |
| 2 | Census Tract 33.01 | 3,565 | 220 | 3,236 | 10 | 3 | 0 | 21 | 66 |
| 2 | Census Tract 33.02 | 3,119 | 170 | 2,849 | 5 | 12 | 0 | 40 | 70 |
| 2 | Census Tract 34 | 2,757 | 75 | 2,591 | 9 | 10 | 0 | 16 | 58 |
| 2 | Census Tract 35 | 3,311 | 101 | 3,117 | 5 | 0 | 0 | 20 | 94 |
| 2 | Census Tract 36 | 2,608 | 166 | 2,330 | 1 | 45 | 0 | 8 | 101 |
| 2 | Census Tract 37 | 4,468 | 492 | 3,812 | 10 | 24 | 0 | 24 | 124 |
| 2 | Census Tract 38 | 3,108 | 489 | 2,500 | 3 | 7 | 0 | 44 | 105 |
| 2 | Census Tract 52.02 | 2,917 | 1,270 | 1,517 | 5 | 27 | 1 | 26 | 99 |
| 2 | Census Tract 61 | 4,986 | 2,154 | 1,343 | 91 | 568 | 5 | 599 | 1,512 |
| 2 | Census Tract 63.02 | 2,589 | 2,350 | 104 | 20 | 48 | 0 | 14 | 109 |
| 2 | Census Tract 65.01 | 2,883 | 2,086 | 347 | 48 | 182 | 0 | 121 | 337 |
| 2 | Census Tract 66.01 | 2,441 | 1,545 | 384 | 41 | 203 | 1 | 180 | 477 |
| 2 | Census Tract 66.02 | 2,262 | 1,771 | 380 | 8 | 40 | 0 | 26 | 91 |
| 2 | Census Tract 67.01 | 3,354 | 2,273 | 584 | 23 | 188 | 4 | 175 | 383 |
| 2 | Census Tract 69.01 | 3,773 | 1,487 | 851 | 34 | 612 | 1 | 607 | 1,497 |
| 2 | Census Tract 69.02 | 3,948 | 2,135 | 711 | 75 | 410 | 5 | 414 | 970 |
| 2 | Census Tract 70 | 3,133 | 1,433 | 671 | 32 | 257 | 11 | 603 | 1,276 |
| 2 | Census Tract 71.01 | 3,642 | 1,361 | 997 | 57 | 114 | 2 | 953 | 2,170 |
| 2 | Census Tract 71.02 | 2,681 | 1,063 | 960 | 35 | 12 | 3 | 508 | 1,034 |
| 2 | Census Tract 168 | 3,718 | 280 | 3,302 | 11 | 13 | 1 | 49 | 165 |
| 2 | Census Tract 169 | 3,634 | 2,315 | 1,089 | 30 | 51 | 0 | 56 | 233 |
| 2 | Totals | 84,884 | 27,078 | 46,393 | 605 | 3,586 | 40 | 5,256 | 11,554 |
| 2 | Percentages | | 31.90% | 54.65% | 0.71% | 4.22% | 0.05% | 6.19% | 13.61% |

Sheet3

| District | Erie County | Total Population | White | Black or African American | American Indian and Alaska Native | Asian | Native Hawaiian and Other Pacific Islander | Some Other Race | Hispanic or Latino (of any race) |
|---|---|---|---|---|---|---|---|---|---|
| 3 | Census Tract 39.01 | 1,150 | 67 | 1,019 | 3 | 22 | 9 | 5 | 18 |
| 3 | Census Tract 40.01 | 4,013 | 378 | 3,352 | 12 | 84 | 0 | 26 | 129 |
| 3 | Census Tract 41 | 4,497 | 290 | 4,034 | 18 | 29 | 1 | 24 | 115 |
| 3 | Census Tract 42 | 3,520 | 134 | 3,230 | 15 | 51 | 0 | 22 | 87 |
| 3 | Census Tract 43 | 5,975 | 922 | 4,705 | 12 | 95 | 1 | 65 | 201 |
| 3 | Census Tract 44.01 | 4,165 | 299 | 3,695 | 7 | 33 | 1 | 31 | 92 |
| 3 | Census Tract 44.02 | 2,682 | 58 | 2,524 | 9 | 1 | 0 | 45 | 122 |
| 3 | Census Tract 45 | 5,469 | 3,658 | 1,436 | 37 | 90 | 3 | 101 | 253 |
| 3 | Census Tract 46.01 | 3,514 | 2,030 | 514 | 61 | 807 | 0 | 42 | 140 |
| 3 | Census Tract 46.02 | 1,374 | 712 | 179 | 1 | 396 | 2 | 36 | 79 |
| 3 | Census Tract 47 | 6,709 | 1,766 | 4,314 | 21 | 314 | 5 | 79 | 301 |
| 3 | Census Tract 48 | 3,819 | 3,275 | 347 | 24 | 50 | 4 | 47 | 198 |
| 3 | Census Tract 49 | 5,983 | 4,595 | 936 | 52 | 57 | 0 | 114 | 400 |
| 3 | Census Tract 50 | 2,409 | 1,738 | 445 | 18 | 32 | 2 | 78 | 195 |
| 3 | Census Tract 51 | 4,416 | 3,113 | 931 | 41 | 55 | 4 | 108 | 364 |
| 3 | Census Tract 52.01 | 3,027 | 2,219 | 627 | 12 | 68 | 2 | 33 | 131 |
| 3 | Census Tract 53 | 1,458 | 1,037 | 336 | 9 | 37 | 2 | 11 | 44 |
| 3 | Census Tract 54 | 3,850 | 3,108 | 439 | 18 | 114 | 0 | 62 | 198 |
| 3 | Census Tract 55 | 4,054 | 2,515 | 750 | 61 | 248 | 1 | 247 | 637 |
| 3 | Census Tract 56 | 4,182 | 2,271 | 1,125 | 36 | 111 | 0 | 444 | 975 |
| 3 | Census Tract 102.01 | 2,801 | 2,004 | 663 | 9 | 22 | 1 | 27 | 83 |
| 3 | Census Tract 102.02 | 3,375 | 1,455 | 1,657 | 13 | 76 | 0 | 57 | 185 |
| 3 | Census Tract 103 | 1,336 | 637 | 635 | 3 | 16 | 0 | 6 | 56 |
| 3 | Census Tract 170 | 3,072 | 166 | 2,816 | 6 | 3 | 0 | 13 | 74 |
| | | | | | | | | | |
| 3 | Totals | 86,850 | 38,447 | 40,709 | 498 | 2,811 | 38 | 1,723 | 5,077 |
| 3 | Percentages | | 44.27% | 46.87% | 0.57% | 3.24% | 0.04% | 1.98% | 5.85% |

Sheet4

| District | Erie County | 4 Total Population | White | Black or African American | American Indian and Alaska Native | Asian | Native Hawaiian and Other Pacific Islander | Some Other Race | Hispanic or Latino (of any race) |
|---|---|---|---|---|---|---|---|---|---|
| 4 | Census Tract 57 | 2,923 | 1,892 | 504 | 68 | 48 | 1 | 256 | 791 |
| 4 | Census Tract 58.01 | 3,366 | 2,543 | 294 | 84 | 117 | 4 | 182 | 632 |
| 4 | Census Tract 58.02 | 4,881 | 3,095 | 601 | 128 | 260 | 0 | 541 | 1,132 |
| 4 | Census Tract 59 | 3,957 | 2,483 | 635 | 49 | 273 | 0 | 314 | 801 |
| 4 | Census Tract 171 | 4,577 | 2,072 | 1,260 | 98 | 350 | 13 | 553 | 1,202 |
| 4 | Census Tract 62.01 | 1,549 | 834 | 527 | 8 | 55 | 1 | 70 | 199 |
| 4 | Census Tract 63.01 | 4,709 | 3,610 | 553 | 32 | 157 | 6 | 183 | 434 |
| 4 | Census Tract 79.02 | 6,018 | 5,751 | 116 | 15 | 70 | 0 | 25 | 100 |
| 4 | Census Tract 79.03 | 3,377 | 3,238 | 43 | 19 | 33 | 0 | 18 | 70 |
| 4 | Census Tract 79.04 | 3,081 | 2,962 | 31 | 2 | 52 | 0 | 20 | 56 |
| 4 | Census Tract 80.01 | 5,730 | 5,129 | 314 | 32 | 65 | 0 | 42 | 167 |
| 4 | Census Tract 80.02 | 5,393 | 5,022 | 186 | 7 | 55 | 1 | 32 | 136 |
| 4 | Census Tract 80.03 | 5,234 | 4,733 | 222 | 24 | 119 | 0 | 44 | 167 |
| 4 | Census Tract 81.02 | 4,487 | 4,284 | 102 | 8 | 50 | 0 | 3 | 75 |
| 4 | Census Tract 82.02 | 3,788 | 3,583 | 86 | 11 | 41 | 0 | 19 | 99 |
| 4 | Census Tract 84 | 2,406 | 2,216 | 89 | 26 | 6 | 0 | 10 | 83 |
| 4 | Census Tract 85 | 2,588 | 2,367 | 96 | 23 | 26 | 0 | 22 | 111 |
| 4 | Census Tract 86 | 4,805 | 4,486 | 128 | 21 | 51 | 1 | 24 | 133 |
| 4 | Census Tract 87 | 4,675 | 4,366 | 131 | 22 | 34 | 0 | 38 | 164 |
| 4 | Census Tract 88 | 3,355 | 3,092 | 106 | 26 | 39 | 0 | 24 | 110 |
| 4 | Totals | 80,899 | 67,758 | 6,024 | 703 | 1,901 | 27 | 2,420 | 6,662 |
| 4 | Percentages | | 83.76% | 7.45% | 0.87% | 2.35% | 0.03% | 2.99% | 8.23% |

Sheet5

| District | Erie County | Total Population | White | Black or African American | American Indian and Alaska Native | Asian | Native Hawaiian and Other Pacific Islander | Some Other Race | Hispanic or Latino (of any race) |
|---|---|---|---|---|---|---|---|---|---|
| | | 5 | | | | | | | |
| 5 | Census Tract 73.02 | 7903 | 7504 | 127 | 38 | 110 | 1 | 37 | 164 |
| 5 | Census Tract 73.03 | 3107 | 6504 | 238 | 45 | 216 | 2 | 33 | 124 |
| 5 | Census Tract 73.04 | 5364 | 5061 | 76 | 16 | 133 | 0 | 14 | 75 |
| 5 | Census Tract 76 | 2955 | 2884 | 15 | 19 | 10 | 2 | 9 | 37 |
| 5 | Census Tract 77 | 4712 | 4540 | 51 | 15 | 33 | 1 | 26 | 111 |
| 5 | Census Tract 78 | 5206 | 5015 | 52 | 27 | 33 | 0 | 8 | 122 |
| 5 | Census Tract 79.01 | 2941 | 2700 | 58 | 4 | 131 | 0 | 14 | 47 |
| 5 | Census Tract 79.05 | 4541 | 4279 | 107 | 11 | 110 | 0 | 3 | 69 |
| 5 | Census Tract 81.01 | 5984 | 5711 | 106 | 20 | 56 | 0 | 21 | 128 |
| 5 | Census Tract 82.01 | 2580 | 2465 | 31 | 16 | 25 | 0 | 17 | 71 |
| 5 | Census Tract 83 | 2584 | 2078 | 282 | 25 | 18 | 0 | 57 | 217 |
| 5 | Census Tract 90.09 | 4888 | 4313 | 147 | 15 | 313 | 0 | 23 | 94 |
| 5 | Census Tract 91.06 | 3016 | 2658 | 185 | 5 | 90 | 0 | 19 | 61 |
| 5 | Census Tract 91.07 | 5206 | 3702 | 926 | 18 | 345 | 2 | 53 | 254 |
| 5 | Census Tract 91.15 | 3308 | 2319 | 156 | 6 | 734 | 0 | 27 | 75 |
| 5 | Census Tract 91.16 | 5225 | 4425 | 340 | 12 | 341 | 1 | 33 | 100 |
| 5 | Census Tract 92 | 4294 | 3273 | 344 | 9 | 552 | 2 | 26 | 115 |
| 5 | Census Tract 93.01 | 5293 | 3139 | 1110 | 17 | 775 | 1 | 38 | 194 |
| 5 | Census Tract 93.02 | 2637 | 2217 | 216 | 7 | 132 | 0 | 8 | 58 |
| 5 | Census Tract 172 | 2257 | 2180 | 20 | 10 | 13 | 0 | 11 | 40 |
| 5 | Totals | 84,001 | 76,967 | 4,587 | 335 | 4,170 | 12 | 477 | 2,156 |
| 5 | Percentages | | 91.63% | 5.46% | 0.40% | 4.96% | 0.01% | 0.57% | 2.57% |

Sheet6

| District | Erie County | Total Population 6 | White | Black or African American | American Indian and Alaska Native | Asian | Native Hawaiian and Other Pacific Islander | Some Other Race | Hispanic or Latino (of any race) |
|---|---|---|---|---|---|---|---|---|---|
| 6 | Census Tract 90.04 | 3,468 | 3,126 | 93 | 10 | 176 | 0 | 15 | 68 |
| 6 | Census Tract 142.04 | 3,944 | 3,860 | 14 | 15 | 26 | 0 | 5 | 62 |
| 6 | Census Tract 142.06 | 7,002 | 6,830 | 40 | 3 | 50 | 0 | 20 | 87 |
| 6 | Census Tract 142.07 | 5,338 | 5,088 | 102 | 7 | 63 | 0 | 27 | 68 |
| 6 | Census Tract 142.08 | 4,824 | 4,673 | 73 | 11 | 27 | 0 | 5 | 60 |
| 6 | Census Tract 142.09 | 4,210 | 4,087 | 59 | 7 | 23 | 0 | 8 | 52 |
| 6 | Census Tract 143 | 6,141 | 5,996 | 41 | 5 | 9 | 0 | 17 | 90 |
| 6 | Census Tract 144 | 4,211 | 4,087 | 30 | 22 | 16 | 0 | 11 | 60 |
| 6 | Census Tract 145.01 | 3,555 | 3,470 | 21 | 3 | 17 | 0 | 7 | 43 |
| 6 | Census Tract 145.02 | 2,379 | 2,274 | 27 | 12 | 17 | 0 | 11 | 66 |
| 6 | Census Tract 146.01 | 4,915 | 4,592 | 71 | 7 | 183 | 2 | 2 | 63 |
| 6 | Census Tract 146.03 | 4,487 | 4,061 | 61 | 34 | 276 | 0 | 19 | 84 |
| 6 | Census Tract 146.04 | 7,611 | 6,926 | 117 | 9 | 451 | 0 | 18 | 115 |
| 6 | Census Tract 147.01 | 5,596 | 5,448 | 43 | 4 | 48 | 2 | 9 | 65 |
| 6 | Census Tract 147.02 | 8,064 | 7,765 | 58 | 8 | 135 | 2 | 20 | 91 |
| 6 | Census Tract 148.01 | 2,566 | 2,468 | 10 | 40 | 6 | 0 | 6 | 38 |
| 6 | Census Tract 148.03 | 6,028 | 5,872 | 32 | 46 | 28 | 3 | 8 | 47 |
| 6 | Census Tract 9401 | 34 | 0 | 0 | 34 | 0 | 0 | 0 | 0 |
| | | | | | | | | | |
| 6 | Totals | 84,373 | 80,623 | 892 | 277 | 1,551 | 9 | 208 | 1,159 |
| 6 | Percentages | | 95.56% | 1.06% | 0.33% | 1.84% | 0.01% | 0.25% | 1.37% |

Sheet7

| District | Erie County | Total Population | White | Black or African American | American Indian and Alaska Native | Asian | Native Hawaiian and Other Pacific Islander | Some Other Race | Hispanic or Latino (of any race) |
|---|---|---|---|---|---|---|---|---|---|
| 7 | Census Tract 89 | 4,213 | 4,016 | 72 | 6 | 49 | 0 | 25 | 72 |
| 7 | Census Tract 90.06 | 7,299 | 6,237 | 321 | 9 | 597 | 4 | 23 | 132 |
| 7 | Census Tract 90.07 | 7,641 | 6,528 | 151 | 11 | 779 | 5 | 19 | 132 |
| 7 | Census Tract 90.08 | 4,979 | 4,288 | 148 | 7 | 465 | 1 | 9 | 72 |
| 7 | Census Tract 90.10 | 5,689 | 4,823 | 214 | 2 | 532 | 0 | 17 | 97 |
| 7 | Census Tract 91.04 | 4,149 | 3,774 | 124 | 5 | 183 | 0 | 12 | 73 |
| 7 | Census Tract 91.09 | 3,149 | 2,534 | 118 | 8 | 432 | 0 | 19 | 80 |
| 7 | Census Tract 91.10 | 5,737 | 3,782 | 511 | 12 | 1,174 | 1 | 107 | 300 |
| 7 | Census Tract 91.12 | 2,922 | 2,549 | 70 | 4 | 195 | 0 | 22 | 58 |
| 7 | Census Tract 91.13 | 6,858 | 6,144 | 166 | 12 | 447 | 0 | 17 | 120 |
| 7 | Census Tract 91.14 | 4,166 | 3,625 | 163 | 6 | 309 | 0 | 13 | 69 |
| 7 | Census Tract 94.01 | 5,811 | 4,930 | 399 | 9 | 324 | 0 | 42 | 146 |
| 7 | Census Tract 94.02 | 4,324 | 4,097 | 111 | 6 | 74 | 1 | 14 | 82 |
| 7 | Census Tract 95.01 | 5,111 | 4,509 | 380 | 4 | 87 | 0 | 29 | 124 |
| 7 | Census Tract 95.02 | 6,684 | 6,165 | 264 | 10 | 127 | 0 | 23 | 140 |
| 7 | Census Tract 96 | 6,245 | 5,385 | 280 | 10 | 443 | 8 | 35 | 154 |
| 7 | Totals | 84,977 | 73,386 | 3,492 | 121 | 6,217 | 20 | 426 | 1,851 |
| 7 | Percentages | | 86.36% | 4.11% | 0.14% | 7.32% | 0.02% | 0.50% | 2.18% |

Sheet8

| District | Erie County | Total Population 8 | White | Black or African American | American Indian and Alaska Native | Asian | Native Hawaiian and Other Pacific Islander | Some Other Race | Hispanic or Latino (of any race) |
|---|---|---|---|---|---|---|---|---|---|
| 8 | Census Tract 97.01 | 3,147 | 3,005 | 56 | 3 | 42 | 0 | 6 | 39 |
| 8 | Census Tract 97.02 | 4,480 | 4,311 | 59 | 16 | 22 | 1 | 7 | 85 |
| 8 | Census Tract 98 | 1,742 | 1,703 | 21 | 0 | 3 | 0 | 7 | 28 |
| 8 | Census Tract 99 | 3,661 | 3,508 | 51 | 15 | 17 | 1 | 12 | 76 |
| 8 | Census Tract 100.01 | 2,883 | 2,719 | 73 | 4 | 33 | 0 | 14 | 58 |
| 8 | Census Tract 100.02 | 4,252 | 4,094 | 43 | 9 | 41 | 0 | 13 | 44 |
| 8 | Census Tract 100.03 | 3,807 | 3,486 | 168 | 9 | 88 | 0 | 19 | 91 |
| 8 | Census Tract 101.01 | 4,649 | 4,269 | 254 | 9 | 22 | 0 | 26 | 114 |
| 8 | Census Tract 101.02 | 3,497 | 2,630 | 608 | 17 | 62 | 0 | 33 | 125 |
| 8 | Census Tract 101.03 | 3,863 | 3,626 | 128 | 6 | 48 | 3 | 11 | 53 |
| 8 | Census Tract 104 | 2,283 | 1,417 | 642 | 19 | 83 | 0 | 34 | 114 |
| 8 | Census Tract 105 | 2,332 | 1,674 | 504 | 10 | 36 | 0 | 23 | 86 |
| 8 | Census Tract 106 | 2,597 | 2,382 | 110 | 6 | 54 | 0 | 15 | 55 |
| 8 | Census Tract 107 | 2,693 | 2,406 | 181 | 7 | 57 | 0 | 15 | 68 |
| 8 | Census Tract 108.03 | 2,047 | 1,976 | 40 | 2 | 16 | 0 | 4 | 34 |
| 8 | Census Tract 108.04 | 4,081 | 3,863 | 111 | 5 | 60 | 1 | 7 | 40 |
| 8 | Census Tract 108.05 | 5,334 | 5,161 | 49 | 13 | 37 | 2 | 22 | 59 |
| 8 | Census Tract 108.07 | 5,170 | 4,737 | 269 | 12 | 81 | 3 | 12 | 77 |
| 8 | Census Tract 108.08 | 4,052 | 3,470 | 241 | 11 | 252 | 1 | 18 | 130 |
| 8 | Census Tract 108.09 | 3,422 | 3,317 | 38 | 5 | 26 | 0 | 15 | 33 |
| 8 | Census Tract 109.01 | 2,377 | 2,295 | 43 | 6 | 7 | 0 | 15 | 42 |
| 8 | Census Tract 109.02 | 4,387 | 3,829 | 356 | 4 | 117 | 0 | 22 | 57 |
| 8 | Census Tract 110 | 1,822 | 1,735 | 44 | 6 | 5 | 1 | 5 | 38 |
| 8 | Census Tract 111 | 2,136 | 2,060 | 25 | 4 | 13 | 0 | 14 | 30 |
|   |   |   |   |   |   |   |   |   |   |
| 8 | Totals | 80,714 | 73,673 | 4,114 | 198 | 1,222 | 13 | 369 | 1,576 |
| 8 | Percentages |   | 91.28% | 5.10% | 0.25% | 1.51% | 0.02% | 0.46% | 1.95% |

Sheet9

| District | Erie County | Total Population | White | Black or African American | American Indian and Alaska Native | Asian | Native Hawaiian and Other Pacific Islander | Some Other Race | Hispanic or Latino (of any race) |
|---|---|---|---|---|---|---|---|---|---|
| 9 | Census Tract 135.01 | 7,164 | 6,939 | 43 | 16 | 92 | 0 | 26 | 107 |
| 9 | Census Tract 135.02 | 6,859 | 6,621 | 25 | 7 | 112 | 1 | 18 | 109 |
| 9 | Census Tract 136 | 3,077 | 2,963 | 29 | 12 | 36 | 1 | 6 | 50 |
| 9 | Census Tract 137.01 | 6,284 | 6,142 | 46 | 14 | 44 | 3 | 9 | 102 |
| 9 | Census Tract 137.02 | 5,670 | 5,430 | 68 | 14 | 88 | 1 | 13 | 97 |
| 9 | Census Tract 138 | 7,818 | 7,667 | 16 | 35 | 56 | 0 | 20 | 81 |
| 9 | Census Tract 139 | 2,225 | 2,174 | 14 | 1 | 6 | 0 | 3 | 16 |
| 9 | Census Tract 140 | 3,739 | 3,659 | 11 | 6 | 21 | 2 | 9 | 46 |
| 9 | Census Tract 149.01 | 2,605 | 2,536 | 14 | 8 | 31 | 0 | 1 | 12 |
| 9 | Census Tract 149.03 | 5,873 | 5,801 | 12 | 4 | 9 | 0 | 8 | 41 |
| 9 | Census Tract 149.04 | 2,387 | 1,096 | 1,138 | 21 | 5 | 0 | 116 | 232 |
| 9 | Census Tract 150.01 | 5,327 | 5,252 | 13 | 11 | 19 | 0 | 4 | 33 |
| 9 | Census Tract 150.02 | 3,005 | 2,924 | 16 | 15 | 11 | 1 | 5 | 32 |
| 9 | Census Tract 150.03 | 3,401 | 3,329 | 16 | 14 | 8 | 0 | 3 | 38 |
| 9 | Census Tract 151.01 | 3,265 | 3,220 | 3 | 8 | 14 | 2 | 2 | 17 |
| 9 | Census Tract 151.02 | 2,775 | 2,716 | 6 | 13 | 18 | 0 | 3 | 17 |
| 9 | Census Tract 158 | 4,198 | 4,140 | 9 | 7 | 10 | 0 | 13 | 52 |
| 9 | Census Tract 159 | 4,296 | 4,128 | 46 | 35 | 26 | 1 | 13 | 99 |
| 9 | Totals | 79,968 | 76,737 | 1,525 | 241 | 606 | 12 | 272 | 1,181 |
| 9 | Percentages | | 95.96% | 1.91% | 0.30% | 0.76% | 0.02% | 0.34% | 1.48% |

Sheet10

| District | Erie County | 10 Total Population | White | Black or African American | American Indian and Alaska Native | Asian | Native Hawaiian and Other Pacific Islander | Some Other Race | Hispanic or Latino (of any race) |
|---|---|---|---|---|---|---|---|---|---|
| 10 | Census Tract 129.02 | 3,556 | 3,433 | 32 | 17 | 26 | 0 | 14 | 94 |
| 10 | Census Tract 131.02 | 8,334 | 8,154 | 24 | 33 | 39 | 1 | 35 | 150 |
| 10 | Census Tract 132.01 | 5,940 | 5,748 | 33 | 19 | 57 | 0 | 19 | 94 |
| 10 | Census Tract 132.02 | 5,023 | 4,922 | 27 | 11 | 22 | 0 | 10 | 74 |
| 10 | Census Tract 133 | 3,538 | 3,473 | 10 | 43 | 12 | 0 | 6 | 49 |
| 10 | Census Tract 134 | 6,270 | 6,148 | 28 | 12 | 32 | 0 | 14 | 88 |
| 10 | Census Tract 152.01 | 3,082 | 3,044 | 3 | 0 | 7 | 0 | 6 | 31 |
| 10 | Census Tract 152.02 | 4,941 | 4,850 | 7 | 19 | 18 | 2 | 15 | 47 |
| 10 | Census Tract 153.01 | 4,924 | 4,834 | 23 | 13 | 13 | 2 | 13 | 58 |
| 10 | Census Tract 153.02 | 2,764 | 2,700 | 9 | 10 | 6 | 0 | 22 | 78 |
| 10 | Census Tract 154.01 | 2,667 | 2,567 | 24 | 28 | 12 | 1 | 7 | 54 |
| 10 | Census Tract 154.02 | 5,069 | 4,948 | 22 | 38 | 6 | 3 | 7 | 83 |
| 10 | Census Tract 155.01 | 2,127 | 2,020 | 12 | 45 | 2 | 0 | 10 | 63 |
| 10 | Census Tract 155.03 | 2,628 | 2,501 | 39 | 43 | 11 | 0 | 2 | 45 |
| 10 | Census Tract 155.04 | 3,865 | 3,726 | 18 | 48 | 3 | 1 | 10 | 54 |
| 10 | Census Tract 156 | 2,065 | 1,915 | 20 | 95 | 1 | 0 | 6 | 57 |
| 10 | Census Tract 157 | 3,523 | 3,398 | 11 | 46 | 0 | 0 | 14 | 82 |
| 10 | Census Tract 161 | 2,676 | 1,354 | 1,102 | 37 | 7 | 0 | 173 | 383 |
| 10 | Census Tract 175.01 | 1,518 | 1,349 | 7 | 120 | 7 | 0 | 3 | 33 |
| 10 | Census Tract 175.02 | 2,404 | 2,310 | 18 | 30 | 1 | 0 | 8 | 41 |
| 10 | Census Tract 9400 | 1,836 | 150 | 2 | 1,612 | 7 | 0 | 1 | 65 |
| | | | | | | | | | |
| 10 | Totals | 78,750 | 73,544 | 1,471 | 2,319 | 289 | 10 | 395 | 1,723 |
| 10 | Percentages | | 93.39% | 1.87% | 2.94% | 0.37% | 0.01% | 0.50% | 2.19% |

Sheet11

| District | Erie County | Total Population 11 | White | Black or African American | American Indian and Alaska Native | Asian | Native Hawaiian and Other Pacific Islander | Some Other Race | Hispanic or Latino (of any race) |
|---|---|---|---|---|---|---|---|---|---|
| 11 | Census Tract 6 | 4,752 | 4,392 | 145 | 37 | 35 | 0 | 52 | 217 |
| 11 | Census Tract 7 | 3,766 | 3,611 | 45 | 9 | 27 | 0 | 36 | 114 |
| 11 | Census Tract 10 | 5,730 | 5,005 | 337 | 46 | 39 | 0 | 125 | 455 |
| 11 | Census Tract 11 | 3,154 | 2,857 | 138 | 30 | 16 | 1 | 30 | 211 |
| 11 | Census Tract 19 | 3,089 | 2,897 | 75 | 12 | 19 | 0 | 41 | 129 |
| 11 | Census Tract 23 | 3,336 | 2,922 | 241 | 18 | 37 | 0 | 52 | 205 |
| 11 | Census Tract 112 | 6,770 | 6,627 | 55 | 12 | 25 | 1 | 15 | 64 |
| 11 | Census Tract 113 | 4,770 | 4,563 | 76 | 5 | 51 | 0 | 18 | 84 |
| 11 | Census Tract 114 | 2,248 | 2,104 | 52 | 20 | 2 | 1 | 29 | 87 |
| 11 | Census Tract 115 | 1,503 | 1,453 | 8 | 10 | 9 | 0 | 4 | 23 |
| 11 | Census Tract 116 | 1,952 | 1,876 | 16 | 4 | 32 | 0 | 8 | 35 |
| 11 | Census Tract 117 | 4,112 | 4,005 | 11 | 14 | 21 | 0 | 26 | 96 |
| 11 | Census Tract 118 | 3,754 | 3,653 | 40 | 11 | 31 | 2 | 3 | 32 |
| 11 | Census Tract 120.01 | 4,118 | 4,025 | 29 | 7 | 14 | 0 | 9 | 89 |
| 11 | Census Tract 120.02 | 3,479 | 3,429 | 10 | 2 | 15 | 0 | 6 | 39 |
| 11 | Census Tract 120.03 | 4,844 | 4,758 | 20 | 2 | 35 | 0 | 4 | 63 |
| 11 | Census Tract 141.01 | 6,179 | 6,112 | 9 | 8 | 15 | 4 | 10 | 47 |
| 11 | Census Tract 141.02 | 5,138 | 5,080 | 10 | 5 | 17 | 1 | 5 | 25 |
| 11 | Census Tract 167 | 2,460 | 2,221 | 132 | 11 | 15 | 0 | 25 | 92 |
| 11 | Census Tract 173 | 7,161 | 6,979 | 66 | 9 | 45 | 0 | 8 | 139 |
| 11 | Totals | 82,315 | 78,569 | 1,515 | 272 | 500 | 10 | 506 | 2,246 |
| 11 | Percentages | | 95.45% | 1.84% | 0.33% | 0.61% | 0.01% | 0.61% | 2.73% |

Percentages

| District | Total Population | White | Black or African American | American Indian and Alaska Native | Asian | Native Hawaiian and Other Pacific Islander | Some Other Race | Hispanic or Latino (of any race) |
|---|---|---|---|---|---|---|---|---|
| 1 | 87,255 | 68,469 / 78.47% | 13,820 / 15.84% | 496 / 0.57% | 965 / 1.11% | 28 / 0.03% | 1,929 / 2.21% | 6,546 / 7.50% |
| 2 | 84,884 | 27,078 / 31.90% | 46,393 / 54.65% | 605 / 0.71% | 3,586 / 4.22% | 40 / 0.05% | 5,256 / 6.19% | 11,554 / 13.61% |
| 3 | 86,850 | 38,447 / 44.27% | 40,709 / 46.87% | 498 / 0.57% | 2,811 / 3.24% | 38 / 0.04% | 1,723 / 1.98% | 5,077 / 5.85% |
| 4 | 80,899 | 67,758 / 83.76% | 6,024 / 7.45% | 703 / 0.87% | 1,901 / 2.35% | 27 / 0.03% | 2,420 / 2.99% | 6,662 / 8.23% |
| 5 | 84,001 | 76,967 / 91.63% | 4,587 / 5.46% | 335 / 0.40% | 4,170 / 4.96% | 12 / 0.01% | 477 / 0.57% | 2,156 / 2.57% |
| 6 | 84,373 | 80,623 / 95.56% | 892 / 1.06% | 277 / 0.33% | 1,551 / 1.84% | 9 / 0.01% | 208 / 0.25% | 1,159 / 1.37% |
| 7 | 84,977 | 73,386 / 86.36% | 3,492 / 4.11% | 121 / 0.14% | 6,217 / 7.32% | 20 / 0.02% | 426 / 0.50% | 1,851 / 2.18% |
| 8 | 80,714 | 73,673 / 91.28% | 4,114 / 5.10% | 198 / 0.25% | 1,222 / 1.51% | 13 / 0.02% | 369 / 46.00% | 1,576 / 1.95% |
| 9 | 79,968 | 76,737 / 95.96% | 1,525 / 1.91% | 241 / 0.30% | 606 / 0.76% | 12 / 0.02% | 272 / 0.34% | 1,181 / 1.48% |
| 10 | 78,750 | 73,544 / 93.39% | 1,471 / 1.87% | 2,319 / 2.94% | 289 / 0.37% | 10 / 0.01% | 395 / 0.50% | 1,723 / 2.19% |
| 11 | 82,315 | 78,569 / 95.45% | 1,515 / 1.84% | 272 / 0.33% | 500 / 0.61% | 10 / 0.01% | 506 / 0.61% | 2,246 / 2.73% |
| Largest | 87,255 | | | | **Splits:** | | Tonawanda | 2 |
| Smallest | 78,750 | Deviation | 9.75% | | Buffalo | | 4 Hamburg | 2 |
| Difference | 8,505 | | | | Amherst | | 3 Cheektowaga | 2 |