

May 5, 2011
92 West Winspear Avenue
Buffalo, NY 14214-1116
jrozansk@yahoo.com

Erie County Reapportionment Committee
Robert M. Graber, Clerk
Erie County Legislature
92 Franklin Street
4th Floor
Buffalo, NY  14202

Re:     **Possible Erie County Redistricting Map**

Enclosed is a proposal showing suggested boundaries for creating eleven Erie County
Legislative Districts.

Since I did not have detailed 2010 Census tract data, my draft needs refinement. I realize
that there are a number of possibilities.

I hope that my submittal is helpful to the committee's work.

Sincerely,

James E. Rozanski

1

**Erie County 2010 Reapportionment Details and Narrative**

Erie County Population 2010 – 919,040
Erie County Population 2000 – 950,265
                    -31,225

Create 11 Legislative Districts with population of approximately 83,549 each.

 The municipalities included in each district and the corresponding municipal populations:

**DISTRICT 1**
LACKAWANNA 18,141
W. SENECA 44,711
ELMA 11,317
MARILLA 5,327
Total                    79,496
(Add portion of south Buffalo or Cheektowaga for adjustment to increase population)

**DISTRICT 2**
AURORA 13,782
ORCHARD PK 29,054
BOSTON 8,023
SARDINIA 2,775
WALES 3,005
HOLLAND 3,401
COLDEN 3,265
COLLINS 6,601
CONCORD 8,494
N. COLLINS 3,523
Total                    81,923

**DISTRICT 3**
HAMBURG 56,936
EVANS 16,356
EDEN 7,688
BRANT 2,065
CATT RES 1,833
Total                    84,878
Note Evans and Eden lost population.

2

**DISTRICT 4**
CLARENCE 30,673
ALDEN 10,865
LANCASTER 41,604
NEWSTEAD 8,594
Total                               91,736
Adjust to approximately 83,500
Move west part of Clarence to District 5 for adjustment. Note that population trend shows this region increasing.

**DISTRICT 5**
AMHERST EAST (partial)
CLARENCE WEST (partial)
Total                    approx. 83,500
Most of these people associate themselves with the East Amherst zip code.

**DISTRICT 6**
CHEEKTOWAGA 88,226
Note Cheektowaga population declining.

**DISTRICT 7**
BUFFALO (South) 87,103

**DISTRICT 8**
BUFFALO (Central) 87,103

**DISTRICT 9**
BUFFALO (North) 87,103

**DISTRICT 10**
GRAND IS 20,374
C-TON 15,130
T-TON 73,567
Total                           109,071
Adjust to approximately 83,500
Move east portion of Town of Tonawanda to District 11.
Grand Island and Tonawanda (City and Town) share common interests and should be together.

**DISTRICT 11**
AMHERST WEST
TONAWANDA TOWN EAST
Total                    approx. 83,500
This would be district bordering Niagara Falls Boulevard (Rt 62).

3

**Narrative:**

I simply used a county municipality map and 2010 city and town census population data to outline eleven Erie County legislative Districts. Unfortunately, I was not able to obtain 2010 census tract data to be able to refine my suggested boundaries. That should be fairly easy to do once census tract data is available. My suggested boundaries are flexible, depending on more precise population data.

I tried to keep districts compact as possible. Thus communities with common interests and concerns are unified to some extent. I was not concerned with political affiliations.

District 1 – Lackawanna was created from West Seneca. So there is sort of an historical perspective. There are bonds between residents of both communities. People have migrated outward.

I suggest that Buffalo be divided into three districts, North, South, and Central. Each district would stretch from the Lake Erie or Niagara River waterfront to the City's eastern boundary. My reasoning in part is because Main Street tends to create a mental segregation barrier. By creating districts that encompass both sides of Main Street, this barrier is lessened even eliminated. Each district would also include diverse racial, social, and economic demographics. Each legislator would also represent a portion of the region's waterfront, probably our most important asset.

I believe that citizens have better representation if legislators represent a diverse constituency. It also opens up the electoral process. This region will only prosper if we operate as a whole rather than parts

I apologize that I did not adhere to the committee's guidelines. Without detailed census tract data, requested information such as deviations, etc. would not be accurate or useful.

Buffalo, Town of Tonawanda, Amherst, and Clarence are divided in my proposal. But, they would still be well represented in sensible districts.

4

5