# Erie County

Estimated Census Data
Total Erie County Population:
Average Population per District:

Lake Erie

Cattaraugus

Brant

Evans

Eden

North Collins

Collins

Boston

Concord

Sardinia

Holland

Colden

Aurora

Wales

Hamburg

Orchard Park

West Seneca

Lackawanna

Cheektowaga

Elma

Lancaster

Marilla

Alden

Newstead

Clarence

Amherst

Tonawanda

C-TON

Grand Island

EQLEG MAY04711 PM1240