Population per district

| # | Population | Note |
|---|---|---|
| 1 | 82900 | |
| 2 | 83,000 | |
| 3 | 85000 | Highest Buffalo |
| 4 | 85000 | Highest Buffalo |
| 5 | 82384 | |
| 6 | 83800 | |
| 7 | 79500 | |
| 8 | 80000 | |
| 9 | 79950 | |
| 10 | 78950 | lowest — Orchard Park, East Aurora |
| 11 | 84950 | |

Robert R Rung
P.O Box 45
Springville

Try to go with whole towns if possible. Divide only larger towns.

Robert R Rung
P.O. Box 45
Springville

1. S. Buffalo           12000
   Lackawanna          18150
   W. Seneca           44750
   S. Cheektowaga       8000          82900

2. Town of Tonawanda   11,000
   N. Buffalo          72000          83000

3. W. Buffalo          85000          85000

4. E. Buffalo          85000          85000

5. Town of Tonawanda   62000
   Town Reservation       34
   Grand Island        20350          82384

6. City of Tonawanda   15000
   W. Amherst          68500          83500

7. E. Amherst          54500
   Clarence            25000          79500

8. Cheektowaga         80000          80000

9  E Clarence    5000
   Newstead      3500
   Lancaster     4000
   Alden        10880      78 950
   Marilla       5300
   Wales         3000
   Elma          1300

10 Orchard Park 29000
   Aurora       13700
   Colden        3250
   Concord       8500
   Boston        8000
   Holland       3450           78950
   Sardinia      2750
   Collins       6600
   N. Collins    2900

11 Hamburg      57000
   Evans        16350
   Brant         2050
   Catt Reservation  1850      84950
   Eden          7700