Plan: Plan 20
Plan Type: 11 Member
Administrator:
User:

# Population Summary Report

Tuesday April 26, 2011                                                                                9:50 PM

| DISTRICT | POPULATION | DEVIATION | % DEV. | White | Black | AmIndian | Asian | Hawaiian | Other | [Hispanic Origin] | [18+_Pop] | [18+_Wht] | [18+_Blk] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1  | 83,116 | -433   | -0.52 | 79,338 | 1,351  | 319   | 491   | 13 | 619   | 2,480  | 65,755 | 63,457 | 875    |
| 2  | 83,637 | 88     | 0.11  | 78,029 | 1,583  | 2,289 | 509   | 16 | 383   | 1,790  | 65,069 | 61,037 | 1,441  |
| 3  | 83,310 | -239   | -0.29 | 77,470 | 2,659  | 301   | 504   | 15 | 989   | 3,741  | 64,543 | 60,970 | 1,741  |
| 4  | 81,721 | -1,828 | -2.19 | 77,499 | 1,651  | 255   | 1,325 | 14 | 256   | 1,068  | 62,858 | 59,769 | 1,481  |
| 5  | 81,922 | -1,627 | -1.95 | 74,823 | 3,239  | 154   | 2,259 | 10 | 325   | 1,556  | 64,280 | 59,367 | 2,253  |
| 6  | 82,048 | -1,501 | -1.80 | 68,100 | 4,177  | 151   | 7,664 | 16 | 452   | 1,900  | 65,958 | 55,242 | 3,137  |
| 7  | 81,937 | -1,612 | -1.93 | 41,880 | 34,395 | 462   | 1,140 | 29 | 1,846 | 5,589  | 66,227 | 36,417 | 26,021 |
| 8  | 81,141 | -2,408 | -2.88 | 22,367 | 52,564 | 291   | 2,885 | 27 | 834   | 3,021  | 59,493 | 19,082 | 36,139 |
| 9  | 88,226 | 4,677  | 5.60  | 77,769 | 7,069  | 223   | 1,336 | 14 | 459   | 1,900  | 71,774 | 64,772 | 4,911  |
| 10 | 83,285 | -264   | -0.32 | 54,586 | 12,871 | 1,080 | 4,606 | 60 | 6,777 | 16,371 | 62,555 | 44,521 | 8,489  |
| 11 | 88,697 | 5,148  | 6.16  | 83,081 | 2,372  | 383   | 1,070 | 5  | 487   | 2,313  | 71,584 | 67,918 | 1,658  |

Total Population: 919,040
Ideal District Population: 83,549

**Summary Statistics**
Population Range: 81,141 to 88,697
Ratio Range: 1.09
Absolute Range: -2,408 to 5,148
Absolute Overall Range: 7,556.00
Relative Range: -2.88% to 6.16%
Relative Overall Range: 9.04%

Page 1