Plan: Plan 21
Plan Type: 11 Member
Administrator:
User:

## Population Summary Report

Tuesday April 26, 2011                                                                 8:13 PM

| DISTRICT | POPULATION | DEVIATION | % DEVN. | White | Black | AmIndian | Asian | Hawaiian | [Hispanic Origin] |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 81,366 | -2,183 | -2.61 | 76,472 | 1,767 | 367 | 525 | 9 | 3,706 |
| 2 | 85,390 | 1,841 | 2.20 | 79,760 | 1,576 | 2,301 | 530 | 16 | 1,726 |
| 3 | 82,765 | -784 | -0.94 | 77,991 | 2,255 | 259 | 465 | 15 | 2,633 |
| 4 | 83,597 | 48 | 0.06 | 79,426 | 1,645 | 233 | 1,317 | 17 | 1,068 |
| 5 | 81,922 | -1,627 | -1.95 | 74,823 | 3,239 | 154 | 2,259 | 10 | 1,558 |
| 6 | 82,048 | -1,501 | -1.80 | 68,100 | 4,177 | 151 | 7,664 | 16 | 1,900 |
| 7 | 82,030 | -1,519 | -1.82 | 41,093 | 35,119 | 448 | 1,192 | 26 | 5,889 |
| 8 | 80,843 | -2,706 | -3.24 | 22,348 | 52,200 | 313 | 2,881 | 30 | 3,100 |
| 9 | 88,226 | 4,677 | 5.60 | 77,769 | 7,069 | 223 | 1,336 | 14 | 1,900 |
| 10 | 82,156 | -1,393 | -1.67 | 54,381 | 12,512 | 1,076 | 4,550 | 61 | 15,938 |
| 11 | 88,697 | 5,148 | 6.16 | 83,081 | 2,372 | 383 | 1,070 | 5 | 2,313 |

Total Population: 919,040
Ideal District Population: 83,549
**Summary Statistics**
Population Range: 80,843 to 88,697
Ratio Range: 1.10
Absolute Range: -2,706 to 5,148
Absolute Overall Range: 7,854.00
Relative Range: -3.24% to 6.16%
Relative Overall Range: 9.40%