Plan: Plan 21
Plan Type: 11 Member
Administrator:
User:

# Population Summary Report

Tuesday April 26, 2011                                                                                                       8:13 PM

| DISTRICT | POPULATION | DEVIATION | % DEVM. | [18+_Pop] | [18+_Wht] | [18+_Blk] |
|---|---|---|---|---|---|---|
| 1 | 81,366 | -2,183 | -2.61 | 64,118 | 61,192 | 1,102 |
| 2 | 85,390 | 1,841 | 2.20 | 66,493 | 62,438 | 1,438 |
| 3 | 82,765 | -784 | -0.94 | 64,310 | 61,340 | 1,524 |
| 4 | 83,597 | 48 | 0.06 | 64,418 | 61,384 | 1,476 |
| 5 | 81,922 | -1,627 | -1.95 | 64,280 | 59,357 | 2,253 |
| 6 | 82,048 | -1,501 | -1.80 | 65,958 | 55,242 | 3,137 |
| 7 | 82,030 | -1,519 | -1.82 | 66,182 | 35,785 | 26,513 |
| 8 | 80,843 | -2,706 | -3.24 | 59,260 | 19,047 | 35,893 |
| 9 | 88,226 | 4,677 | 5.60 | 71,774 | 64,772 | 4,911 |
| 10 | 82,156 | -1,393 | -1.67 | 61,719 | 44,087 | 8,241 |
| 11 | 88,697 | 5,148 | 6.16 | 71,584 | 67,918 | 1,658 |

Total Population: 919,040
Ideal District Population: 83,549
**Summary Statistics**
Population Range: 80,843 to 88,697
Ratio Range: 1.10
Absolute Range: -2,706 to 5,148
Absolute Overall Range: 7,854.00
Relative Range: -3.24% to 6.16%
Relative Overall Range: 9.40%