## Jolene Jeffe

**From:** LennyPero@aol.com

**Sent:** Wednesday, June 08, 2011 2:01 PM

**To:** Jolene Jeffe

**Subject:** Public hearing

Jolene, The following Towns and Villages support our cause and Local Law #3 You should read them in the beginning and remind them at the end.

21 Towns of:
Alden, Amherst, Aurora, Boston, Brant, Colden, Collins, Concord, Eden, Elma, Evans, Grand Island, Hamburg, Holland, Marilla, Newstead, North Collins, Orchard Park, Sardinia, Wales, West Seneca.

10 Villages of:
Akron, Alden, Angola, East Aurora, Farnham, Gowanda, Hamburg, North Collins, Orchard Park,Springville

The Town of Brant & the Village of Farnham resents the fact that the legislature feels that we don't matter by having a plan on the table (#5) that disrespects our communities. We can not understand how a plan that anyone that is non political see's as nonsense and self serving can possibly become law. The legislators that vote for #5 are not voting for fairness and it wll show the public how inept you are to govern. My comments are strong and they are fueled by and strengthened by a statement made by one of your own, that of the out going legislator Dan Kozab who stated on YNN that we are a rural farming, forested area of Erie County that would be happy to have one of our farmers represent us. Doesn't he realize the size of the district and the impossible feat of representing 22 communities properly. I guess he doesn't feel that the backward rural community needs to be represented by your exclusive club.. We surely will remember who votes to slap us in the face and will be very vocal at election time and see to it that those that support a plan that is so lopsided in representing 30 communities will not have to worry about representing anyone but themselves and will join Mr. Kozab after November. Take notice of the communities that are fully against Local Law #5 and we will remember in November.

Supervisor Pero
Town of Brant
For fair representation of the people, not political gain and self

June 9, 2011

I submit this written copy, for the record, of the comments I provided at the Public Hearing regarding Local Law #5.

Jolene M. Jeffe
Supervisor, Town of Aurora
Member of the Association of Erie County Governments

"*My name is Jolene Jeffe. I am the Supervisor of the Town of Aurora. I am here to state my dissatisfaction with Local Law #5 concerning redistricting of Erie county.*

*A County Legislator's role, whether there are 15 or 11 of them, is to serve as a liaison between the communities of Erie County and the governing body of the County. This means that my representative should be able to get to know my Town's elected officials and should have some kind of understanding of the nuances of my community, its strengths and weaknesses, challenges and opportunities. My county representative should have some idea of the geography of my town and village as well as the county roads running though them. This familiarity is necessary so they can communicate with the County intelligently on my behalf. Most importantly, the elected officials and residents of my town should be able to count on receiving a reasonably quick response from the County when a question or issue is presented.*

*In my short tenure as Supervisor in Aurora, the current system has worked very well.*

*However, the mega district that is proposed in LL#5, in my opinion, would render such a relationship impossible. It will be impossible for one person to cover 45% of the land mass of the county from Newstead to Brant. It would be impossible for that person to begin to have any detailed understanding of the 22 different communities in the mega district and their specific issues. It would be impossible to build the strong relationship between the local elected officials and our County representative that is necessary to properly represent the people. Frankly, it would take at least one term for a Legislator to be able to cover his/her territory without GPS!!*

*It is for these reasons that I oppose LL#5 and the redistricting map it outlines. I must also go on the record to state that although LL#3 avoids the mega district, it too has drawbacks specifically being that a few communities, such as Hamburg and Lancaster, will be divided into at least 2 or even 3 districts.*

*I encourage you to strongly consider developing a plan that keeps communities whole when at all possible, provides a better balance of both population and land area and that attempts to keep communities who regularly cooperate in the same district. Second best, if that is what must be settled on due sadly to time constraints, would be to adopt LL#3 and its map. The residents of this county deserve fair representation and the elected officials deserve reasonable accessibility to our county leaders. Thank you.*"

Len Pero - Brant

**Speech at Elma Press Conference in re: to redistricting June 7, 2011 given by the President of the Association of Erie County Governments – Leonard K. Pero Supervisor of the Town of Brant**

Reports and rumor has it, that Legislator Christine Bovee who I believe is very fair as I witnessed at our Association of Erie County Gov. meeting in Orchard Park this past winter. She happens to be the swing vote in one of the most important redistricting local laws #3 & #5 that this group of law makers, known as the Erie County legislators have before them. Her vote I am told will either bring about fairness or total disregard for over 60% of the communities in Erie County. The rural communities will suffer the most bringing 1 representative to over 20 communities where 4 are now serving.

I do hope and pray that she votes for fairness and not political gain. To all of the legislators that may have 2nd thoughts, I do hope that you see that local law #5 with a district with over 45% of the land mass of Erie County is just not acceptable and I hope that you join in with Legislator Bovee and vote to give us a voice in Erie County Government with local law #3.

You can vote for fairness or for the most misrepresented districts in Erie County history. Breaking up community unity among neighboring towns by splitting up these communities that have worked together like brothers & sisters for years is a tragedy. For example: Elma, Wales & Marilla share the same recreation facilities and programs. They share the same school district & Fire dispatch. Brant & Evans have been tied together at the hip from the very beginning of the creations of these towns; they also share the same school district, police & fire dispatch, a State Park and roads. There are so many others such as Eden and North Collins, Newstead and Clarence to mention a few. Putting Orchard Park in a district that stretches' into Buffalo is very political and will hurt the Orchard Park community from having a legislator that will give them the attention that they deserve.

To all of the 15 legislators when you vote on something as important as representation which is the Core & Heart of what America stands for. Please remember this is not for political gain, but for representing all of the people of Erie County in the fairest way possible.

Legislators you should remember this day June 7, 2011 where __21__ communities have come together to voice their opinion on fairness for everyone. Unfortunately there are only 2 local laws that are on the table to choose from, with one that is so lopsided and slanted in the fact that the districts are so un- uniform in population

Speech at Elma Press Conference in re: to redistricting June 7, 2011 given by the President of the Association of Erie County Governments – Leonard K. Pero Supervisor of the Town of Brant

that it smells of corruption and a district that slaps the faces of 22 communities with no representation. In plan #5 there are unbalanced districts with swings of 5,000 & 3,000 people - in #3 the largest difference is 28 people, with only a .001% deviation in population between the 11 districts. We have to also remember that Federal law must be followed, and district population should reflect the Federal principle of "One man, One vote." The fairest way to achieve that is having each legislator represent the same number of people. Since that is near impossible, because populations change daily, the districts should be as close as possible in population.  In # 5 there is a mega district that consists of 45 to 50% of the land mass of Erie County making it virtually impossible for one legislator to properly represent. These 2 examples are just 2 reasons that #5 is not fair and shatters the concept of one person one vote. (It would take a legislator 2 years to go to one board meeting per month in this mega district and his or her term would be up.) Ridiculous! Enough is enough. What are you trying to do to the people of Erie County? If you are successful in total disregard for residents of this county, what else are you going to do to the people? Did you forget that this is not about you, you were elected to bring about fair representation, and do you think that local law #5 is fair?  Neither plan is really fair, many towns would like to keep their communities whole and both plans are political and are being used to shift the balance of power in favor of one or the other. We really don't have a choice but these two plans. The plans presented by the legislature was suppose to be non political and neither plans does that.

Unfortunately, if this local law #5 passes, it will open many eyes and be the catalyst that will open Pandora's box and bring about the wrath of 90% of the Supervisors & Mayors, (and yes Democrats & Republicans that do work together and stand together in solidarity) this will bring an end to legislative government as we now know it. We will petition and force a referendum vote to return to a board of Supervisors & Mayors which will bring about a fairer represented government for Erie County.  As one supervisor said, and not from the mega district. We do have another plan on the table, it is to re-establish a board of supervisors & stream line our county government process. Do you know that 23 Supervisors & 10 mayors have contacted me so far and support this form of government for the people 100%. The choice is yours, the ball is in your hands and we are getting ready to play.

## Jolene Jeffe

**From:**    Dave Cummings [dcummings@townofnewstead.com]

**Sent:**    Wednesday, June 08, 2011 10:30 AM

**To:**    Jolene Jeffe

**Subject:** Comments for the public Hearing

I apologize and regret that I can not be at the public hearing to voice my opinion in person. I am opposed to the redistricting local laws # 3 and # 5. It is my opinion these laws were drafted with politics the issue, not fairness of the people. The law I'm opposed most to is local law # 5. I agree with most of the other Supervisors and Mayors that the major issue is the J district , as I call it. The district from the Town of Brant to the Town of Newstead. The "j" district as I call it, is shaped like a " j" and that is appropriate as I feel it is a Joke. In local law # 5, one representative for over 40-45 % of the county land mass and over 20 communities is not using common sense in representing the people of Erie County properly. How can you seriously think the people of Erie County feel you are thinking of what is best for them and not what you want politically. Once again, the legislature has failed the people they represent. The plans presented by the Legislature were suppose to be non political and neither plan does that.

David L. Cummings
Supervisor - Town of Newstead
PO Box 227
Akron, New York 14001
Ph 716-542-1231   cell - 716-574-9435
CONFIDENTIAL AND PRIVILEGED COMMUNICATION:

This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. Interception of e-mail is a crime under the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and 2701-2709. This communication was not intended or written to be used, and it cannot be used, by any taxpayer for the purpose of avoiding tax penalties. (The foregoing legend has been affixed pursuant to U.S. Treasury regulations governing tax practices). If you have received this transmission in error, please immediately notify me by replying to this e-mail or by telephone at 716-542-4574, and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

## Jolene Jeffe

| | |
|---|---|
| **From:** | Gary Eppolito [concordsupervisor@gmail.com] |
| **Sent:** | Wednesday, June 08, 2011 11:54 AM |
| **To:** | Jolene Jeffe |

**Subject:** Redistricting Proposal

When the voters decided to downsize the county legislature I knew the Town of Concord would not be receiving the same attention it has enjoyed for many years. However,Proposal #5 placing thirteen towns and six villages into a single district is unconscionable. Concord is the largest town in Erie County in terms of geographic area and it contains probably the largest number of county roads of any town in the county. We also are home to two county parks---Sprague Brook and the Scobey Hill Dam Park. We are also plagued by sliding soils and soil erosion problems in many areas of the town--areas that are county responsibility--and Concord is only one town out of thirteen in this proposal.   I am not convinced a single legislator can begin to represent area this large. Essentially, we are going from excellent representation in county government to lttle or no representation.

I have never favored a return to a Board of Supervisors. However, if this is the avenue our legislators choose to take, I firmly believe it's time to revisit that form of government. At least Concord would have SOME representation.

Legislators----It's time to put politics aside. I realize there is no perfect plan, but option #5 essentially disenfranchises over half the county's towns and approximately half its villages. In my thinking, this is politics at its worst. You can do better.

Sincerely,

Gary A. Eppolito/Supervisor Town of Concord


--

Gary Eppolito

Town of Concord Supervisor

716-592-4946

**Jolene Jeffe**

**From:** LennyPero@aol.com
**Sent:** Wednesday, June 08, 2011 2:01 PM
**To:** Jolene Jeffe
**Subject:** Public hearing

Jolene, The following Towns and Villages support our cause and Local Law #3 You should read them in the beginning and remind them at the end.

21 Towns of:
Alden, Amherst, Aurora, Boston, Brant, Colden, Collins, Concord, Eden, Elma, Evans, Grand Island, Hamburg, Holland, Marilla, Newstead, North Collins, Orchard Park, Sardinia, Wales, West Seneca.

10 Villages of:
Akron, Alden, Angola, East Aurora, Farnham, Gowanda, Hamburg, North Collins, Orchard Park,Springville

The Town of Brant & the Village of Farnham resents the fact that the legislature feels that we don't matter by having a plan on the table (#5) that disrespects our communities. We can not understand how a plan that anyone that is non political see's as nonsense and self serving can possibly become law. The legislators that vote for #5 are not voting for fairness and it wll show the public how inept you are to govern. My comments are strong and they are fueled by and strengthened by a statement made by one of your own, that of the out going legislator Dan Kozab who stated on YNN that we are a rural farming, forested area of Erie County that would be happy to have one of our farmers represent us. Doesn't he realize the size of the district and the impossible feat of representing 22 communities properly. I guess he doesn't feel that the backward rural community needs to be represented by your exclusive club.. We surely will remember who votes to slap us in the face and will be very vocal at election time and see to it that those that support a plan that is so lopsided in representing 30 communities will not have to worry about representing anyone but themselves and will join Mr. Kozab after November. Take notice of the communities that are fully against Local Law #5 and we will remember in November.

Supervisor Pero
Town of Brant
For fair representation of the people, not political gain and self



# TOWN OF MARILLA

S-1740 TWO ROD ROAD
MARILLA, NEW YORK 14102

(716) 652-5350
FAX: (716) 652-2541

June 8, 2011

Erie County Legislature
92 Franklin St 4th Floor
Buffalo, New York 14202

     As the Supervisor of the Town of Marilla, I must object to current Local Law #5 for Erie County Legislature Re-Districting. This proposal includes one district that covers more than 45% of the land mass of Erie County. That is not acceptable. Such a district would be unmanageable for a single legislator. The proposal also splits up localities that have developed many productive, cooperative arrangements. I would ask the Legislators to put aside their political differences and vote for a solution that gives fair and equitable representation to all residents of Erie County. Please remember that the redistricting is not for political gain, but for representing all of the people of Erie County in the fairest way possible.

Thank You

George J Gertz
Supervisor

## Jolene Jeffe

| | |
|---|---|
| **From:** | Lisa Greiner [lisagreiner@edenny.gov] |
| **Sent:** | Wednesday, June 08, 2011 10:10 AM |
| **To:** | Jolene Jeffe |
| **Subject:** | Re: Redistricting |

**TO:**      **Erie County Legislature**
**FROM:**    **Glenn R. Nellis, Supervisor - Town of Eden**

While Eden is not included in the ill thought out proposed "rural district" that would stretch from Newstead to Brant, I can not help to express a certain outrage that the County Legislature would even consider such a district. Logistically, it will be very difficult, if not impossible, for a legislator to serve his/her constituents. Additionally, the various towns often have closer working relationships with nearby municipalities with which they share common problems.

While both proposed plans #3 and #5 have many flaws, I would suggest Plan #3 has fewer and would eliminate that stretched out "rural district" which many of us consider nothing more than a legislative slap in the face.

--
*Lisa J. Greiner*
*Administrative Assistant*
**2795 East Church Street**
**Eden, New York**

**14057-0156**
**Tel: 716-992-3408**
**Fax: 716-992-4131**

X Signature



**TOWN OF AMHERST**

**BARRY A. WEINSTEIN, M.D.**
SUPERVISOR

June 2, 2011

Supervisor Leonard Pero
Town of Brant
1294 Brant-North Collins Road
PO Box 254
Brant, NY 14027

Dear Supervisor Pero:

I am opposed to the Democratic reapportionment proposal. It treats Amherst unfairly. It splinters the minority community. It violates the spirit of one person, one vote. Lumping 13 towns and a huge land mass into one district is not a reasonable approach to representative government. If it is approved by the Legislature, I would encourage a County Executive veto.

Sincerely,

Barry

Barry A. Weinstein, M.D.
Supervisor

BAW/sv

**Jolene Jeffe**

| | |
|---|---|
| **From:** | Colleen Rogers [aldensuper@yahoo.com] |
| **Sent:** | Wednesday, June 08, 2011 10:30 AM |
| **To:** | Jolene Jeffe |
| **Cc:** | LennyPero@aol.com |

**Subject:** Public hearing comments

Jolene:
Please read the following at the public hearing

Thanks
Ron Smith
Town of Alden

 As Supervisor of one of the smaller Towns in the County of Erie, I often feel that the attention and resources of the County are directed towards the larger cities and towns and what ever is left over is given to the communities such as Alden. We must fight to maintain the services we receive such as our library and Sheriff road patrols.
 The proposal for redistricting seems to be another example of giving the small towns and villages the crumbs that might fall off the County dinner table. Divide up the county beginning in the City of Buffalo and let's put all that are left over in a mega district that covers almost half the land mass in the County and runs from the Northeast corner of the County to the Southwest corner.
It is illogical to expect one legislator to properly represent such an area. Only government could come up with such a plan and expect that it will give the residents of that district the voice that they deserve and pay for with their County taxes.
On behalf of the residents of Alden and all the residents of Erie County of this proposed mega-district I urge you to

## Jolene Jeffe

**From:**  Janis Colarusso [opsupervisor@orchardparkny.org]

**Sent:**  Tuesday, June 07, 2011 4:43 PM

**To:**  Jolene Jeffe

**Subject:** Legislator Re-districting

**To the Legislative Body;**

For the record....
I am disappointed in the manner this project has taken, and believe the committee's
(non-political) recommendation for legislative redistricting was snuffed.
If the legislators do not choose proposition #3 it show no support for the individuals
who took their time to dig deep to come up with a plan.
This is the only plan that district population is reflected, which is a law.
The people voted for the downsizing, the people of Erie County should have a voice.

Janis Colarusso
Supervisor of Orchard Park

**From:** Wallace Piotrowski [mailto:WPiotrowski@TWSNY.ORG]
**Sent:** Wednesday, June 08, 2011 11:18 AM
**To:** Jolene Jeffe
**Subject:** RE: Don't forget Supervisor meting today 10:30 am

With our only choice between Local Law 5 and Local Law 3, I favor Local Law 3. For all Erie County residents Local Law 3 is the fairest. Wallace C. Piotrowski, Town of West Seneca Supervisor

# Town of Sardinia

12320 Savage Road
PO. Box 219
Sardinia, NY 14134
Tel. (716) 496-8900
Fax (716) 496-8917



| | |
|---|---|
| Supervisor: | Mary L. Hannon |
| Councilmen: | Cheryl L. Earl |
| | Daniel L. Miller |
| | David L. Montgomery |
| | Norman J. Uhteg |
| Town Clerk: | Betsy A. Marsh |
| Hwy. Supt.: | Donald W. Hopkins |

June 8, 2011

Erie County Legislature
92 Franklin Street
Buffalo, NY  14202

Dear Honorable Members:

As the Supervisor of the Town of Sardinia, I respectfully request that you vote down the re-districting plan that has come before you.  You certainly have been made aware of the unfair representation this will cause, and I urge you to stop playing politics and work for the betterment of this community.

Your agreement to this Law would only justify going back to a Board of Supervisors to bring fairness back into the equation.  Consider the citizens of this County with your actions.  Go back to the drawing board and come up with a plan that benefits all.

Thank you for your time and consideration.

Sincerely,

Mary L. Hannon
Supervisor

# TOWN OF HAMBURG

6100 SOUTH PARK AVENUE * HAMBURG, NEW YORK 14075 * (716) 649-6111 * FAX (716) 649-4087

Supervisor
STEVEN J. WALTERS

Town Attorney
KENNETH J. FARRELL

Town Clerk
CATHERINE A. RYBCZYNSKI

Councilmen
Amy J. Ziegler, Deputy Supervisor
Joseph A. Collins
Jonathan G. Gorman

Supt. of Highways
THOMAS M. BEST, SR.

June 9, 2011

Dear Members of the Erie County Legislature,

As I am unable to personally attend today's public hearing regarding the redistricting proposals, please allow this letter to serve as my official comment as Hamburg Town Supervisor regarding Local Law #5.

I am greatly troubled by the creation of a district that covers roughly forty five percent of the county's land area. To be an effective representative, one must have a presence in the district they serve. A district this large will undoubtedly be unmanageable for the Legislator. As noted by others, it would nearly take the Legislator's entire term for him to attend a board meeting in every community in this district if that Legislator went to one meeting per month.

I am also concerned about the connections being made with various towns and the cities. As you are all well aware, town concerns are quite different from city concerns (for example, county roads are only directly affect towns and villages). As such, the melding of districts should be limited, not expanded, especially in such bizarre and nonsensical ways.

Finally, it appears the overall proposal will substantially dilute the representation of the towns, particularly rural towns. Please reconsider the proposal to take into greater account the unique needs of the towns and villages as well as the need for a legislator to have to regularly traverse his district.

Thank you for taking into account these comments.

Sincerely,

Steven J. Walters
Supervisor

*"It's Great Living in Hamburg... The Town That Friendship Built"*
www.townofhamburgny.com

**From:** Town Supervisor [mailto:supervisor@elmanewyork.com]
**Sent:** Thursday, June 09, 2011 10:20 AM
**To:** Jolene Jeffe
**Subject:** reapportionment of legislative districts

Erie County Legislature – Elma is opposed to Local Law Int.5-1 (2011). This is NOT an acceptable solution. It would split Elma from Marilla & Wales. These Tri-Towns (Elma – Marilla – Wales) have shared facilities and services for over 50 years. These three (3) towns are in the Iroquois Central School District and also Tri-Town Recreation, EMW Sports (baseball, football, & soccer) and EMW Boys & Girls Club. It would also split Elma from Aurora, a own that we share highway services with. Furthermore, there is no possible way one legislature would be able to properly serve his/her constituents in this mega district with over 45% of the land mass of Erie County. Elma would support the original Local Law 3 (2001) proposed by Barbara Miller-Williams.

*Dennis M. Powers*
*Elma Town Supervisor*
*Office 652-3260*


THIS COMMUNICATION CONTAINS CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE PERSON(S) NAMED ABOVE AND MAY REPRESENT A PRIVILEGED COMMUNICATION OR OTHERWISE CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE. ALL RIGHTS TO THE ABOVE-MENTIONED PRIVILEGES ARE EXPRESSLY CLAIMED AND NOT WAIVED. ANY OTHER DISTRIBUTION, COPYING OR DISCLOSURE OF THIS COMMUNICATION IS UNAUTHORIZED AND STRICTLY PROHIBITED. IF YOU RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE TO ARRANGE FOR ITS DESTRUCTION AND/OR RETURN. THANK YOU FOR YOUR ASSISTANCE.

**Jolene Jeffe**

**From:**     Annie Hoffman [hoffmana@marranohomes.com]
**Sent:**     Thursday, June 09, 2011 12:20 PM
**To:**       Jolene Jeffe
**Subject:** Colden statement for Public Hearing

Thanks Joleen - let me know if this is ok.

Annie


As our Town is about to learn – downsizing is not always the best answer.  I have been very
satisfied with the fact that when I call on our legislative representative, he is there within days
to inspect and address my concerns.    I expect to be able to reach my legislator at any given
time and I expect them to be familiar with me and any area of concern I may be calling about.  I
do not believe that  a single legislator can properly represent the residents in Colden with the
redistricting being proposed.  Proposal #5 is placing thirteen towns and six villages into a single
district – Colden will be going from  excellent representation in county government to lttle or
no representation.   In the past Towns were represented by a Board of Supervisors.  If our
legislators cannot put aside the politics that has created this unconscionable proposal, maybe it
is time to re-visit previous forms of government.   You were elected by Colden residents
because they had faith in you to represent their needs.   Set aside the political games and do
what you were elected to do.

Annie Hoffman

Colden Supervisor

6/9/2011



## Town of Wales

To: Members of the Erie County Legislature

From: Rickey A. Venditti, Supervisor, Town of Wales

Subject: Erie County Legislature Local Law Int. 5-1 (2011)


Honorable members,

I ask you to please not pass Local Law Int. 5-1 (2011) which creates a rural district that consists of 45 to 50% of the land mass of Erie County making it virtually impossible for one legislator to properly represent our residents. Our rural communities will suffer due to this local law for redistricting will bring 1 representative to over 20 communities where 4 are currently serving.

This proposed local law will alienate the unity among neighboring towns by splitting up communities that have successfully worked together for years. As an example, the Towns of Elma, Marilla & Wales worked together and have shared the same recreation facilities and programs for many years. They also share the same school district & Fire dispatch services. This proposed redistricting will not give our communities a single legislator that will be able to give our issues the attention that they deserve.

I again, ask all of the 15 legislators when you vote on something as important as our representation in the Erie County Legislature, please remember to provide our residents representation in the most fair and equal manner possible. Our representation will not be fair and equal if you pass Local Law Int. 5-1 (2011).

Thank you for your consideration in this matter.

Respectfully,

Rickey A. Venditti
Supervisor, Town of Wales


12345 Big Tree Road, P.O. Box 264, Wales Center, New York 14169-0264 (716)-652-0589

June 9, 2011

Submitted from Supervisor Francis J. Pordum, Town of Evans

The task before the Legislature to approve a plan for reapportionment is one that I do not relish. Reapportionment by itself is difficult, but to also be faced with downsizing from fifteen to eleven members just adds to the problem to obtain a meaningful plan.

As Supervisor of the Town of Evans, my community has its own concerns with the plans being considered. We in the Southtowns have established varying relationships with our neighboring towns to cut costs and present unified plans for moving forward. The Town of Evans, Brant, Eden and North Collins have shared responsibilities. From shared school districts, assessment services, tourism promotion, and rural transit to name a few, we have worked together in the past and would prefer that we were included in the same Southtowns District when the final plan is approved.

Thank you for your consideration.

Fran

***Jolene M. Jeffe***
Supervisor
Town of Aurora
5 South Grove Street
East Aurora, NY  14052
716-652-7590

**From:** Robert Giza [mailto:robertgiza@lancasterny.com]
**Sent:** Wednesday, June 08, 2011 12:52 PM
**To:** Jolene Jeffe
**Subject:** RE: Update

Dear Jolene,

The Town of Lancaster would like to be kept whole, not divided in any way.  Thank you and good luck!

Bob Giza, Supervisor
Town of Lancaster

**Jolene M. Jeffe**
Supervisor
Town of Aurora
5 South Grove Street
East Aurora, NY  14052
716-652-7590

**From:** LennyPero@aol.com [mailto:LennyPero@aol.com]
**Sent:** Wednesday, June 08, 2011 2:02 PM
**To:** Jolene Jeffe
**Subject:** Fwd: EC Legislature Public Hearing Notification - Local Law Intro 5-1 (2011)

From: aldensuper@yahoo.com
To: LennyPero@aol.com
Sent: 6/8/2011 10:08:37 A.M. Eastern Daylight Time
Subj: Re: EC Legislature Public Hearing Notification - Local Law Intro 5-1 (2011)

Lenny:

The Town of Alden is strongly opposed to the proposal for redistricting involving a
mega-district from Newstead to Brant

Ron Smith
Town of Alden
Supervisor

--- On **Wed, 6/8/11, LennyPero@aol.com** *<LennyPero@aol.com>* wrote: