UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

RALPH M. MOHR

                         Plaintiff,            _____ Case Number: 11 CV -559-S

v.

ERIE COUNTY LEGISLATURE, Barbara Miller-Williams, Chairperson; Robert M. Graber, Clerk of the Legislature

    and

CHRISTOPHER C. COLLINS, as County Executive of the County of Erie

    and

COUNTY OF ERIE

                         Defendant.
_____

DENNIS F. CHAPMAN

                         Plaintiff,            _____ Case Number: 11 CV - 560-S

v.

COUNTY OF ERIE

                         Defendant.
_____

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY THAT ON THE 27TH DAY OF July, 2011 I electronically filed the foregoing with the Clerk of the District Court using its CM/ECF system which would then electronically notify the CM/ECF participants on this case:

1. Jeremy A. Colby, Esq., Erie County Attorney
   Anthony G. Marecki, Assistant County Attorney, Of Counsel
   *Attorneys for Defendants*
   95 Franklin Street, Room 1634
   Buffalo, New York 14202
   (716) 858-2200
   jeremy.colby@erie.gov

2. Brian M. Melber, Esq.
   Personius Melber, LLP
   350 Main Street
   Buffalo, New York 14202
   (716) 855-1050
   bmm@personiusmelber.com

And I hereby certify that I have mailed the foregoing by the U.S. Postal Service to the following non-CM/ECF participants:

1. Dennis E. Ward, Prospective Intervener pro se
   134 West Eagle
   Buffalo, New York 14202
   (716) 836-2350
   Dennis.ward@erie.gov

2. Ronald P. Bennett, Esq.
   2 North Main Street
   Holland, New York 14080
   (716) 537-2272
   lawbdk@aol.com

Dated: Buffalo, New York
       July 26, 2011

                                                  _____
                                                  By: Sean E. Cooney, Esq
                                                  CANTOR, LUKASIK, DOLCE & PANEPINTO, PC
                                                  Marc C. Panepinto, Esq. & Sean E. Cooney, Esq. Of Counsel
                                                  Co-Counsel for the Plaintiff
                                                  (Office for service of all papers on Plaintiff's counsel)
                                                  1600 Main Place Tower – 350 Main Street
                                                  Buffalo, NY 14202
                                                  (716) 852-1888

JEROME D. SCHAD, ESQ.
Co-Counsel for Plaintiff
199 Meadowview Lane
Williamsville, NY 14221
(716) 634-8906

JEFFREY MARION, ESQ.
Co-Counsel for the Plaintiff
17 Beresford Court
Williamsville, NY 14221
(716) 565-2000

3