UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

**RALPH M. MOHR**
5622 Broadway Street
Lancaster, New York 14086
                        Plaintiff

    against

**ERIE COUNTY LEGISLATURE**, Barbara
Miller-Williams, Chairperson; Robert M.
Graber, Clerk of the Legislature

**CHRISTOPHER C. COLLINS**, as County
Executive of the County of Erie

     and

**COUNTY OF ERIE**
                        Defendants

---

Civil Action
File No.: 11-CV-559-S

**REPLY TO**
**BALLOT ACCESS ISSUES**

---

Plaintiff, Ralph M. Mohr, in response to the Ballot Access Issues submitted by Dennis E. Ward, respectfully submits as follows:

### Suggested Use of Party Caucus

The use of party caucuses as a means to select the party's general election nominee for a public office, it is respectfully submitted, remains a viable alternative to the primary election. While the discussion of Dennis E. Ward implies the requirement that a party caucus would be conducted at a single venue within a legislative district, nothing prohibits the use of multiple venues for such purpose. Municipalities are divided into election districts which are defined by §4-100 of the election law of the state of New York as the basic political subdivision for purposes of registration and voting and county committees. Such election districts form the basic unit of representation of county party committees, and individually or on a consolidated basis, could form a practical basis by which party caucuses organized pursuant to party rules are held. [*see generally* Election Law §2-104 and §6-108].

### Petition Calendar

Although, as of this date, the statutory deadline for the filing of designating petitions has expired by two weeks, the Erie County Board of Elections has not yet met to determine the validity of any designating petition filed with its office. Accordingly, it is respectfully submitted, an abbreviated court imposed petition

schedule would not seriously disrupt the normal process of said body certifying the primary election ballot,

particularly if this Court were to retain jurisdiction over the board's determination in the historically few

instances in which legislative petitions have been challenged.

Dated:  Buffalo, New York
         July 21, 2011

                                                    Respectfully submitted,


                                                    _____
                                                    Ralph M. Mohr, *Plaintiff pro se*
                                                    Office and P.O. Address
                                                    5622 Broadway Street
                                                    Lancaster, New York 14086
                                                    Tel. No.: (716) 681-3305



**TO:**    Jeremy A. Colby, Erie County Attorney
           Anthony G. Marecki, Assistant County Attorney, Of Counsel
           *Attorney for Defendants*
           95 Franklin Street, Room 1634
           Buffalo, New York 14202
           Tel. No.: (716) 858-2200

           Dennis E. Ward, *Prospective Intervener pro se*
           Office and P.O. Address
           134 West Eagle
           Buffalo, New York 14202
           Tel. No.: (716) 836-2350
           E-Mail Address:  dennis.ward@erie.gov


**Courtesy Copy of the foregoing provided**
**this 21ˢᵗ day of July, 2011 to:**

Cantor, Lukasik, Dolce & Panepinto, PC
Marc C. Panepinto, Esq. & Sean Cooney, Esq., Of Counsel
1600 Main Place Tower
350 Main Street
Buffalo, New York 14202
Tel. No.: (716) 852-1888

Jerome D. Schad, Esq.
199 Meadowview Lane
Williamsville, New York 14221
Tel. No.: (716) 634-8906

Jeffrey Marion, Esq.
17 Beresford Court
Williamsville, New York 14221
Tel. No.: (716) 565-2000

Ronald P. Bennett, Esq.
2 North Main Street
Holland, New York 14080
Tel. No.: (716) 537-2272

Brian M. Melber, Esq.
Personius Melber LLP
350 Main Street
Buffalo, New York 14202
Tel. No.: (716) 855-1050
E-Mail Address:  bmm@personiusmelber.com