UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

**RALPH M. MOHR**
5622 Broadway Street
Lancaster, New York 14086
       Plaintiff

 against

**ERIE COUNTY LEGISLATURE**, Barbara
Miller-Williams, Chairperson; Robert M.
Graber, Clerk of the Legislature

**CHRISTOPHER C. COLLINS**, as County
Executive of the County of Erie

   and

**COUNTY OF ERIE**
       Defendants

Civil Action
File No.: 11-CV-559-S

DECLARATION
WITH RESPECT TO PROPOSED
REAPPORTIONMENT PLANS

  Plaintiff, Ralph M. Mohr, under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. §1746, declares the following to be true and correct:

  1.  Affiant is an attorney-at-law duly licensed to practice in this Court and am the plaintiff herein; that I am fully familiar with the facts and circumstances of this litigation.

  2.  That affiant submits this declaration with respect to the proposed reapportionment plans submitted to the court by Anthony G. Marecki, Assistant County Attorney, o counsel to Jeremy A. Colby, Erie County Attorney, attorney for the defendants Chris Collins and County of Erie.

    **Factors to be Considered by the Court in Evaluating or Drafting a Reapportionment Plan**

  3. In considering whether to adopt a special masters plan of reapportionment, the federal courts have evaluated whether the reapportionment plan has achieved population equality with zero deviation and has respected the redistricting principles of compactness, contiguity and pre-existing political subdivisions. *Rodriquez v. Pataki*, 2002 US Dist. LEXIS 9272 (SDNY May 23, 2002).  The factors which encompass these principles are many and include considerations involving population equality, political representation, contiguity, compactness, partisan and incumbent considerations, Voting Rights Act considerations, preserving cores of existing districts, political jurisdiction boundaries, communities of interest, incumbency pairings and partisan fairness. See *Rodriquez v. Pataki*, 2002 US Dist LEXIS 11782 (SDNY May 13, 2002).

4. In considering the plans submitted to the court, it is respectfully submitted that only the plan of redistricting submitted by the Erie County Advisory Committee on Reapportionment (Exhibits 4 through 26) and the plan identified as Local Law 3-1 (Exhibits 52 through 75) encompass the criteria referenced above.

5. Said plans preserve the core of the existing legislative districts, pairing against each other the least number of incumbents who have expressed an interest to seek re-election, provides partisan fairness, preserves two minority representative districts, creates districts that are contiguous, compact and contemplate communities of interests.

6. While minor deviations in populations between legislative districts have been upheld by court review of plans, it is respectfully submitted that the constitutional requirements of the Fourteenth Amendment requiring one person one vote, are best achieved by a zero deviation, and that the same, as evidenced by the two aforementioned plans, are able to be achieved herein; that no justification for deviation between legislative districts greater than a census block has been articulated to the court.

7. Further, attached hereto is a map prepared by the City of Buffalo planning department identifying communities of interest within said municipality; that said communities of interest are best preserved by the plan submitted to the court identified as Local Law 3-1 (Exhibits 52 through 75) and, it is respectfully submitted, must be considered by any court imposed plan.

Dated:  Buffalo, New York
        July 21, 2011

                                            Respectfully submitted,

                                            _____
                                            Ralph M. Mohr, *Plaintiff pro se*
                                            Office and P.O. Address
                                            5622 Broadway Street
                                            Lancaster, New York 14086
                                            Tel. No.: (716) 681-3305

TO:     Jeremy A. Colby, Erie County Attorney
        Anthony G. Marecki, Assistant County Attorney, Of Counsel
        *Attorney for Defendants*
        95 Franklin Street, Room 1634
        Buffalo, New York 14202
        Tel. No.: (716) 858-2200

       Dennis E. Ward, *Prospective Intervener pro se*
       Office and P.O. Address
       134 West Eagle
       Buffalo, New York 14202
       Tel. No.: (716) 836-2350
       E-Mail Address: dennis.ward@erie.gov

**Courtesy Copy of the foregoing provided**
**this 21st day of July, 2011 to:**

Cantor, Lukasik, Dolce & Panepinto, PC
Marc C. Panepinto, Esq. & Sean Cooney, Esq., Of Counsel
1600 Main Place Tower
350 Main Street
Buffalo, New York 14202
Tel. No.: (716) 852-1888

Jerome D. Schad, Esq.
199 Meadowview Lane
Williamsville, New York 14221
Tel. No.: (716) 634-8906

Jeffrey Marion, Esq.
17 Beresford Court
Williamsville, New York 14221
Tel. No.: (716) 565-2000

Ronald P. Bennett, Esq.
2 North Main Street
Holland, New York 14080
Tel. No.: (716) 537-2272

Brian M. Melber, Esq.
Personius Melber LLP
350 Main Street
Buffalo, New York 14202
Tel. No.: (716) 855-1050
E-Mail Address: bmm@personiusmelber.com

