# EXHIBIT A

# STATE OF NEW YORK

LEGISLATURE OF ERIE COUNTY
CLERK'S OFFICE

BUFFALO, N.Y., June 16, 2011

TO WHOM IT MAY CONCERN:

**I HEREBY CERTIFY**, *That at the 13th Session of the Legislature of Erie County, held in the Legislative Chambers, in the City of Buffalo, on the **Sixteenth** day of **June, 2011 A.D.**, a Resolution was adopted, of which the following is a true copy:*

**AYES:** 8
**NOES:** 7

**REFERENCE:** Local Law Intro 5-1 (2011)

ATTEST

ROBERT M. GRABER
*Clerk of the Legislature of Erie County*

ECLEG JUN01'11 PM 1:33

**County of Erie**
**Local law No. _____**
**Local Law Int. No. 5-1  (2011)**

A local law in relation to the reapportionment of legislative districts in the County of Erie.

BE IT ENACTED BY THE LEGISLATURE OF ERIE COUNTY AS FOLLOWS:

### Article 1
### ERIE COUNTY AND ITS GOVERNMENT

Erie County Local Law Number one of nineteen hundred fifty-nine, constituting the Erie County Charter as amended is hereby amended section one hundred five thereof, to read as follows:

Section 105. Legislative districts. The County of Erie is hereby divided into eleven districts, described as follows:

District No. 1

All of the towns of Hamburg, Eden, and Evans.

District No. 2

All of the Town of Orchard Park and City of Lackawanna and all that portion of the City of Buffalo bounded and enclosed in the following descriptions: beginning at the point of intersection of Amvets Drive and Porter Avenue, thence proceeding southerly along the centerline of Amvets Drive to the point of intersection of Jersey Street, thence proceeding easterly along the centerline of Jersey Street to the point of intersection of Interstate-190, thence proceeding southerly along the centerline of Interstate-190 to the point of intersection of West Genesee Street, thence proceeding northerly along the centerline of West Genesee Street to the point of intersection of Elmwood Avenue, thence proceeding northerly along the centerline of Elmwood Avenue to the point of intersection of 7th Street, thence proceeding northerly along the centerline of 7th Street to the point of intersection of West Mohawk Street, thence proceeding easterly along the centerline of West Mohawk Street to the point of intersection of Niagara Street, thence proceeding northerly along the centerline of Niagara Street to the point of intersection of Georgia Street, thence proceeding easterly along the centerline of Georgia Street to the point of intersection of Whitney Place, thence proceeding northerly along the centerline of Whitney Place to the point of intersection of Carolina Street, thence proceeding easterly along the centerline of Carolina Street to the point of intersection of Whitney Place, thence proceeding northerly along the centerline of Whitney Place to the point of intersection of Virginia Street, thence proceeding easterly along the centerline of Virginia Street to the point of intersection of West Avenue, thence proceeding northerly along the centerline of West Avenue to the point of intersection of Hudson Street, thence proceeding easterly along the centerline of Hudson Street to the point of intersection of Orton Place, thence proceeding northerly along the centerline of Orton Place to the point of intersection of Pennsylvania Street, thence proceeding easterly along the centerline of Pennsylvania Street to the point of intersection of Richmond Avenue, thence

proceeding northerly along the centerline of Richmond Avenue to the point of intersection of Lexington Avenue, thence proceeding easterly along the centerline of Lexington Avenue to the point of intersection of Delaware Avenue, thence proceeding southerly along the centerline of Delaware Avenue to the point of intersection of Virginia Street, thence proceeding easterly along the centerline of Virginia Street to the point of intersection of Franklin Street, thence proceeding southerly along the centerline of Franklin Street to the point of intersection of Upper Terrace, thence proceeding southerly along the centerline of Upper Terrace to the point of intersection of Main Street, thence proceeding southerly along the centerline of Main Street to the point of intersection of Buffalo River, thence proceeding easterly along the coastline of Buffalo River to the point of intersection of South Ogden Street, thence proceeding southerly along the centerline of South Ogden Street to the point of intersection of Mineral Springs Road, thence proceeding westerly along the centerline of Mineral Springs Road to the point of intersection of Seneca Street, thence proceeding southerly along the centerline of Seneca Street to the point of intersection of Newman Place, thence proceeding southerly along the centerline of Newman Place to the point of intersection of Maywood Place, thence proceeding westerly along the centerline of Maywood Place to the point of intersection of Beyer Place, thence proceeding southerly along the centerline of Beyer Place to the point of intersection of Willink Avenue, thence proceeding easterly along the centerline of Willink Avenue to the point of intersection of the City line, thence proceeding easterly along the City line to the point of intersection of Seneca Street, thence proceeding easterly along the centerline of Seneca Street to the point of intersection of the City line, thence proceeding southerly along the City line to the point of intersection of Potters Road, thence proceeding westerly along the centerline of Potters Road to the point of intersection of the City line, thence proceeding northerly along the City line to the point of intersection of Cazenovia Creek, thence proceeding southerly along the coastline of Cazenovia Creek to the point of intersection of Onondaga Avenue, thence proceeding southerly along the centerline of Onondaga Avenue to the point of intersection of Dorrance Avenue, thence proceeding westerly along the centerline of Dorrance Avenue to the point of intersection of Baltimore and Ohio Railroad, thence proceeding easterly along the centerline of Baltimore and Ohio Railroad to the point of intersection of South Park Avenue, thence proceeding southerly along the centerline of South Park Avenue to the point of intersection of Nason Parkway, thence proceeding westerly and northerly along the City line to the point of intersection of Lake Erie, thence proceeding northerly along the centerline of Lake Erie to the point of beginning.

District No. 3

All of the towns of Alden, Aurora, Boston, Brant (including the Erie County portion of the Cattaraugus Reservation), Colden, Collins, Concord, Holland, Newstead (including the Erie County portion of the Tonawanda Reservation), North Collins, Marilla, Sardinia, and Wales.

District No. 4

All of the towns of Elma and West Seneca and all that portion of the City of Buffalo bounded and enclosed in the following descriptions: beginning at the point of intersection of Franklin Street and Upper Terrace, thence proceeding northerly along the centerline of Franklin Street to

the point of intersection of West Huron Street, thence proceeding easterly along the centerline of West Huron Street to the point of intersection of East Huron Street, thence proceeding easterly along the centerline of East Huron Street to the point of intersection of Washington Street, thence proceeding southerly along the centerline of Washington Street to the point of intersection of Clinton Street, thence proceeding easterly along the centerline of Clinton Street to the point of intersection of Oak Street, thence proceeding southerly along the centerline of Oak Street to the point of intersection of Swan Street, thence proceeding westerly along the centerline of Swan Street to the point of intersection of Oak Street, thence proceeding southerly along the centerline of Oak Street to the point of intersection of Exchange Street, thence proceeding easterly along the centerline of Exchange Street to the point of intersection of Griffin Street, thence proceeding northerly along the centerline of Griffin Street to the point of intersection of Seneca Street, thence proceeding easterly along the centerline of Seneca Street to the point of intersection of Fillmore Avenue, thence proceeding northerly along the centerline of Fillmore Avenue to the point of intersection of Smith Street, thence proceeding northerly along the centerline of Smith Street to the point of intersection of Howard Street, thence proceeding easterly along the centerline of Howard Street to the point of intersection of Penn Central Railroad, thence proceeding northerly along the centerline of Penn Central Railroad to the point of intersection of Fillmore Avenue, thence proceeding northerly along the centerline of Fillmore Avenue to the point of intersection of Broadway, thence proceeding easterly along the centerline of Broadway to the point of intersection of the City line, thence proceeding southerly along the City line to the point of intersection of Willink Avenue, thence proceeding westerly along the centerline of Willink Avenue to the point of intersection of Beyer Place, thence proceeding northerly along the centerline of Beyer Place to the point of intersection of Maywood Place, thence proceeding easterly along the centerline of Maywood Place to the point of intersection of Newman Place, thence proceeding westerly along the centerline of Newman Place to the point of intersection of Seneca Street, thence proceeding westerly along the centerline of Seneca Street to the point of intersection of Mineral Springs Road, thence proceeding easterly along the centerline of Mineral Springs Road to the point of intersection of South Ogden Street, thence proceeding northerly along the centerline of South Ogden Street to the point of intersection of Buffalo River, thence proceeding westerly along the coastline of the Buffalo River to the point of intersection of Main Street, thence proceeding northerly along the centerline of Main Street to the point of intersection of Upper Terrace, thence proceeding westerly along the centerline of Upper Terrace to the point of beginning.

District No. 5

All that portion of the Town of Cheektowaga enclosed in the following descriptions: beginning at the point of intersection of Cochrane Street and Clinton Street, thence proceeding northerly along the Town line to the point of intersection of Walden Avenue, thence proceeding easterly along the centerline of Walden Avenue to the point of intersection of Pine Ridge Heritage Boulevard, thence proceeding northerly along the centerline of Pine Ridge Heritage Boulevard to

the point of intersection of Kensington Expressway, thence proceeding easterly along the centerline of Kensington Expressway to the point of intersection of Harlem Road, thence proceeding northerly along the centerline of Harlem Road to the point of intersection of the Town line, thence proceeding easterly and southerly along the Town line to the point of intersection of Depew Village line, thence proceeding westerly and southerly along the Depew Village line to the point of intersection of Town line, thence proceeding southerly and westerly along the Town line to the point of beginning.

And also all that portion of the Town of Amherst enclosed in the following descriptions: beginning at the point of intersection of the Interstate-90 and Youngs Road, thence proceeding northerly along the centerline of Youngs Road to the point of intersection of Klein Road, thence proceeding easterly along the centerline of Klein Road to the point of intersection of Paradise Road, thence proceeding northerly along the centerline of Paradise Road to the point of intersection of Halston Parkway, thence proceeding easterly along the centerline of Halston Parkway to the point of intersection of Hobnail Drive, thence proceeding southerly along the centerline of Hobnail Drive to the point of intersection of Hunt Club Circle, thence proceeding easterly along the centerline of Hunt Club Circle to the point of intersection of Town line, thence proceeding southerly and westerly along the Town line to the point of beginning.

District No. 6

All of the towns of Clarence, Lancaster and all that portion of the Town of Amherst that is bounded and enclosed in the following descriptions: beginning at the point of intersection of Klein Road and Chapel Woods, thence proceeding northerly along the centerline of Chapel Woods to the point of intersection of Stony Brook Lane, thence proceeding northerly along the centerline of Stony Brook Lane to the point of intersection of Crown Point Lane, thence proceeding easterly along the centerline of Crown Point Lane to the point of intersection of Brandywine Drive, thence proceeding northerly along the centerline of Brandywine Drive to the point of intersection of Deer Run, thence proceeding easterly along the centerline of Deer Run to the point of intersection of Roxbury Park, thence proceeding northerly along the centerline of Roxbury Park to the point of intersection of Wellingwood Drive, thence proceeding easterly along the centerline of Wellingwood Drive to the point of intersection of Paradise Road, thence proceeding northerly along the centerline Paradise Road to the point of intersection of Casey Road, thence proceeding westerly along the centerline of Casey Road to the point of intersection of Mill Valley Drive, thence proceeding northerly along the centerline of Mill Valley Drive to the point of intersection of San Fernando Lane, thence proceeding northerly along the centerline of San Fernando Lane to the point of intersection of Vicente Lane, thence proceeding westerly along the centerline of Vicente Lane to the point of intersection of Crystal Springs Lane, thence proceeding northerly along the centerline of Crystal Springs Lane to the point of intersection of North French Road, thence proceeding easterly along the centerline of North French Road to the point of intersection of Autumn Creek Court, thence proceeding southerly along the centerline of Autumn Creek Court to the point of intersection of Running Brook Lane, thence proceeding southerly along the centerline of Running Brook Lane to the point of intersection of South Castlerock Lane, thence proceeding easterly along the centerline of South Castlerock Lane to the point of intersection of Deercreek Lane, thence proceeding easterly along the centerline of Deercreek Lane to the point of intersection of Town line, thence proceeding southerly along the

Town line to the point of intersection of Hunt Club Circle, thence proceeding westerly along the centerline of Hunt Club Circle to the point of intersection of Hobnail Drive, thence proceeding northerly along the centerline of Hobnail Dive to the point of intersection of Halston Parkway, thence proceeding westerly along the centerline of Halston Parkway to the point of intersection of Paradise Road, thence proceeding southerly along the centerline of Paradise Road to the point of intersection of Klein Road, thence proceeding westerly along the centerline of Klein Road to the point of beginning.

And also that portion of The Village of Depew that is bounded and enclosed in the Town of Cheektowaga

District No. 7

All that portion of the City of Buffalo that is bounded and enclosed in the following descriptions: beginning at the point of intersection of Hertel Avenue and Colvin Avenue, thence proceeding easterly along the centerline of Hertel Avenue to the point of intersection of Starin Avenue, thence proceeding southerly along the centerline of Starin Avenue to the point of intersection of Huntington Avenue, thence proceeding easterly along the centerline of Huntington Avenue to the point of intersection of Parker Avenue, thence proceeding northerly along the centerline of Parker Avenue to the point of intersection of Hertel Avenue, thence proceeding easterly along the centerline of Hertel Avenue to the point of intersection of Shoshone Street, thence proceeding northerly along the centerline of Shoshone Street to the point of intersection of the Shoshone Street Bike Path, thence proceeding northerly along the centerline of the Shoshone Street Bike Path to the point of intersection of Erie-Lackawanna Railroad, thence proceeding westerly along the centerline of Erie-Lackawanna Railroad to the point of intersection of Starin Avenue, thence proceeding northerly along the centerline of Starin Avenue to the point of intersection of City line, thence proceeding easterly and southerly along the City line to the point of intersection of Lebrun road, thence proceeding westerly along Lebrun road to Winspear Avenue, thence proceeding westerly along the centerline of Winspear Avenue to the point of intersection of Main Street, thence proceeding southerly along the centerline of Main Street to the point of intersection of Jewett Parkway, thence proceeding westerly along the centerline of Jewett Parkway to the point of intersection of Parkside, thence proceeding northerly along the centerline of Parkside to the point of intersection of Amherst Street, thence proceeding westerly along the centerline of Amherst Street to the point of intersection of Colvin Avenue, thence proceeding northerly along the centerline of Colvin to the point of beginning.

And also all that portion of the Town of Amherst that is bounded and enclosed in the following descriptions: beginning at the point of intersection, Kenmore Avenue, and Niagara Falls Boulevard, thence proceeding northerly along the centerline of Niagara Falls Boulevard to the point of intersection of Interstate-290, thence proceeding easterly along the centerline of Interstate-290 to the point of intersection of Interstate-990, thence proceeding easterly along the centerline of Interstate-990 to the point of intersection of Sweet Home Road, thence proceeding northerly along the centerline of Sweet Home Road to the point of intersection of North French Road, thence proceeding easterly along the centerline of North French Road to the point of intersection of Campbell Boulevard, thence proceeding southerly along the centerline of Campbell Boulevard to the point of intersection of Stahl Road, thence proceeding southerly

along the centerline of Stahl Road to the point of intersection of North Forest Road, thence proceeding easterly along the centerline of North Forest Road to the point of intersection of West Klein Road, thence proceeding easterly along the centerline of West Klein Road to the point of intersection of Klein Road, thence proceeding easterly along the centerline of Klein Road to the point of intersection of Youngs Road, thence proceeding southerly along the centerline of Youngs Road to the point of intersection of Interstate-90, thence proceeding westerly along the centerline of Interstate-90 to the point of intersection of Town line, thence proceeding northerly and westerly along the Town line to the point of beginning.

District No. 8

All that portion of the City of Buffalo that is bounded and enclosed in the following descriptions: beginning at the intersection of the Peace Bridge Plaza and the Niagara River, thence proceeding northerly along the coastline of the Niagara River inclusive of Squaw Island to the point of intersection of City line at Vulcan Street, thence proceeding easterly along the City line to the point of intersection of the CSX Railroad, thence proceeding southerly along the centerline of the CSX Railroad to the point of intersection of the Penn Central Railroad, thence proceeding easterly along the centerline of the Penn Central Railroad to the point of intersection of Elmwood Avenue, thence proceeding southerly along the centerline of Elmwood Avenue to the point of intersection of the Scajaquada Expressway, thence proceeding westerly along the centerline of the Scajaquada Expressway to the point of intersection of Grant Street, thence proceeding southerly along the centerline of Grant Street to the point of intersection of Forest Avenue, thence proceeding easterly along the centerline of Forest Avenue to the point of intersection of Hoyt Street, thence proceeding southerly along the centerline of Hoyt Street to the point of intersection of West Ferry Street, thence proceeding easterly along the centerline of West Ferry Street to the point of intersection of Delaware Avenue, thence proceeding northerly along the centerline of Delaware Avenue around the western side of Gates Circle to the point of intersection of West Delavan Avenue, thence proceeding easterly along the centerline of West Delavan Avenue to the point of intersection of Main Street, thence proceeding northerly along the centerline of Main Street to the point of intersection of Kensington Avenue, thence proceeding easterly along the centerline of Kensington Avenue to the point of intersection of Fillmore Avenue, thence proceeding southerly along the centerline of Fillmore Avenue to the point of intersection of Box Avenue, thence proceeding easterly along the centerline of Box Avenue to the point of intersection of Kehr Street, thence proceeding southerly along the centerline of Kehr Street to the point of intersection of Genesee Street, thence proceeding westerly along the centerline of Genesee Street to the point of intersection of Fillmore Avenue, thence proceeding southerly along the centerline of Fillmore Avenue to the point of intersection of the CSX Railroad, thence proceeding westerly along the centerline of the CSX Railroad to the point of intersection of Howard Street, thence proceeding westerly along the centerline of Howard Street to the point of intersection of Smith Street, thence proceeding southerly on the centerline of Smith Street to the point of intersection of Seneca Street, thence proceeding westerly along the centerline of Seneca Street to the point of intersection of Griffin Street, thence proceeding southerly along the centerline of Griffin Street to the point of intersection of Exchange Street, thence proceeding westerly along the centerline of Exchange Street to the point of intersection of Oak Street, thence proceeding northerly along the centerline of Oak Street to the point of intersection of Clinton Street, thence proceeding westerly along the centerline of

Clinton Street to the point of intersection of Washington Street, thence proceeding northerly along the centerline of Washington Street to the point of intersection of East Huron Street, thence proceeding westerly along the centerline of East Huron Street to the point of intersection of West Huron Street, thence proceeding westerly along the centerline of West Huron Street to the point of intersection of Franklin Street, thence proceeding northerly along the centerline of Franklin Street to the point of intersection of Virginia Street, thence proceeding westerly along the centerline of Virginia Street to the point of intersection of Delaware Avenue, thence proceeding northerly along the centerline of Delaware Avenue to the point of intersection of Lexington Avenue, thence proceeding westerly along the centerline of Lexington Avenue to the point of intersection of Richmond Avenue, thence proceeding southerly along the centerline of Richmond Avenue to the point of intersection of Pennsylvania Street, thence proceeding westerly along the centerline of Pennsylvania Street to the point of intersection of Orton Place, thence proceeding easterly along the centerline of Orton Place to the point of intersection of Hudson Street, thence proceeding westerly along the centerline of Hudson Street to the point of intersection of West Avenue, thence proceeding easterly along the centerline of West Avenue to the point of intersection of Virginia Street, thence proceeding westerly along the centerline of Virginia Street to the point of intersection of Whitney Place, thence proceeding easterly on Whitney Place to the point of intersection of Carolina Street, thence proceeding westerly along the centerline of Carolina Street to the point of intersection of Whitney Place, thence proceeding easterly along the centerline of Whitney Place to the point of intersection of Georgia Street, thence proceeding westerly along the centerline of Georgia Street to the point of intersection of Niagara Street, thence proceeding southerly along the centerline of Niagara Street to the point of intersection of West Mohawk Street, thence proceeding westerly along the centerline of West Mohawk Street to the point of intersection of 7th Street, thence proceeding southerly along the centerline of 7th Street to the point of intersection of Elmwood Avenue, thence proceeding southerly along the centerline of Elmwood Avenue to the point of intersection of Virginia Street, thence proceeding westerly along the centerline of Virginia Street to the point of intersection of the Interstate- 190, thence proceeding northerly along the centerline of Interstate-190 to the point of intersection of Jersey Street, thence proceeding westerly along the centerline of Jersey Street to the point of intersection of Amvets Drive, thence proceeding northerly along the centerline of Amvets Drive to the point of intersection of Porter Avenue, thence proceeding westerly on the centerline of Porter Avenue to the point of intersection of Niagara River, thence proceeding northerly along the coastline of Niagara River to the point of beginning.

District No. 9

All that portion of the City of Buffalo that is bounded and enclosed in the following descriptions: beginning at the intersection of Grant Street and the Squajaquada Expressway, thence proceeding easterly along the centerline of the Squajaquada Expressway to the point of intersection of Elmwood Avenue, thence along the centerline of Elmwood Avenue to the point of intersection of Forest Avenue, thence proceeding easterly along the centerline of Forest Avenue to the point of intersection of Delaware Avenue, thence proceeding northerly along the centerline of Delaware Avenue to the point of intersection of Hertel Avenue, thence proceeding easterly along the centerline of Hertel Avenue to the point of intersection of Colvin Avenue, thence proceeding southerly along the centerline of Colvin Avenue to the point of intersection of Amherst Street, thence proceeding easterly along the centerline of Amherst Street to the point of intersection of

Parkside Avenue, thence proceeding southerly along the centerline of Parkside Avenue to the point of intersection of Jewett Parkway, thence proceeding easterly along the centerline of Jewett Parkway to the point of intersection of Main Street, thence proceeding northerly along the centerline of Main Street to the point of intersection of Winspear Avenue, thence proceeding easterly along the centerline of Winspear Avenue to the point of intersection of Lebrun Road, thence proceeding easterly along the centerline of Lebrun road to the City line, thence proceeding easterly and southerly along the City line to the point of intersection of Broadway, thence proceeding westerly along the centerline of Broadway to the point of intersection of Fillmore Avenue, thence proceeding northerly along the centerline of Fillmore Avenue to the point of intersection of Genesee Street, thence proceeding easterly along the centerline of Genesee Street to the point of intersection of Kehr Street, thence proceeding northerly along the centerline of Kehr Street to the point of intersection of Box Avenue, thence proceeding westerly along the centerline of Box Avenue to the point of intersection of Fillmore Avenue, thence proceeding northerly along the centerline of Fillmore Avenue to the point of intersection of Kensington Avenue, thence proceeding westerly along the centerline of Kensington Avenue to the point of intersection of Main Street, thence proceeding southerly along the centerline of Main Street to the point of intersection of West Delavan Avenue, thence proceeding westerly on the centerline of West Delavan Avenue to the point of intersection of Delaware Avenue, thence proceeding southerly along the centerline of Delaware Avenue around the western side of Gates Circle to the point of intersection of West Ferry Street, thence proceeding westerly along the centerline of West Ferry Street to the point of intersection of Hoyt Street, thence proceeding northerly along the centerline of Hoyt Street to the point of intersection of Forest Avenue, thence proceeding westerly along the centerline of Forest Avenue to the point of intersection of Grant Street, thence proceeding northerly along the centerline of Grant Street to the point of beginning.

And also all that portion of the Town of Cheektowaga bound and enclosed in the following descriptions: Beginning at the point of Walden Avenue and the western Town line, thence proceeding northerly and easterly along the Town line to the point of intersection of Harlem Road, thence proceeding southerly along the centerline of Harlem Road to the point of intersection of Kensington Expressway, thence proceeding westerly along the centerline of the Kensington Expressway to the point of intersection of Pine Ridge Heritage Boulevard, thence proceeding southerly along the centerline of Pine Ridge Heritage Boulevard to the point of intersection of Walden Avenue, thence proceeding westerly along Walden Avenue to the point of the beginning.

District No. 10

All of the Town of Grand Island and All of the City of Tonawanda, and all that portion of the Town of Tonawanda that is bounded and enclosed in the following descriptions: beginning at the intersection of Military Road and the Interstate-290, thence proceeding northerly along the centerline of Military Road to the point of intersection of the Town line, thence proceeding easterly and northerly along the Town line to the point of intersection of Tonawanda Creek, thence proceeding northerly along the coastline of the Tonawanda Creek to the point of intersection of the Town line, thence proceeding southerly along the Town line to the point of intersection of Glenalby Road, thence proceeding westerly along the centerline of Glenalby Road

to the point of intersection of Rockland Road, thence proceeding southerly along the centerline of Rockland Road to the point of intersection of Eggert Road, thence proceeding northerly along the centerline of Eggert Road to the point of intersection of Twin Cities Memorial Highway, thence proceeding northerly along the centerline of Twin Cities Memorial Highway to the point of intersection of the Interstate-290, thence proceeding westerly along the centerline of the Interstate-290 to the point of beginning.

And also all that portion of the Town of Amherst that is bounded and enclosed in the following descriptions: Beginning at the intersection of the Tonawanda Creek and Tonawanda Creek Road, thence proceeding northerly and easterly along the coastline of Tonawanda Creek to the point of intersection of Town line, thence proceeding southerly along the Town line to the point of intersection of Deercreek Lane, thence proceeding westerly along the centerline of Deercreek Lane to the point of intersection of South Castlerock Lane, thence proceeding westerly along the centerline of South Castlerock Lane to the point of intersection of Running Brook Lane, thence proceeding northerly along the centerline of Running Brook Lane to the point of intersection of Autumn Creek Court, thence proceeding northerly along the centerline of Autumn Creek Court to the point of intersection of North French Road, thence proceeding westerly along the centerline of North French Road to the point of intersection of Crystal Springs Lane, thence proceeding southerly along the centerline of Crystal Springs Lane to the point of intersection of Vicente Lane, thence proceeding easterly along the centerline of Vicente Lane to the point of intersection of San Fernando Lane, thence proceeding southerly along the centerline of San Fernando Lane to the point of intersection of Mill Valley Drive, thence proceeding southerly along the centerline of Mill Valley Drive to the point of intersection of Casey Road, thence proceeding easterly along the centerline of Casey Road to the point of intersection of Paradise Road, thence proceeding southerly along the centerline of Paradise Road to the point of intersection of Wellingwood Drive, thence proceeding westerly along the centerline of Wellingwood Drive to the point of intersection of Roxbury Park, thence proceeding southerly along the centerline of Roxbury Park to the point of intersection of Deer Run, thence proceeding westerly along the centerline of Deer Run to the point of intersection of Brandywine Drive, thence proceeding southerly along the centerline of Brandywine Drive to the point of intersection of Crown Point Lane, thence proceeding westerly along the centerline of Crown Point Lane to the point of intersection of Stony Brook Lane, thence proceeding southerly along the centerline of Stony Brook Lane to the point of intersection of Chapel Woods, thence proceeding southerly along the centerline of Chapel Woods to the point of intersection of Klein Road, thence proceeding westerly along the centerline of Klein Road to the point of intersection of West Klein Road, thence proceeding westerly along the centerline of West Klein Road to the point of intersection of North Forest Road, thence proceeding northerly along the centerline of North Forest Road to the point of intersection of Stahl Road, thence proceeding northerly along the centerline of Stahl Road to the point of intersection of Campbell Boulevard, thence proceeding northerly along the centerline of Campbell Boulevard to the point of intersection of North French Road, thence proceeding westerly along the centerline of North French Road to the point of intersection of Sweet Home Road, thence proceeding southerly along the centerline of Sweet Home Road to the point of intersection of Interstate-990, thence proceeding westerly along the centerline of Interstate-990 to the point of intersection of Interstate-290, thence proceeding northerly along the centerline of Interstate-290 to the point of intersection of Town line, thence proceeding northerly and westerly along the Town Line to the point of intersection of

Tonawanda Creek, thence proceeding northerly along the coastline of Tonawanda Creek to the point of beginning.

## DISTRICT NO. 11

All that portion of the Town of Tonawanda that is bounded and enclosed in the following descriptions: beginning at the point of intersection of Niagara River and Town line, thence proceeding easterly along the Town line to the point of intersection of Military Road, thence proceeding southerly along the centerline of Military Road to the point of intersection of Interstate-290, thence proceeding easterly along the centerline of Interstate-290 to the point of intersection of Twin Cities Memorial Highway, thence proceeding southerly along the centerline of Twin Cities Memorial Highway to the point of intersection of Eggert Road, thence proceeding southerly along the centerline of Eggert Road to the point of intersection of Rockland Road, thence proceeding northerly along the centerline of Rockland Road to the point of intersection of Glenalby Road, thence proceeding easterly along the centerline of Glenalby Road to the point of intersection of Town line, thence proceeding southerly and westerly along the Town line to the point of intersection of Niagara River, thence proceeding northerly along to the coastline of the Niagara River to the point of beginning.

And also that portion of the City of Buffalo that is bounded and enclosed in the following descriptions: beginning at the intersection of the CSX Railroad and the Penn Central Railroad, thence proceeding northerly along the centerline of the CSX Railroad to the point of intersection of the City line, thence proceeding easterly along the City line to the point of intersection of Starin Avenue, thence proceeding southerly along the centerline of Starin Avenue to the point of intersection of the Erie-Lackawanna Railroad, thence proceeding easterly along the centerline of the Erie-Lackawanna Railroad to the point of intersection of Shoshone Street Bike Path, thence proceeding southerly along the centerline of Shoshone Street Bike Path to the point of intersection of Shoshone Street, thence proceeding southerly along the centerline of Shoshone Street to the point of intersection of Hertel Avenue, thence proceeding westerly along the centerline of Hertel Avenue to the point of intersection of Parker Avenue, thence proceeding southerly along the centerline of Parker Avenue to the point of intersection of Huntington Avenue, thence proceeding westerly along the centerline of Huntington Avenue to the point of intersection of Starin Avenue, thence proceeding northerly along the centerline of Starin Avenue to the point of intersection of Hertel Avenue, thence proceeding westerly along the centerline of Hertel Avenue to the point of intersection of Delaware Avenue, thence proceeding southerly along the centerline of Delaware Avenue to the point of intersection of Forest Avenue, thence proceeding westerly along the centerline of Forest Avenue to the point of intersection of Elmwood Avenue, thence proceeding northerly along the centerline of Elmwood Avenue to the point of intersection of CSX Railroad, thence proceeding westerly along the centerline of CSX Railroad to the point of beginning.

Section 105 amended by local law No. 3-2006.
Section 105 amended by local law No. 4-2002.

Section 105 amended by local law No. 2 1991.
Section 105 amended by local law No. 3-1981.
Section 105 amended by local law No. 6-1971.
Section 105 amended by local law No. 1 1967.

Section 106. Legislative districts, continued. The fifteen legislative districts as previously bounded and described by local law No. 3-2006, shall continue as such for the limited purpose of continuing in office the legislators presently elected from said districts and shall cease to the point of intersection of exist as such on January 1, 2012. For the purpose of the general election of 2011 and all other purposes, except as herein before provided, the County of Erie is divided into eleven districts, described as contained in section one hundred five herein.

**SPONSORS:**
**Legislator Betty Jean Grant**
**Legislator Maria R. Whyte**
**Legislator Thomas J. Mazur**
**Legislator Lynn Marinelli**
**Legislator Thomas A. Loughran**
**Legislator Daniel Kozub**
**Legislator Timothy J. Whalen**
**Legislator Christina W. Bove**
