| | Town | Population | White | Black | AmIndian | Asian | Hawaiian | Other | Hispanic | Population 18+ | White 18+ | Black 18+ | % Black 18+ | Hispanic 18+ | % Hispanic 18+ | % Combined |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | |
| | EDEN | 7688 | 7534 | 32 | 23 | 19 | 2 | 35 | 136 | 5962 | 5878 | 22 | | 86 | | |
| | EVANS | 16356 | 15762 | 115 | 202 | 34 | 5 | 36 | 299 | 12905 | 12561 | 76 | | 195 | | |
| | HAMBURG | 56936 | 55242 | 433 | 179 | 325 | 6 | 225 | 1214 | 44186 | 43153 | 298 | | 719 | | |
| | | **80,980** | **78,538** | **580** | **404** | **378** | **13** | **296** | **1,649** | **63,053** | **61,592** | **396** | **0.63%** | **1,000** | **1.59%** | **2.21%** |
| 2 | | | | | | | | | | | | | | | | |
| | BUFFALO* | 37970 | 31906 | 3106 | 293 | 397 | 13 | 1279 | 3881 | 30705 | 26316 | 2473 | | 2532 | | |
| | LACKAWANNA | 18141 | 15215 | 1790 | 57 | 121 | 7 | 364 | 1283 | 14162 | 12309 | 1204 | | 832 | | |
| | ORCHARD PK | 29054 | 28095 | 211 | 63 | 372 | 6 | 72 | 465 | 22179 | 21589 | 152 | | 279 | | |
| | | **85,165** | **75,216** | **5,107** | **413** | **890** | **26** | **1,715** | **5,629** | **67,046** | **60,214** | **3,829** | **5.71%** | **3,643** | **5.43%** | **11.14%** |
| 3 | | | | | | | | | | | | | | | | |
| | ALDEN | 10865 | 9433 | 1164 | 33 | 45 | 0 | 125 | 285 | 8998 | 7645 | 1136 | | 253 | | |
| | AURORA | 13782 | 13500 | 41 | 10 | 83 | 2 | 32 | 143 | 10636 | 10487 | 24 | | 73 | | |
| | BOSTON | 8023 | 7894 | 10 | 19 | 25 | 2 | 21 | 78 | 6224 | 6149 | 10 | | 50 | | |
| | BRANT | 2065 | 1915 | 20 | 95 | 1 | 0 | 6 | 57 | 1604 | 1502 | 17 | | 32 | | |
| | CATT RES** | 1833 | 150 | 2 | 1609 | 7 | 0 | 1 | 65 | 1258 | 121 | 2 | | 25 | | |
| | COLDEN | 3265 | 3220 | 3 | 8 | 14 | 2 | 2 | 17 | 2547 | 2525 | 2 | | 12 | | |
| | COLLINS | 6601 | 5013 | 1127 | 190 | 15 | 0 | 184 | 457 | 5701 | 4211 | 1115 | | 418 | | |
| | CONCORD | 8494 | 8268 | 55 | 42 | 36 | 1 | 14 | 151 | 6538 | 6409 | 36 | | 99 | | |
| | HOLLAND | 3401 | 3329 | 16 | 14 | 8 | 0 | 3 | 38 | 2646 | 2600 | 12 | | 26 | | |
| | MARILLA | 5327 | 5252 | 13 | 11 | 19 | 0 | 4 | 33 | 4141 | 4103 | 9 | | 17 | | |
| | N. COLLINS | 3523 | 3398 | 11 | 46 | 0 | 0 | 14 | 82 | 2698 | 2617 | 11 | | 43 | | |
| | NEWSTEAD | 8594 | 8340 | 42 | 86 | 34 | 3 | 14 | 85 | 6763 | 6599 | 31 | | 48 | | |
| | SARDINIA | 2775 | 2716 | 6 | 13 | 18 | 0 | 3 | 17 | 2193 | 2154 | 5 | | 6 | | |
| | TON RES** | 34 | 0 | 0 | 34 | 0 | 0 | 0 | 0 | 18 | 0 | 0 | | 0 | | |
| | WALES | 3005 | 2924 | 16 | 15 | 11 | 1 | 5 | 32 | 2359 | 2317 | 10 | | 18 | | |
| | | **81,587** | **75,352** | **2,526** | **2,225** | **316** | **11** | **428** | **1,540** | **64,324** | **59,439** | **2,420** | **3.76%** | **1,120** | **1.74%** | **5.50%** |
| 4 | | | | | | | | | | | | | | | | |
| | BUFFALO* | 27478 | 21948 | 3674 | 204 | 332 | 10 | 583 | 2063 | 21073 | 17624 | 2397 | | 1190 | | |
| | ELMA | 11317 | 11192 | 19 | 13 | 32 | 5 | 15 | 72 | 8946 | 8874 | 14 | | 47 | | |
| | W. SENECA | 44711 | 43472 | 383 | 96 | 280 | 4 | 130 | 751 | 35872 | 35042 | 287 | | 446 | | |
| | | **83,506** | **76,612** | **4,076** | **313** | **644** | **19** | **728** | **2,886** | **65,891** | **61,540** | **2,698** | **4.09%** | **1,683** | **2.55%** | **6.65%** |
| 5 | | | | | | | | | | | | | | | | |
| | AMHERST* | 12309 | 10218 | 537 | 19 | 1248 | 9 | 71 | 283 | 9810 | 8363 | 400 | | 172 | | |
| | CHEEKTOWAGA | 71936 | 65170 | 4036 | 179 | 1161 | 12 | 347 | 1425 | 58877 | 54377 | 2814 | | 834 | | |
| | | **84,245** | **75,388** | **4,573** | **198** | **2,409** | **21** | **418** | **1,708** | **68,687** | **62,740** | **3,214** | **4.68%** | **1,006** | **1.46%** | **6.14%** |
| 6 | | | | | | | | | | | | | | | | |
| | AMHERST* | 3197 | 2783 | 72 | 2 | 281 | 0 | 2 | 61 | 2400 | 2104 | 51 | | 34 | | |
| | CHEEKTOWAGA | 9530 | 9172 | 137 | 20 | 70 | 1 | 22 | 159 | 7796 | 7559 | 99 | | 95 | | |
| | CLARENCE | 30673 | 28785 | 350 | 31 | 1093 | 6 | 68 | 418 | 22557 | 21359 | 252 | | 235 | | |
| | LANCASTER | 41604 | 40365 | 407 | 85 | 248 | 0 | 111 | 588 | 32106 | 31323 | 304 | | 335 | | |
| | | **85,004** | **81,105** | **966** | **138** | **1,692** | **7** | **203** | **1,226** | **64,859** | **62,345** | **706** | **1.09%** | **699** | **1.08%** | **2.17%** |
| 7 | | | | | | | | | | | | | | | | |
| | AMHERST* | 70478 | 58931 | 4367 | 118 | 5372 | 14 | 407 | 1723 | 58141 | 49020 | 3274 | | 1216 | | |
| | BUFFALO* | 13057 | 8970 | 1988 | 60 | 1469 | 9 | 167 | 577 | 11236 | 7812 | 1571 | | 423 | | |
| | | **83,535** | **67,901** | **6,355** | **178** | **6,841** | **23** | **574** | **2,300** | **69,377** | **56,832** | **4,845** | **6.98%** | **1,639** | **2.36%** | **9.35%** |
| 8 | | | | | | | | | | | | | | | | |
| | BUFFALO* | 84838 | 32911 | 37331 | 975 | 4001 | 58 | 6452 | 15731 | 62927 | 27239 | 26807 | | 9628 | | |
| | | **84,838** | **32,911** | **37,331** | **975** | **4,001** | **58** | **6,452** | **15,731** | **62,927** | **27,239** | **26,807** | **42.60%** | **9,628** | **15.30%** | **57.90%** |
| 9 | | | | | | | | | | | | | | | | |
| | BUFFALO* | 76576 | 20520 | 50868 | 306 | 1870 | 22 | 923 | 3105 | 56800 | 18210 | 35236 | | 2038 | | |
| | CHEEKTOWAGA | 6760 | 3427 | 2896 | 24 | 105 | 1 | 90 | 316 | 5101 | 2836 | 1998 | | 183 | | |
| | | **83,336** | **23,947** | **53,764** | **330** | **1,975** | **23** | **1,013** | **3,421** | **61,901** | **21,046** | **37,234** | **60.15%** | **2,221** | **3.59%** | **63.74%** |
| 10 | | | | | | | | | | | | | | | | |
| | AMHERST* | 36382 | 30626 | 2033 | 81 | 2774 | 3 | 186 | 803 | 27781 | 23799 | 1361 | | 475 | | |
| | C-TON | 15130 | 14619 | 138 | 71 | 89 | 3 | 54 | 310 | 12212 | 11872 | 96 | | 187 | | |
| | GRAND IS | 20374 | 19069 | 441 | 99 | 459 | 3 | 84 | 363 | 15673 | 14750 | 339 | | 246 | | |
| | T-TON | 11317 | 10632 | 229 | 35 | 266 | 0 | 36 | 194 | 9509 | 8991 | 186 | | 138 | | |
| | | **83,203** | **74,946** | **2,841** | **286** | **3,588** | **9** | **360** | **1,670** | **65,175** | **59,412** | **1,982** | **3.04%** | **1,046** | **1.60%** | **4.65%** |
| 11 | | | | | | | | | | | | | | | | |
| | BUFFALO* | 21391 | 15498 | 3807 | 171 | 340 | 7 | 843 | 2162 | 16993 | 13118 | 2639 | | 1301 | | |
| | T-TON | 62250 | 57830 | 2005 | 277 | 715 | 2 | 397 | 1809 | 49863 | 47055 | 1376 | | 1030 | | |
| | | **83,641** | **73,328** | **5,812** | **448** | **1,055** | **9** | **1,240** | **3,971** | **66,856** | **60,173** | **4,015** | **6.01%** | **2,331** | **3.49%** | **9.49%** |


Leg Proposal
Map layers
County Subdivision
Streets
Railroad
Districts
Grand Is.
C-Ton
10
Tonawanda
11
Amherst
7
Clarence
Newstead
Ton Res
5
9
8
Cheektowaga
Lancaster
6
Alden
Buffalo
W. Seneca
4
Elma
Marilla
Lackawanna
2
Orchard Pk
Aurora
Wales
Hamburg
1
Eden
Boston
Colden
Holland
Evans
Brant
3
N. Collins
Catt Res
Sardinia
Concord
Collins


Hamburg NY
1
Eden NY
Evans NY


Buffalo NY
Lackawanna NY
Orchard Park NY
2


Newstead NY
Alden NY
Marilla NY
Wales NY
Aurora NY
3
Colden NY
Holland NY
Boston NY
North Collins NY
Brant NY
Cattaraugus NY
Concord NY
Sardinia NY
Collins NY


Buffalo NY
West Seneca NY
4
Elma NY


Amherst NY
5
Cheektowaga NY


Clarence NY
Amherst NY
Lancaster NY
Cheektowaga NY
6


Amherst NY
7
Buffalo NY


8
Buffalo NY


9
Buffalo NY
Cheektowaga NY


Grand Island NY
10
Tonawanda NY
Tonawanda NY
Amherst NY


Tonawanda NY
11
Buffalo NY