# EXHIBIT C

| Plan Submission | Dems | Reps | | |
|---|---|---|---|---|
| District # | 3 | 7 | 8 | 9 |
| District Population | 83531 | 83575 | 84838 | 83336 |
| White | 27097 | 28518 | 32911 | 23947 |
| % White | 32.44% | 34.12% | 38.79% | 28.74% |
| Black | 49839 | 44965 | 37331 | 53764 |
| % black | 59.67% | 58.80% | 44.00% | 64.51% |
| AmIndian | 461 | 678 | 975 | 330 |
| % AmIndian | 55.00% | 0.81% | 1.15% | 0.40% |
| Asian | 1731 | 4015 | 4001 | 1975 |
| % Asian | 2.07% | 4.80% | 4.72% | 2.37% |
| Hawaiian | | | 58 | 23 |
| % Hawaiian | | | 0.07% | 0.03% |
| Other | | | 6452 | 1013 |
| % Other | | | 7.61% | 1.22% |
| Hispanic | 7545 | 9238 | 15731 | 3421 |
| % hispanic | 9.03% | 11.06% | 18.54% | 4.11% |
| 18+ Pop | 65035 | 60678 | 62927 | 61901 |
| 18+ Wht | | | 27239 | 21046 |
| % 18+Wht | | | 43.29% | 34.00% |
| 18+ Blk | 36605 | 30005 | 26807 | 37234 |
| % 18+Blk | 56.29% | 49.45% | 42.60% | 60.15% |
| 18+Hisp | 5097 | 6792 | 9628 | 2221 |
| % 18+Hisp | 7.83% | 11.19% | 15.30% | 3.59% |
| combined black/hisp | 64.12% | 60.64% | 57.90% | 63.74% |