AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

Ralph M. Mohr
   and
Dennis Chapman
    v.

Erie County Legislature, et al.,

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 11-CV-559-S

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that plaintiffs' requests for relief are granted and this action is dismissed.

Date: August 5, 2011

MICHAEL J. ROEMER,
CLERK OF COURT
UNITED STATES DISTRICT COURT

By: s/Denise Collier
Deputy Clerk